B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mega RV Corp., a California Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA McMahon's RV; DBA McMahon's RV Irvine; DBA McMahon's RV Colton; DBA McMahon's RV Palm Desert** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**33-0938278** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5400 Garden Grove Blvd.<br>Westminster, CA**<br>ZIP Code **92683** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Mega RV Corp., a California Corporation** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mega RV Corp., a California Corporation** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Robert P. Goe**
Signature of Attorney for Debtor(s)

**Robert P. Goe 137019**
Printed Name of Attorney for Debtor(s)

**GOE & FORSYTHE, LLP**
Firm Name

**18101 Von Karman Avenue**
**Suite 510**
**Irvine, CA 92612-7127**

Address

**(949) 798-2460  Fax: (949) 955-9437**
Telephone Number

**June 13, 2014          137019**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brent McMahon**
Signature of Authorized Individual

**Brent McMahon**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 13, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe, SBN 137019<br>Goe & Forsythe, LLP<br>18101 Von Karman Avenue, Suite 510<br>Irvine, CA 92612<br><br>☒ *Attorney for:* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Mega RV Corp., a California corporation | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists     Date Filed: June 13, 2014
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Other: _____     Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     June 13, 2014
Signature of Authorized Signatory of Filing Party     Date

Brent McMahon
_____
Printed Name of Authorized Signatory of Filing Party

President
_____
Title of Authorized Signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     June 13, 2014
Signature of Attorney for Filing Party     Date

Robert P. Goe
_____
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| In re **MEGA RV CORP.** | | Case No. |
| --- | --- | --- |
| | Debtor and Debtor in Possession | Chapter 11 |

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned <u>BRENT  MCMAHON</u>, the PRESIDENT ("PRESIDENT") of MEGA RV CORP. ("MEGA RV").  On June 13, 2014, the following resolution was fully adopted by the MEGA RV.

"WHEREAS, it is in the best interests of MEGA RV to file a voluntary petition in the United States Bankruptcy Court pursuant to the Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that <u>BRENT  MCMAHON</u>, the <u>PRESIDENT</u> of MEGA RV CORP. be and is hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the limited liability company; and

"BE IT FURTHER RESOLVED, that <u>BRENT  MCMAHON</u>, <u>PRESIDENT</u> be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of <u>MEGA RV CORP.</u> in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that <u>BRENT  MCMAHON</u>, <u>PRESIDENT</u> be and hereby is, authorized and directed to employ Robert P. Goe, Attorney and the law firm of Goe & Forsythe, LLP, to represent <u>DEBTOR MEGA RV CORP</u> in said bankruptcy proceedings."

### DECLARATION UNDER PENALTY OF PERJURY ONBEHALF OF A CORPORATION

I, <u>BRENT  MCMAHON</u>, <u>PRESIDENT</u> of <u>MEGA RV CORP.</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and its is true and correct to the best of my knowledge, information, and belief.

Dated: June 13, 2014            <u>/s/Brent McMahon</u>
                               By: <u>BRENT  MCMAHON</u>
                               Its: <u>PRESIDENT</u> <u>of MEGA RV CORP.</u>

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe, SBN 137019<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Avenue, Suite 510<br>Irvine, CA 92612<br>Phone: (949) 798-2460<br>Fax: (949) 955-9437<br>Email: rgoe@goeforlaw.com | |

☒ *Attorney for:* Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Mega RV Corp., a California Corporation

Debtor(s).

CASE NO.:

ADVERSARY NO.:

CHAPTER: 11

Plaintiff(s),

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

Defendant(s).

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Brent McMahon                                    , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.    ☐    The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.    ☒    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  06/13/2014

