**FILED & ENTERED**

**JUN 18 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| MEGA RV CORP., a California Corporation;<br>dba McMAHON'S RV<br>dba McMAHON'S RV IRVINE;<br>dba McMAHON'S RV COLTON;<br>dba McMAHON'S RV PALM DESERT,<br><br>Debtor. | Case No. 8:14-bk-13770-MW<br><br>**ORDER: (1) SETTING HEARING ON STATUS OF CHAPTER 11 CASE; AND (2) REQUIRING REPORT ON STATUS OF CHAPTER 11 CASE**<br><br>Date:  August 27, 2014<br>Time:  9:00 a.m.<br>Place:  Courtroom 6C<br>           411 W. Fourth Street<br>           Santa Ana, CA 92701 |

You are hereby notified that a Status Conference hearing has been scheduled to take place in this Chapter 11 case on the above-captioned date, at the above-captioned time and place. At the Status Conference, the Court may, among other things, set the date by which executory contracts or unexpired leases must be assumed or rejected, and set deadlines for filing proofs of claim and interest, for the filing of a plan and disclosure statement, and for confirmation of a plan. Failure to file a disclosure statement, obtain approval of a disclosure statement, or confirm a plan by any deadlines set by the Court may result in dismissal or conversion of this case.

THE COURT HEREBY ORDERS:

1. The Debtor and Debtor-in-Possession (or Chapter 11 Trustee, if one has been appointed) ("Debtor") shall give written notice of the Status Conference to all parties entitled to notice under Rule 2002(a) of the Federal Rules of Bankruptcy Procedure no later than twenty-one (21) days before the hearing date stated above.

2. Debtor shall file a Status Report with the Court; submit a file-stamped courtesy copy to Honorable Mark S. Wallace, 411 W. Fourth Street, Sixth Floor, Santa Ana, California 92701; and serve the Status Report upon the United States Trustee and all official committees no later than twenty-one (21) days before the hearing date stated above.

3. The Status Report shall be supported by evidence in the form of declarations and supporting documents.

4. The Status Report shall contain a discussion regarding the following:

    (a) Whether Debtor is in compliance with all of its duties under 11 U.S.C. §§ 521, 1106, and 1107, and all applicable guidelines of the Office of the United States Trustee. If not, explain why.

    (b) Whether Debtor has employed any professionals. If so, whether the Court has approved the employment. If the Court has not approved the employment, explain why.

    (c) The status of Debtor's post-petition operations.

    (d) The status of any post-petition litigation involving Debtor.

    (e) The status of any executory contracts or unexpired leases involving non-residential real property with respect to which Debtor is a lessee, and Debtor's intentions regarding the assumption/rejection of such contracts and leases.

    (f)    Estimated date on which a plan and disclosure statement will be filed and served, if the same has not been filed already.

    (g)    Reasons why a plan and disclosure statement cannot be filed until the date stated in section 4(f) above.

    (h)    The proposed deadline for filing proofs of claim.

    (i)    Whether the estate has any potential avoidance actions as described in 11 U.S.C. § 546. If so, state whether complaints have been filed. If complaints have not been filed, explain why and estimate when they will be filed.

    (j)    Debtor's intentions with respect to the use of cash collateral.

IT IS FURTHER ORDERED that failure to comply with any provision of this order may be deemed consent to the conversion or dismissal of this case.

###

Date: June 18, 2014

Mark S. Wallace
United States Bankruptcy Judge