1  Robert P. Goe – State Bar No. 137019
   Elizabeth A. LaRocque – State Bar No. 219977
2  Donald W. Reid – State Bar No. 281743
   **GOE & FORSYTHE, LLP**
3  18101 Von Karman Avenue, Suite 510
   Irvine, CA 92612
4  rgoe@goeforlaw.com
   elarocque@goeforlaw.com
5  dreid@goeforlaw.com

6  Telephone:  (949) 798-2460
   Facsimile:   (949) 955-9437
7
   Attorneys for Mega RV Corp.,
8  Debtor and Debtor in Possession

9

10              **UNITED STATES BANKRUPTCY COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                    **SANTA ANA DIVISION**

13

14  In re:                                    Case No. 8:14-bk-13770-MW

15  MEGA RV CORP., a California corporation;   Chapter 11 Proceeding
    dba McMachon's RV; dba McMahon's RV
16  Irvine; dba McMahon's RV Colton; dba       **OPPOSITION AND REQUEST FOR A**
    McMahon's RV Palm Desert,                  **HEARING ON MOTION TO COMPEL**
17                                             **DEBTOR TO SURRENDER NON-**
                                               **RESIDENTIAL REAL PROPERTY**
18          Debtor and Debtor-in-Possession.
                                               [Hearing to be set pursuant to Local
19                                             Bankruptcy Rule 9013-1(o)(4)]

20

21

22          Mega RV, Corp., the debtor and debtor-in-possession in the above titled case ("Debtor"),

23  hereby files this Notice of Opposition and Request for Hearing to the *Notice of Motion and Motion*

24  *to Compel Debtor to Surrender Non-Residential Real Property* ("Motion") filed by Old Ranch

25  Properties, LLC on September 29, 2014 (Docket No. 218).  The Debtor is considering a re-launch

26  of its business at the Westminster location and requests that this matter be set for hearing pursuant

27  to Local Bankruptcy Rule 9013-1(o)(4).  By the time of the hearing, the Debtor will have

28

concluded its meditation with its secured lender, GE Distribution Financing Corporation, which will take place on October 13-14, 2014, and will have a better idea of its exit strategy from chapter 11 and will supplement this Objection with evidentiary support.

DATED:  October 13, 2014                    **GOE & FORSYTHE, LLP**


By: /s/Robert P. Goe
              Robert P. Goe
              Attorneys for Mega RV Corp.,
              Debtor and Debtor-in-Possession

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION AND REQUEST FOR A HEARING ON MOTION TO COMPEL DEBTOR TO SURRENDER NON-RESIDENTIAL REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 13, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠        Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) October 13, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Greenberg Glusker Fields Claman & Machtinger LLP
> 1900 Avenue of the Stars, 21st Floor
> Los Angeles, CA 90067

☐        Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 13, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Mark S. Wallace, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 13, 2014 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF**

- James C Bastian    jbastian@shbllp.com
- James C Behrens    jbehrens@greenbergglusker.com,
  kwoodson@ggfirm.com;calendar@ggfirm.com
- Michelle M Bertolino    mbertolino@fwwlaw.com, dgeorge@fwwlaw.com
- Ryan S Carrigan    rscarriganecf@gmail.com, rscarriganlaw@gmail.com
- Louis S Chronowski    lchronowski@dykema.com
- Donald H Cram    dhc@severson.com, jc@severson.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglus
  ker.com
- Vincent W Davis    v.davis@vincentwdavis.com,
  mary@vincentwdavis.com;e.bershatski@vincentwdavis.com
- Rennee R Dehesa    rdehesa@rstlegal.com, alopez@rstlegal.com
- Andrew S Elliott    ase@severson.com, pag@severson.com
- Lauren N Gans    lgans@shensonlawgroup.com
- Duane M Geck    dmg@severson.com, pag@severson.com
- Janel M Glynn    janel.glynn@gknet.com, rachel.milazzo@gknet.com
- Robert P Goe    kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Richard H Golubow    rgolubow@winthropcouchot.com,
  pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Gregory K Jones    GJones@dykema.com, CPerez@dykema.com
- John H Kim    jkim@cookseylaw.com
- Andrew B Levin    alevin@winthropcouchot.com,
  bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- Erica T Loftis    bknotice@rcolegal.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Melissa Davis Lowe    mdavis@shbllp.com, lverstegen@shbllp.com
- Marc S Mazer    mazer@bwmlaw.com, elizabeth@bwmlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- Scott Montgomery    smontgomery@abbeylaw.com, ldabbs@abbeylaw.com
- Gerard W O'Brien    gerardwobrien@gmail.com, missjanperalta@gmail.com
- Barry L O'Connor    udlawBK@aol.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Courtney E Pozmantier    cpozmantier@greenbergglusker.com,
  kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglus
  ker.com
- Yuval M Rogson    yuval@rogsonlaw.com, yrogson@hotmail.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com,
  calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com
- Allan D Sarver    ADSarver@aol.com
- Kenneth Schnur    schnur@bwmlaw.com, elizabeth@bwmlaw.com
- Summer Shaw    hanlaw@aol.com
- Jonathan Shenson    jshenson@shensonlawgroup.com
- Arash Shirdel    ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com

- Ramesh Singh    claims@recoverycorp.com
- Arjun Sivakumar    asivakumar@brownrudnick.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Danielle K Wakefield    dwakefield@bplawgroup.com, danielle@wakefieldlawfirm.com
- Sam S Yebri    syebri@mylawllp.com