| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RICHARD H. GOLUBOW – State Bar No. 160434<br>rgolubow@winthropcouchot.com<br>ANDREW B. LEVIN – State Bar No. 290209<br>alevin@winthropcouchot.com<br>**WINTHROP COUCHOT**<br>**PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660<br>Telephone:    (949) 720-4100<br>Facsimile:    (949) 720-4111<br><br>Counsel for Old Ranch Properties, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br>MEGA RV CORP., a California corporation; DBA McMahon's RV; DBA McMahon's RV Irvine; DBA McMahon's RV Colton; DBA McMahon's RV Palm Desert,<br><br><div align="right">Debtor and<br>Debtor-in-Possession.</div> | Case No. 8:14-bk-13770-MW<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF LODGMENT OF ORDER: ORDER GRANTING MOTION TO COMPEL DEBTOR TO SURRENDER NON-RESIDENTIAL REAL PROPERTY** |
|---|---|

   **PLEASE TAKE NOTE** that the order titled: **ORDER GRANTING MOTION TO COMPEL DEBTOR TO SURRENDER NON-RESIDENTIAL REAL PROPERTY** was lodged on October 16, 2014, and is attached. This order relates to the Motion that is entered as Docket number 218.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1

MAINDOCS-#206472-v1-OldRanchNOL_OrderCompelTurnoverRP
**F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

RICHARD H. GOLUBOW -- State Bar No. 160434
rgolubow@winthropcouchot.com
ANDREW B. LEVIN -- State Bar No. 290209
alevin@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:  (949) 720-4100
Facsimile:   (949) 720-4111

Counsel for Old Ranch Properties, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:14-bk-13770-MW |
| MEGA RV CORP., a California Corporation; DBA McMahon's RV; DBA McMahon's RV Irvine; DBA McMahon's RV Colton; DBA McMahon's RV Palm Desert, | Chapter 11 Proceeding |
| | **ORDER GRANTING MOTION TO COMPEL DEBTOR TO SURRENDER NON-RESIDENTIAL REAL PROPERTY** |
| Debtor and Debtor-in-Possession. | [11 U.S.C. § 365(d)(4)(A)] |

Upon consideration of the Motion (the "Motion") to Compel Debtor to Surrender Non-Residential Real Property, filed by Old Ranch Properties, LLC ("Old Ranch") on September 29, 2014; the Opposition and Request for a Hearing on Motion to Compel Debtors to Surrender Non-Residential Real Property ("Opposition"), filed by Mega RV Corp. (the "Debtor") on October 13, 2014; and the Court determining that a hearing on the Motion is not necessary; and GOOD CAUSE APPEARING, the Court orders as follows:

IT IS SO ORDERED THAT:

1. The Motion is granted;
2. The Debtor is compelled to immediately surrender the non-residential real property located at 5400 Garden Grove Blvd., Westminster, CA 92683 ("Premises") to Old Ranch; and
3. Old Ranch is granted immediate relief from the automatic stay in order to take possession of the Premises and to exercise any and all rights and remedies available under the Lease and applicable law.

IT IS SO ORDERED.

####



**Bankruptcy LODGED ORDER UPLOAD FORM**

Wednesday, October 15, 2014

Upload Again

CONFIRMATION :

You've successfully uploaded the order:
( 539157.doc )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Mega RV Corp., a California Corporation
- **Case Number**: 14-13770
- **Judge Initial**: MW
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 218
- **On Date**: 10/15/2014 @ 05:39 PM

Please print this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER:  ORDER GRANTING MOTION TO COMPEL DEBTOR TO SURRENDER NON-RESIDENTIAL REAL PROPERTY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 16, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 16, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service – Bin beside 6th Floor Elevators**
Honorable Mark S. Wallace
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 6135
Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 16, 2014 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 2 — MAINDOCS-#206472-v1-OldRanchNOL_OrderCompelTurnoverRP
**F 9021-1.2.BK.NOTICE.LODGMENT**

NEF SERVICE LIST

- **James C Bastian**   jbastian@shbllp.com
- **James C Behrens**   jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- **Michelle M Bertolino**   mbertolino@fwwlaw.com, dgeorge@fwwlaw.com
- **Ryan S Carrigan**   rscarriganecf@gmail.com, rscarriganlaw@gmail.com
- **Louis S Chronowski**   lchronowski@dykema.com
- **Donald H Cram**   dhc@severson.com, jc@severson.com
- **Brian L Davidoff**   bdavidoff@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Vincent W Davis**   v.davis@vincentwdavis.com, mary@vincentwdavis.com;e.bershatski@vincentwdavis.com
- **Rennee R Dehesa**   rdehesa@rstlegal.com, alopez@rstlegal.com
- **Andrew S Elliott**   ase@severson.com, pag@severson.com;jc@severson.com
- **Lauren N Gans**   lgans@shensonlawgroup.com
- **Duane M Geck**   dmg@severson.com, pag@severson.com
- **Janel M Glynn**   janel.glynn@gknet.com, rachel.milazzo@gknet.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com – DEBTOR'S COUNSEL
- **Richard H Golubow**   rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- **Gregory K Jones**   GJones@dykema.com, CPerez@dykema.com
- **John H Kim**   jkim@cookseylaw.com
- **Andrew B Levin**   alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- **Erica T Loftis**   bknotice@rcolegal.com
- **Elizabeth A Lossing**   elizabeth.lossing@usdoj.gov
- **Melissa Davis Lowe**   mdavis@shbllp.com, lverstegen@shbllp.com
- **Marc S Mazer**   mazer@bwmlaw.com, elizabeth@bwmlaw.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Joel S. Miliband**   jmiliband@brownrudnick.com
- **Scott Montgomery**   smontgomery@abbeylaw.com, ldabbs@abbeylaw.com
- **Gerard W O'Brien**   gerardwobrien@gmail.com, missjanperalta@gmail.com
- **Barry L O'Connor**   udlawBK@aol.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Courtney E Pozmantier**   cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **Yuval M Rogson**   yuval@rogsonlaw.com, yrogson@hotmail.com
- **Gregory M Salvato**   gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com
- **Allan D Sarver**   ADSarver@aol.com
- **Kenneth Schnur**   schnur@bwmlaw.com, elizabeth@bwmlaw.com
- **Summer Shaw**   hanlaw@aol.com
- **Jonathan Shenson**   jshenson@shensonlawgroup.com
- **Arash Shirdel**   ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com
- **Ramesh Singh**   claims@recoverycorp.com
- **Arjun Sivakumar**   asivakumar@brownrudnick.com
- **Wayne R Terry**   wterry@hemar-rousso.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Danielle K Wakefield**   dwakefield@bplawgroup.com, danielle@wakefieldlawfirm.com
- **Sam S Yebri**   syebri@mylawllp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    MAINDOCS-#206472-v1-OldRanchNOL_OrderCompelTurnoverRP
**F 9021-1.2.BK.NOTICE.LODGMENT**