By:  /s/Brent McMahon
      Signature of Debtor, or attorney for Debtor

Name:  Brent McMahon
        Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                          **F 1007-4.CORP.OWNERSHIP.STMT**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Mega RV Corp., a California Corporation**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allied Recreation Group, Inc.**<br>**1031 US 224 East**<br>**Decatur, IN 46733** | **Allied Recreation Group, Inc.**<br>**1031 US 224 East**<br>**Decatur, IN 46733** | | | **291,000.00** |
| **Ally Financial**<br>**412 N Sierra Way**<br>**San Bernardino, CA 92402** | **Ally Financial**<br>**412 N Sierra Way**<br>**San Bernardino, CA 92402** | **Unpaid Trade Payoffs:**<br>**Account Nos. 270-916490399 & 270-917504291**<br>**VINs:**<br>**1FDXE4FS9BDA16754;**<br>**5B4KPE7G973423209;**<br>**1FDWE3FS1BDA62391**<br><br>**;** | | **179,670.00** |
| **Arrowhead Central Credit Union**<br>**421 North Sierra Way**<br>**San Bernardino, CA 92402** | **Arrowhead Central Credit Union**<br>**421 North Sierra Way**<br>**San Bernardino, CA 92402** | **Unpaid Trade Payoff**<br>**re: VINs**<br>**1FDXE45S65HA93189;**<br>**1FDXE45S96DB09376;**<br>**1FDXE45SX5HA83328** | | **117,489.99** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Mega RV Corp., a California Corporation**           Case No. _____
                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of America**<br>**FL09-600-02-26**<br>**9000 Southside Blvd**<br>**Building 600**<br>**Jacksonville, FL 32256** | **Bank of America**<br>**FL09-600-02-26**<br>**9000 Southside Blvd**<br>**Jacksonville, FL 32256** | **Unpaid Trade Payoff:**<br>**Acct Nos.**<br>**63000000301836;**<br>**59202028240573;**<br>**59202024227123;**<br>**59202033838582;**<br>**59202008011540;**<br>**59102030492813;**<br>**59202032031022;**<br>**592010** | | **651,394.55** |
| **Bank of the West**<br>**2527 Camino Ramon**<br>**San Ramon, CA 94583** | **Bank of the West**<br>**2527 Camino Ramon**<br>**San Ramon, CA 94583** | **Unpaid Trade payoff:**<br>**Acct Nos.**<br>**330381352;**<br>**849166210;**<br>**849146055;**<br>**330172382;**<br>**849170113;**<br>**849258850;**<br>**250245692;**<br>**380354184** | | **484,277.87** |
| **Dale Carson/Jerry Ferrar**<br>**c/o Smith Mitchellweiler**<br>**4204 Riverwalk Pk, Ste. 250**<br>**Riverside, CA 92505-3377** | **Dale Carson/Jerry Ferrar**<br>**c/o Smith Mitchellweiler**<br>**4204 Riverwalk Pk, Ste. 250**<br>**Riverside, CA 92505-3377** | | | **261,125.00** |
| **Forest River, Inc.**<br>**55470 County Road 1**<br>**Elkhart, IN 46514** | **Forest River, Inc.**<br>**55470 County Road 1**<br>**Elkhart, IN 46514** | | | **3,303,000.00** |
| **Jerry Fields**<br>**c/o William Clevenger**<br>**24152 Lyons Ave, #226**<br>**Newhall, CA 91321** | **Jerry Fields**<br>**c/o William Clevenger**<br>**24152 Lyons Ave, #226**<br>**Newhall, CA 91321** | | | **374,662.00** |
| **NTP**<br>**271150 SW Kinsman Rd**<br>**Wilsonville, OR 97070** | **NTP**<br>**271150 SW Kinsman Rd**<br>**Wilsonville, OR 97070** | | | **163,895.68** |
| **NTP**<br>**27150 SW Kinsman Road**<br>**Wilsonville, OR 97070** | **NTP**<br>**27150 SW Kinsman Road**<br>**Wilsonville, OR 97070** | **Trade Debt** | | **148,830.31** |
| **NTP**<br>**27150 SW Kinsman Road**<br>**Wilsonville, OR 97070** | **NTP**<br>**27150 SW Kinsman Road**<br>**Wilsonville, OR 97070** | | | **122,000.00** |
| **Portfolio General Manage Group Inc.**<br>**14651 Dallas Parkway, Suite 502**<br>**Dallas, TX 75254** | **Portfolio General Manage Group Inc.**<br>**14651 Dallas Parkway, Suite 502**<br>**Dallas, TX 75254** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **564,874.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Mega RV Corp., a California Corporation**          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Portfolio Group**<br>**14651 Dallas Parkway, Suite 502**<br>**Dallas, TX 75254** | **Portfolio Group**<br>**14651 Dallas Parkway, Suite 502**<br>**Dallas, TX 75254** | **Trade Debt** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **561,496.00** |
| **Reynolds & Reynolds**<br>**6700 Hollister**<br>**Houston, TX 77040** | **Reynolds & Reynolds**<br>**6700 Hollister**<br>**Houston, TX 77040** | | | **264,670.93** |
| **Reynolds & Reynolds Co.**<br>**P.O. Box 182206**<br>**Columbus, OH 43218** | **Reynolds & Reynolds Co.**<br>**P.O. Box 182206**<br>**Columbus, OH 43218** | | | **208,138.31** |
| **River Rock Advertising**<br>**5400 Garden Grove Blvd.**<br>**Westminster, CA 92683** | **River Rock Advertising**<br>**5400 Garden Grove Blvd.**<br>**Westminster, CA 92683** | | | **277,022.21** |
| **Santander Consumer USA**<br>**1010 Mockingbird Lane**<br>**Dallas, TX 75247** | **Santander Consumer USA**<br>**1010 Mockingbird Lane**<br>**Dallas, TX 75247** | **Unpaid Trade-In Payoff**<br>**Acct Nos. 9724610;**<br>**8704134; 9858392;**<br>**8655030**<br>**2397555** | | **208,212.09** |
| **US Bank**<br>**Consumer Loan Servicing**<br>**WI-OS-FCLS**<br>**1850 Osborn Avenue**<br>**Oshkosh, WI 54902** | **US Bank**<br>**Consumer Loan Servicing**<br>**WI-OS-FCLS**<br>**Oshkosh, WI 54902** | **Unpaid Trade-In Payoff**<br>**Acct. Nos.:**<br>**555806628;**<br>**121406212013420;**<br>**369;**<br>**0000-0512-776-433;**<br>**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; 1587;**<br>**1981** | | **553,446.96** |
| **Wells Fargo Bank**<br>**PO Box 54180**<br>**Los Angeles, CA 90054** | **Wells Fargo Bank**<br>**PO Box 54180**<br>**Los Angeles, CA 90054** | | | **130,000.00** |
| **Winnebago Industries**<br>**605 West Crystal Lake Road**<br>**Forest City, IA 50436** | **Winnebago Industries**<br>**605 West Crystal Lake Road**<br>**Forest City, IA 50436** | | | **455,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 13, 2014**  _____      Signature  **/s/ Brent McMahon**  _____

                                                                   **Brent McMahon**<br>                                                                   **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

# United States Bankruptcy Court
### Central District of California

In re    **Mega RV Corp., a California Corporation**                                    ,    Case No. _____

Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brent McMahon**<br>**5400 Garden Grove Blvd.**<br>**Westminster, CA 92683** | **100%** | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**June 13, 2014**_____          Signature __**/s/ Brent McMahon**_____
                                                                    **Brent McMahon**
                                                                    **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___  continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **June 13, 2014**

**/s/ Brent McMahon**

**Brent McMahon**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    *Page 1*                        **F 1015-2.1.STMT.RELATED.CASES**

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/98)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re  Mega RV Corp., a California corporation | Case No.: |
|---|---|
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 37,000.00

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 37,000.00

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ as approved
    by the Court

2.  The source of the compensation paid to me was:

    ☐  Debtor          ☑  Other *(specify)* McMahon Staffing, Inc.

3.  The source of compensation to be paid to me is:

    ☐  Debtor          ☐  Other *(specify)*

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed].
        SEE ATTACHMENT

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/98)**                 1998 USBC, Central District of California

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


June 13, 2014 _____       /s/Robert P. Goe_____
*Date*                                             *Signature of Attorney*



                                                   GOE & FORSYTHE, LLP_____
                                                   *Name of Law Firm*

---

### Attachment to Disclosure of Compensation of Attorney for Debtor

| | |
|---|---|
| Goe & Forsythe, LLP received | $50,000.00 |
| Goe & Forsythe, LLP paid to:<br>Glass Ratner | -   $10,000.00 |
| Goe & Forsythe, LLP paid to:<br>Winthrop Couchot, PC | -   $3,000.00 |

Mega RV Corp., a California Corporation
5400 Garden Grove Blvd.
Westminster, CA 92683


Robert P. Goe
GOE & FORSYTHE, LLP
18101 Von Karman Avenue
Suite 510
Irvine, CA 92612-7127


#1 Vinyl & Leather Repair
PO Box 427
Corona, CA 92878


AADA
P.O. Box 32717
Phoenix, AZ 85064


Adam K Obeid
28126 Virginia
Mission Viejo, CA 92692


Adam Scott Johnson
2687 Mustang Ln
Norco, CA 92860


ADP
One ADP Drive MS-100
Augusta, GA 30909-9373


ADP Dealer Services
PO Box 88921
Chicago, IL 60695

ADP Dealer Services
P.O. Box 88921
Chicago, IL 60695


ADS Network
4505 Allstate Dr
100
Riverside, CA 92501


Adventures On Wheels
77-840 Varner Rd.
Palm Desert, CA 92260


Alliamce Sports Group
P.O. Box 203246
Dallas, TX 75320


Allied Recreation  Group And Parts A
1010 Commerce DDR.
PO BOX 4007
Decatur, IN 46733


Allied Recreation Group, Inc.
1031 US 224 East
Decatur, IN 46733


Ally Financial
412 N Sierra Way
San Bernardino, CA 92402


Altman Colton Properties
1001 W. Whittier
La Habra, CA 90631

Altura Credit Union
PO Box 60039
City of Industry, CA 91716


American  Rv Expo Merchants
1001 W. Whittier
La Habra, CA 90631


American Guardian
800 Roosevelt Rd.
Glen Ellyn, IL 60137


American Guardian
4450 Weaver Parkway
Suite 200
Warrenville, IL 60555


American Hardware Mutual Insurance
417 E. Broad Street
Columbus, OH 43215-3861


American RV Expo Merchants
1001 W. Whittier Blvd.
La Habra, CA 90631


American RV Expo Merchants Assoc
1001 W. Whittier Blvd
La Habra, CA 90631


AMEX
P.O. Box 53765
Phoenix, AZ 85072

Anthony L Henry
2826 Fillmore St
Riverside, CA 92503


Applied Maintenance Supplies  & Sol
12420 Plaza Drive
Parma, OH 44130


ARG, Inc - Parts & Service
1010 Commerce Drive
Decantur, IN 46733-7541


Arizona Exterminating
P.O. Box 61175
Phoenix, AZ 85082


Armadillo Rv Detailing
641 South San Mateo Street
Redlands, CA 92373


Arrow Trailer Supplies
1363 West Holt Blvd
Ontario, CA 91762


Arrowhead Central Credit Union
421 North Sierra Way
San Bernardino, CA 92402


ARVE Merchants Assoc
1001 W. Whittier Blvd
La Habra, CA 90631

```
AT&T
P.O. Box 5093
Carol Stream, IL 60197-5093


Automotive Dealer Services, Inc.
330 Oakwood Ct.
Corona, CA 92879


Balloons Unlimited
P.O. Box 11887
Costa Mesa, CA 92627


Bank of America
PO Box 2284
Brea, CA 92822


Bank of America
FL09-600-02-26
9000 Southside Blvd
Building 600
Jacksonville, FL 32256


Bank of the West
2527 Camino Ramon
San Ramon, CA 94583


Battery System
Dept 1121
Los Angeles, CA 90084-1121


BG Products
3301 Grande Vista Drive
Newbury Park, CA 91320
```

Bolt Security Guard Services
16039 N. 82nd Street
Scottsdale, AZ 85260


Brent McMahon
3131 Michelson, 1803
Irvine, CA 92612


Brent Milton Johnson
6691 Orangewood Rd
Highland, CA 92346


Burrtec Waste & Recycling
41575 Eclectic St
Palm Desert, CA 92260


California Tool & Welding Supply
201 N. Main
Riverside, CA 92501


Capital Educators FCU
275 S. Stratford Drive
Meridian, ID 83680


Capital One Retail Services
PO Box 60504
City of Industry, CA 91716-0504


Carolyn Renee Canale
2295 N Tustin #3
Orange, CA 92865

Catherine R Hyde
287 Weymouth Street
Cambria, CA 93428


CBRE
File #050482 Location Code 2994
Los Angeles, CA 90074


CBS Radio - KFRG-FM
1700 Broadway
10th Floor
New York, NY 10019


CDTA K9 Inc.
PO Box 4152
El Monte, CA 91734


Charles W Lane
33685 Wind Horse Way
Yucaipa, CA 92399


City of Riverside
P.O. Box 3500
Tustin, CA 92781


City of Westminster
8200 Westminster Blvd
Westminster, CA 92683


Clear Channel Los Angeles
3400 W Olive Ave
550
Burbank 91505

Coast Distribution
PO Box 1750
Morgan Hill, CA 95038


Coast Distribution System
P.O. Box 1750
Morgan Hill 95038


COIT
1833 S. Mountain Ave.
Monrovia 91016


Colton  Public Utilities
PO Box 1367
Colton, CA 92324


Colton Public Utilities
P.O. Box 1367
Colton 92324


Colton Truck Terminal Garage
863 E. Valley Blvd.
Colton, CA 92324


Complete  Copy System
3300 W. Beverly Blvd.
Los Angeles, CA 90004


CoreLogic Credco LLC
10277 Scripps Ranch Blvd
San Diego, CA 92131

Credit Plus, Inc.
15365 Collections Center Dr
Chicago, IL 60693


Dale Carson/Jerry Ferrar
c/o Smith Mitchellweiler
4204 Riverwalk Pk, Ste. 250
Riverside, CA 92505-3377


Daniel Barnes
6231 Nita Avenue
Woodland Hills, CA 91367


Daniel E. Rodriguez
15352 Regatta Way
Lake Elsinore, CA 92530


Daniel Hooks
11151 NW King Ave
Prineviille, OR 97754


Daniel William Watson
24731 Tarazona
Mission Viejo, CA 92692


David A. Morgado
716 E Ave De La Merced
Montebello, CA 90640


David J. Scarborough
714 N Orange St
Riverside, CA 92501

De Andre Fields
13104 Bender Dr
Moreno Valley, CA 92553


Dealertrack Technologies
111 Marcus Ave
M04
New Hyde Park, NY 11040-3406


Devin A Chagolla
8669 Railroad Road
Riverside, CA 92506


Dometic
Dept. CH 19497
Palatine, IL 60055-9497


Dometic
Dept CH 19497
Palatine, IL 60055


Dont Use
1445 E. Riverside
San Barnardino, CA 92408


Eagle Road Service  And Tire
3011 E. La Cadena
Riverside, CA 92507


Eagle Road Service & Tire
3011 E. La Cadena, CA
Riverside, CA 92507

Eclipse  Rv
3016 Kansas Ave., Blbg 14
Riverside, CA 92507


Edward E Garcia
3105 Vernyce Ct
Chico, CA 95973


EMI Freeway Sign
4737 W. A56th Street
Lawndale, CA 90260


Emilio Valdez
3036 E Maple Ave #a
Orange, CA 92869


Employee Relations, Inc
431 North Brand Blvd
308
Glendale, CA 91203


Ernie's Auto Interiors
2275 La Crosse Ave, #206/207
Colton, CA 92324


Erwin A. Pasqua
8025 Tolman Ave
Chino, CA 91708


Esperanza  Marquez
13164 Gatehall Ave
Corona, CA 92879

Espinoza, Eduardo R
Eddie's Detailing Services
10035 Deep Canyon Road
Moreno Valley, CA 92557


Fastrak
P.O. Box 1022
Wixom, MI 48393


Fastrak
P.O. Box 26925
San Francisco, CA 94126


Fernando H. Segundo
23532 #b Antonio Pkwy
Rancho Santa Margarita, CA 92688


First Interstate Bank
401 N. 31st Street
Billings, MT 59101


First National Bank
1600 Paul Bunyon Drive
Bemidji, MN 56601


Focus Management Group USA, Inc.☐☐
5001 West Lemon
Pompano Beach, FL 33069


Forest River
21815 Network Place
Chicago, IL 60673-1218

Forest River Warranty Company
55470 CR1
P.O. Box 3030
Elkhart, IN 46515-3030


Forest River, Inc.
55470 County Road 1
Elkhart, IN 46514


Fredrick H. Kelser
68120 Bella Vista Rd
Cathedral City, CA 92234


Freedom
625 N. Grand Avenue
Santa Ana, CA 92701


GE Capital Commercial Dist. Finance
500 West Monroe Street
Chicago, IL 60661


Gilberto Fuentes
7 Autumn Hill
Laguna Hills, CA 92563


Glenn M Elsing
19 Springside
Dove Canyon, CA 92679


GMAC
6716 Grade Lane
Bldg 9 Ste 910
Louisville, KY 40213

Golden West Cities FCU
11390 Stanford Ave
Garden Grove, CA 92840


Graciano,Mike Graciano
126 N Date Ave #c
Rialto, CA 92376


Great American Business Products
6701 Concord Park Drive
Houston, TX 77040-9802


Great American Business Products
P.O. Box 4422
Houston, TX 77210


Greater Nevada CU
451 Eagle Station Ln
Carson City, NV 89701


Handy Hose Services
Advantage Hose Services, LLC
PO Box 8720
Anaheim, CA 92812


Heartland  Rv  LLC
1001 All Pro Drive.
Elkhart, IN 46514


Hector Contreras
301 N Laurel
Santa Ana, CA 92703

Home Depot
P.O. Box 183175
Columbus, OH 43218


Hong Jun Alice Fu
20640 Truss Ct
Diamond Bar, CA 91789


HWH
2096 Moscow Road
Moscow, IA 52760


Int'L, Four Winds
PO Box 1486
701 CR 15
Elkhart, IL 46515


Interstate Batteries (irv&sta)
10891 Forbes Avenue
Suite A
Garden Grove, CA 92843


Interstate Batteries (sta)
10891 Forbes Avenue
Suite A
Garden Grove, CA 92843


IP Networked Services
1950 Hassell Road
Hoffman Estates, IL 60195-6308


J D Lock & Key
3023-B Harbor Blvd.
Costa Mesa, CA 92626

J&D Printing
650 W. Terrace Drive
San Dimas, CA 91773


James H Wesslng II
21 El Vado
Rancho Santa Margarita, CA 92688


Javier Galvan
Po Box 253
Westminster, CA 92684


Javier Zaragoza Salcedo
10132 Antigua St
Anaheim, CA 92804


JD Lock & Key
3023 Harbor Blvd.
Suite B
Costa Mesa, CA 92626


JD Printing
650 W. Terrace Dr
San Dimas, CA 91773


Jennifer Mary Fresh
21 El Vado Dr
Rancho Santa Margarita, CA 92688


Jerry Fields
c/o William Clevenger
24152 Lyons Ave, #226
Newhall, CA 91321

Jesus Nazario
11902 Morgan Ln
Garden Grove, CA 92840

Jill Nichole Chaney
1270 W Eighth St #o
Corona, CA 92882

Jim E. Rich
22421 Franklin St
Grand Terrace, CA 92313

Jim-n-i Tire & Service
444 E. Valley Blvd.
Colton, CA 92324

John D Fresh
21 El Vado Dr
Rancho Santa Margarita, CA 92688

Jose Gonzalez
863 S Annika St
Anaheim, CA 92806

Julian Mena Hernandez
1018 Newhope St
Santa Ana, CA 92704

Kaiser Foundation Health Plan
File Number 54803
Los Angeles, CA 90074

Kaizer Permanente
File Number 54803
Los Angeles, CA 90074


Karla Gleghorn
10381 Samoa Drive
Huntington Beach, CA 92646


Keystone  RV
PO Box 2000
Goshen, IN 46527-2000


Keystone RV
P.O. Box 2000
Goshen, IN 46527


Kimberly Ann McCreadie
12253 Morrison St
Moreno Valley, CA 92555


Kinecta FCU
Attn: Consumer Loan Payoff
1440 Rosecrans Ave
Manhattan Beach, CA 90266


Laura M Chacon
1382 S E Skyline
Santa Ana, CA 92705


Laurie Fosdick
16292 Magenta Terrace
Chino Hills, CA 91709

Lawrence W. Neal Jr.
Po Box 939
Crestline, CA 92325


LBS Financial Credit Union
5505 E. Garden Grove Blvd
Westminster, CA 92683


Leonardo Becerra
689 Cornflower
Perris, CA 92571


Los Angeles Times
File 54221
Los Angeles, CA 90074


Louk J. Nienhuis
14 Wellbrook Pl
Coto De Caza, CA 92679


LSL Certified Public Accountants
203 N. Brea Blvd.
203
Brea, CA 92821


LSL CPA's
203 N. Brea Blvd.
Brea, CA 92821


Luis Avila Edson
6130 Camino Real Sp310
Riverside, CA 92509

Luis M Granados
24161 Webster Ave
Moreno Valley, CA 92553


M. Westland LLC
13070 Old Bolsa Chica Road
Westminster, CA 92683


Manehim Credit Department
6325 Peachtree Dunwoody Road
NE Atlanta, GA 30328


Manheim Southern California
10700 Beech Ave
Fontana, CA 92337


Mark Scoon
1284 Mendocino Street
Alta Dena, CA 91001


Marquis  Mobile Rv
1118 Big Pine Lane
Norco, CA 92860


Mary J Weger
48303 20th Street W #184
Lancaster, CA 93534


MDC Products Company, Inc.
12306 Montague Street
Pacoima, CA 91331-2279

Meredith G Goonetilleeke
2107 E Finley Road
Palm Springs, CA 92262


Merrick Bank
10705 S. Jordan Gateway
Suite 200
South Jordan, UT 84095


Michael E Butler Jr,
416 Whipporwill Dr
Riverside, CA 92507


Michael R. Lankford
7976 Armagosa Dr
Riverside, CA 92508


Miguel Angel Graciano
16309 Valley Blvd
Fontana, CA 92335


Mindy S. Martin
2500 N Tustin Ave Unit F
Santa Ana, CA 92705


Mobile Modular
P.O. Box 45043
San Francisco, CA 94145


Monaco  Rv   LLC
PO Box 465
Wakarusa, IN 46573

Mora, Alberto
5178 Coonen Drive
Riverside, CA 92503


NADA Guides
P.O. Box 7800
Costa Mesa, CA 92628


Nancy Nunez
156 Cantata
Irvine, CA 92606


Napa Auto Parts
P.O. Box 430
Stanfield, AZ 85172


National Positions
5012 Cheseboro
2nd Floor
Agoura Hills, CA 91301


NBC Television Stations
30 Rockefeller Plaza
New York, NY 10112


Nelia C. Pontino
3516 Banbury Dr Apt 230
Riverside, CA 92505


NTP
271150 SW Kinsman Rd
Wilsonville, OR 97070

NTP
27150 SW Kinsman Road
Wilsonville, OR 97070


Old Ranch Properties, LLC
13070 Bolsa Chica Road
Westminster, CA 92683


Olsen,Michelle L. Olsen
72 Sutton Place S
Palm Desert, CA 92211


Orange Line
404 E. Commercial Street
Pomona, CA 91767


Orange Line Oil Company
404 E. Commercial Street
Pomona, CA 91767


Patricia A O'Connell
3222 HWY M-35
Bark River, MI 49807


Patties  RV Park
PO Park 4078
Quartzsite, AZ 85359


Paul Schilperoort
8 Santa Sophia
Rancho Santa Margarita, CA 92688

Pedro Marquez
2032 N Sierra Way
San Bernardino, CA 92405

Perry Auto Glass
1135 W. 27th
San Bernardino, CA 92405

Petrospecs Inc.
3301 Grande Vista Drive
Newbury Park, CA 91320

Phillips 66/ Union 76
P.O. Box 530970
Atlanta, GA 30353

Pleasure-way Ind
302 Portage Ave.
Saskatoon, SK S73 4C6

Portfolio General Manage Group Inc.
14651 Dallas Parkway, Suite 502
Dallas, TX 75254

Portfolio Group
14651 Dallas Parkway, Suite 502
Dallas, TX 75254

Portland Local 8 FCU
2435 Nw Front Ave, #A
Portland, OR 97209

Pro Rv Recon
3224 E. Yorba Linda, Ste. 536
Fullerton, CA 92831


Progressive Dynamics, Inc
507 Industrial Road
Marshall, MI 49068


Quality Drive Away, Inc.
PO Box 764
Goshen, IN 46527


Quality Drive Away, Inc.
PO Box 764
Goshen, IN 46527-0764


Quality Driveaway
P.O. Box 764
Goshen, IN 46527


Rainbow Enviromental Service
P.O. Box 1026
Huntington Beach, CA 92647


Reynolds & Reynolds
6700 Hollister
Houston, TX 77040


Reynolds & Reynolds Co.
P.O. Box 182206
Columbus, OH 43218

River Rock Advertising
5400 Garden Grove Blvd.
Westminster, CA 92683


RM Broadcasting LLC
75-153 Merle Street
G
Palm Desert, CA 92260


Robert D Canale
2295 N Tustin #3
Orange, CA 92865


Robert P Houghton
16657 PLACERITA CANYON DRIVE
SANTA CLARITA, CA 91321


Rolando F. Ramirez
24989 Enchanted Way
Moreno Valley, CA 92557


Royal Credit Union
200 River Front Terr
Eau Claire, WI 54703


Ruben Marin
886 Cory Ann Ct
Perris, CA 92570


RV Custom  Paint
PO Box 8523
Anaheim, CA 92812

RV Custom Paint
PO Box 8523
Anaheim, CA 92812


Safe-gap
Safe-Guard
Two Concourse Parkway
Suite 500
Atlanta, GA 30328


Samantha L. Smiley
33 Promontory
Rancho Santa Margarita, CA 92679


San Bernardino County Fire Protection
157 W. Fifth Street
Second Floor
San Bernardino, CA 92324


Santa  Margarita Ford
30031 Santa Margarita Pkwy
RSM, CA 92688


Santa Margarita Ford
30031 Santa Margarita Pkwy
Rancho Santa Margarita, CA 92688


Santander
1010 Mockingbird Lane
Dallas, TX 75247


Santander Consumer USA
1010 Mockingbird Lane
Dallas, TX 75247

Santos Bacilio Viilacorta
6352 Klamath Dr
Westminster, CA 92683


SC Fuels
PO Box 7003
Lancaster, CA 93539


Shred It
4111 Flat Rock Drive
Riverside, CA 92505


So Cal Locksmith
1646 E. Washington Street
Colton, CA 92324


Sonsio International
P.O. Box 16788
Golden, CO 80402


South Coast Water
Division of Hannah Ind.
401 S. Santa Fe Street
Santa Ana, CA 92705


South Coast Water CO
401 S. Santa Fe Street
Santa Ana, CA 92705


Southern  California Edison Compan
PO Box 300
Rosemad, CA 91772-0001

Southern California Edison
P.O. Box 600
Rosemead, CA 91771


Southland Credit Union
8545 Florence Ave.
Downey, CA 90240


Southwest Coaches
77-840 Varner Road
Palm Desert, CA 92211


SST
1005 Convension Plaza, #A
PO Box 790079
St. Louis, MO 63101


Stag Parkway
P.O. Box 405133
Atlanta, GA 30384


Stag-Parkway
PO Box 405133
Atlanta, GA 30384


Staples Business Advantage
PO Box 83689
Dept. LA
Chicago, IL 60696-3689


Staples, Dept LA
P.O. Box 83689
Chicago, IL 60696

State Farm Bank
ATTN: Loan Servicing
310 Price Place
Madison, WI 53705


Statistical Surveys
PO Box 88004
Grand Rapids, MI 49518


Statistical Surveys
1693 Sutherland DR
SE
Grand Rapids, MI 49508


Stephan Jamil Reynolds
8086 Haven View Dr
Riverside, CA 92509


Strategic Dealer Services
35589 Abelia Street
Murrieta, CA 92562


Strategic Dealer Services
35589 Abelia Street
Murrieta, CA 92562


Tammy L Goddard
3115 Center Street
Arcadia, CA 91006


TDS
P.O. Box 608
Lancaster, WI 53813-0608

TDS
P.O. Box 94510
Palatine, IL 60094


Telepacific Communications
P.O. Box 36430
Las Vegas, NV 89133


The Best Auto Glass
1535 E. First
Unit E
Santa Ana, CA 92701


The Glass Master
21512 Lake Forest Drive, #C
Lake Forest, CA 92630


The Home Depot Credit Services
Dept. 32 3133352355
PO Box 183175
Columbus, OH 43218-3175


The Mendelson Law Group
20301 Ventura Blvd
Woodland Hills, CA 91364


The Professionals Car Care Inc.
7071 Warner Avenue #123
Huntington Beach, CA 92647


Thomas E Decker
6623 Escenia St
San Bernardino, CA 92407

Thor California
14255 Elsworth Street
Moreno Valley, CA 92553


Thor Motor Coach
P.O. Box 1486
Elkhart, IN 46515


Tim's  Mobile Truck Repair Inc.
2277 LaCrosse Avenue
#302
Colton, CA 92324


Time Warner Media
P.O. Box 101366
Pasadena, CA 91189


Tire & Wheel Shield  Road Hazard Pr
PO  Box 16462
Golden, CO 80402


Town of Quartzsite
P.O. Box 2812
Quartzsite, AZ 85346-2812


Trujillo Lorenzo
10112 Nemaha
Riverside,  CA 92503


United Rentals
File 51122
Los Angeles, CA 90074-1122

United Rentals
6125 Lakeview Road
Suite 300
Charlotte, NC 28269-2614


United Sire Services
P.O. Box 53267
Phoenix, AZ 85072


UPS
PO Box 894820
Los Angeles, CA 90189-4820


UPS
P.O. Box 894820
Los Angeles, CA 90189


US Bank
Consumer Loan Servicing
WI-OS-FCLS
1850 Osborn Avenue
Oshkosh, WI 54902


Verizon
PO Box 660108
Dallas, TX 75266-0108


Verizon
P.O. Box 920041
Dallas, TX 75392


Verizon
P.O. Box 660108
Dallas, TX 75266

Vincent Anderson
7 Delantera
Irvine, CA 92620


Vinyl Ladies
PO Box 1526
Running Springs, CA 09238-2152


Vinyl Ladies
P.O. Box 1526
Running Springs, CA 92382


Visterra Credit Union
23540 Cactus Avenue
Moreno Valley, CA 92553


Vortex Industries, Inc.
File 1095
1801 W. Olympic Blvd.
Pasadena, CA 91199-1095


Walter B Hauser
81-641 Ave 48 #104
Indio, CA 92201


Warren A James
6000 Crimson Drive
San Jose, CA 95120


Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054

Wells Fargo Bank
PO Box 54180
Los Angeles, CA 90054


Wells Fargo Bank
1740 Broadway
Denver, CO 80274


Wells Fargo Bank
PO Box 348750
Sacramento, CA 95834


Wells Fargo Bank
7412 Jefferson NE
Albuquerque, NM 87109


Wells Fargo Merchant Services
5251 Westheimer Road
Houston, TX 77056


Western Propane Services Inc.
12600 Western Avenue
Garden Grove, CA 92841


White Sheet/Green Sheet
P.O. Box 3370
El Centro, CA 92244


William S. Riess
14231 Quent Drive
Tustin, CA 92780

Willis Harold Benton Sr
1714 W Myrtle
Santa Ana, CA 92703


Winnebago  Inustries, Inc.
PO Box 1526
Forest City, IA 50436-0152


Winnebago Industries
605 West Crystal Lake Road
Forest City, IA 50436


WSECU
330 Union Ave SE
Olympia, WA 98501


Wurth USA Inc.
PO Box 843948
Dallas, TX 75284-3948


Wurth USA inc.
93 Grant Street
Ramsey, NJ 07446-1105


Zurich
1472 Payshere Cir
Chicago, IL 60674

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. &
Email Address
**Robert P. Goe**
**18101 Von Karman Avenue**
**Suite 510**
**Irvine, CA 92612-7127**
**(949) 798-2460 Fax: (949) 955-9437**
California State Bar Number: **137019**

FOR COURT USE ONLY

■ *Attorney for:*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**Mega RV Corp., a California Corporation**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:   **11**

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Robert P. Goe 137019_____ , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                  **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　　I have personal knowledge of the matters set forth in this Statement because:
　　　　☐ I am the president or other officer or an authorized agent of the Debtor corporation
　　　　☐ I am a party to an adversary proceeding
　　　　☐ I am a party to a contested matter
　　　　■ I am the attorney for the Debtor corporation

2.a.　　☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
　　　　　*[For additional names, attach an addendum to this form.]*

　b.　　■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

June 13, 2014 _____　　　By: ___/s/ Robert P. Goe_____

Date　　　　　　　　　　　　　　　　　　　　　　　Signature of Debtor, or attorney for Debtor

　　　　　　　　　　　　　　　　　　　　　　　　Name:　**Robert P. Goe 137019**_____

　　　　　　　　　　　　　　　　　　　　　　　　　Printed name of Debtor, or attorney for
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                         **F 1007-4.CORP.OWNERSHIP.STMT**