RICHARD H. GOLUBOW -- State Bar No. 160434
rgolubow@winthropcouchot.com
ANDREW B. LEVIN -- State Bar No. 290209
alevin@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Attorneys for Old Ranch Properties, LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MEGA RV CORP., a California Corporation; DBA McMahon's RV; DBA McMahon's RV Irvine; DBA McMahon's RV Colton; DBA McMahon's RV Palm Desert,<br><br>Debtor and Debtor in Possession. | Case No. 8:14-bk-13770 MW<br><br>Chapter 11<br><br>**NOTICE TO CREDITORS AND PARTIES IN INTEREST OF HEARING ON MOTION OF OLD RANCH PROPERTIES, LLC TO COMPEL DEBTOR TO SURRENDER NON-RESIDENTIAL REAL PROPERTY; DECLARATION OF DOROTHY MILLER-SUBLETT IN SUPPORT THEREOF**<br><br>DATE: November 19, 2014<br>TIME: 10:00 A.M.<br>CTRM: 6C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**NOTICE IS HEREBY GIVEN** that, on November 19, 2014, at 10:00 a.m., in Courtroom 6C of the above-entitled Court, a hearing will be held on the Motion of Old Ranch Properties, LLC ("Old Ranch") to Compel the Debtor to Surrender Non-Residential Real Property; Declaration of Dorothy Miller Sublett in Support Thereof ("Motion"). In support of the Motion, Old Ranch represents as follows:

    A.    <u>Description of the Lease.</u>

Old Ranch is the owner of the non-residential real property located at 5400 Garden Grove Blvd., Westminster, CA 92683 ("Premises"), which the Debtor occupies as lessor. On April 1, 2012, the Debtor and Old Ranch, entered into a lease for the Premises ("Lease"), pursuant to which Old Ranch agreed to lease to the Debtor the Premises for the sales, service and storage of recreational vehicles and associated merchandise. The Lease is attached as Exhibit "1" to the Declaration of Dorothy Miller-Sublett ("Miller-Sublett Declaration") which is appended to the Motion. The initial term of the Lease was one (1) year, with an option ("Option") held by the Debtor to extend the term of the Lease for fourteen (14) years.

On September 15, 2012, Old Ranch and the Debtor entered into Amendment No. 1 to the Lease ("Amendment No. 1"), pursuant to which additional property owned by Old Ranch was added to the Premises leased to the Debtor under the Lease.

On March 29, 2014, Old Ranch and the Debtor entered into Amendment No. 2 to the Lease ("Amendment No. 2"), pursuant to which the parties agreed that the Debtor had exercised the Option, extending the term of the Lease to April 1, 2027. Amendment No. 2 is attached to the Miller-Sublett Declaration as Exhibit "2" and incorporated herein by this reference.

On May 7, 2014, the Debtor made a payment to or for the benefit of Old Ranch under the Lease, consisting of two (2) checks in the amounts of $72,500 and $51,625.75, which represented portions of the rent for May 2014 and

portions of the rent outstanding for March 2014 and April 2014.  The Debtor has failed or refused to pay any payments due thereafter under the Lease.

### B.     The Debtor Files for Bankruptcy and Ceases as a Going Concern.

On June 15, 2014 ("Petition Date"), the Debtor filed a voluntary Chapter 11 petition initiating this Bankruptcy Case.

By the Debtor's own admission, the Debtor's operations are currently suspended as a result of the TRO.  See Debtor's Emergency Motion for an Order Authorizing the Debtor to Limit Notice of Certain Matters Requiring Notice to Creditors Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Motion to Limit Notice"), Docket No. 24, p. 5.  Accordingly, the Debtor has no employees or revenue source at this time.  Furthermore, according to the monthly operating report filed by the Debtor on August 27, 2014 [Docket No. 146], the Debtor has $2,181.24 cash on hand.

### C.     Old Ranch's Motion to Compel Payment.

On August 4, 2014, Old Ranch filed its Motion to Compel Payment of Chapter 11 Administrative Expense Claim [Docket No. 114] ("Motion to Compel Payment"), pursuant to which Old Ranch sought an order from the Court compelling the Debtor to perform its obligations under the Lease, specifically to pay the post-petition rent and cost of utilities due from the Petition Date onward.  On September 18, 2014, the Court entered the Order to Compel Payment [Docket No. 199] granting the relief sought in the Motion to Compel Payment and ordering the Debtor to immediately perform its obligations under the unexpired Lease, specifically to pay the post-petition rent due from the Petition Date in the amount of $90,000 per month plus the cost of utilities paid by Old Ranch, until such date that the Lease is assumed or rejected by the Debtor.  As of the date of the Motion, the Debtor has failed to pay any of the rent in the amount of $360,000, plus all other amounts required by the Order to Compel Payment.

### D.     Rejection of the Lease.

The Bankruptcy Case was commenced by the Debtor's filing of a Chapter 11 petition on June 15, 2014, initiating the 120 day period ("Assumption or Rejection Period") within which the Debtor had to either assume or reject the unexpired, non-residential Lease or obtain an order from the Court extending the time to assume or reject the Lease.  Accordingly, as the Debtor did not assume the Lease nor did the Court enter an order extending the Assumption or Rejection Period, the Lease was deemed rejected on October 13, 2014.

As of the date of the filing of the Motion, there is no indication that the Debtor has the ability, let alone the intent, to assume the Lease.  The Debtor's business has been suspended for months and the Debtor has no employees or revenue source.  Old Ranch believes that sufficient cause exists for the Court to enter its order directing that the Debtor immediately surrender the Premises to Old Ranch and allowing Old Ranch to take immediate possession of the Premises and to exercise all other rights and remedies available under the Lease and applicable law.

**IF YOU DO NOT OPPOSE THE RELIEF DESCRIBED ABOVE, YOU NEED TAKE NO FURTHER ACTION.  HOWEVER, IF YOU OBJECT TO THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1, OBJECTIONS MUST BE FILED WITH THE COURT NOT LATER THAN FOURTEEN (14) DAYS PRIOR TO THE DATE OF THE HEARING ON THE MOTION.  YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 411 WEST FOURTH STREET, SUITE 2030, SANTA ANA, CA 92701.  YOU MUST SERVE A COPY OF YOUR OBJECTION TO THE MOTION, UPON MOVANT'S COUNSEL AT THE MAILING ADDRESS INDICATED IN THE UPPER LEFT CORNER OF THIS NOTICE, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE, 411 W. FOURTH STREET, SUITE 9041, SANTA ANA, CA 92701.  ANY FAILURE TO TIMELY FILE AND SERVE OBJECTIONS MAY RESULT IN ANY SUCH OBJECTIONS BEING WAIVED**.

DATED: October 23, 2014                          **WINTHROP COUCHOT**
                                                 **PROFESSIONAL CORPORATION**


                                                 By:    /s/ *Richard H. Golubow*
                                                        Richard H. Golubow
                                                        Andrew B. Levin
                                                 Counsel for Old Ranch Properties, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **NOTICE TO CREDITORS AND PARTIES IN INTEREST OF HEARING ON MOTION OF OLD RANCH PROPERTIES, LLC TO COMPEL DEBTOR TO SURRENDER NON-RESIDENTIAL REAL PROPERTY; DECLARATION OF DOROTHY MILLER-SUBLETT IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 23, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On October 23, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 23, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service – Bin beside 6th Floor Elevators**
Honorable Mark S. Wallace
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 6135
Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 23, 2014 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

NEF SERVICE LIST

- **James C Bastian**   jbastian@shbllp.com
- **James C Behrens**   jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- **Michelle M Bertolino**   mbertolino@fwwlaw.com, dgeorge@fwwlaw.com
- **Mark S Blackman**   MBlackman@AlpertBarr.Com
- **Ryan S Carrigan**   rscarriganecf@gmail.com, rscarriganlaw@gmail.com
- **Louis S Chronowski**   lchronowski@dykema.com
- **Donald H Cram**   dhc@severson.com, jc@severson.com
- **Brian L Davidoff**   bdavidoff@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Vincent W Davis**   v.davis@vincentwdavis.com, mary@vincentwdavis.com;e.bershatski@vincentwdavis.com
- **Rennee R Dehesa**   rdehesa@rstlegal.com, alopez@rstlegal.com
- **Andrew S Elliott**   ase@severson.com, pag@severson.com;jc@severson.com
- **Lauren N Gans**   lgans@shensonlawgroup.com
- **Duane M Geck**   dmg@severson.com, pag@severson.com
- **Janel M Glynn**   janel.glynn@gknet.com, rachel.milazzo@gknet.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- **Richard H Golubow**   rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- **Gregory K Jones**   GJones@dykema.com, CPerez@dykema.com
- **John H Kim**   jkim@cookseylaw.com
- **Andrew B Levin**   alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- **Erica T Loftis**   bknotice@rcolegal.com
- **Elizabeth A Lossing**   elizabeth.lossing@usdoj.gov
- **Melissa Davis Lowe**   mdavis@shbllp.com, lverstegen@shbllp.com
- **Marc S Mazer**   mazer@bwmlaw.com, elizabeth@bwmlaw.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Joel S. Miliband**   jmiliband@brownrudnick.com
- **Scott Montgomery**   smontgomery@abbeylaw.com, ldabbs@abbeylaw.com
- **Gerard W O'Brien**   gerardwobrien@gmail.com, missjanperalta@gmail.com
- **Barry L O'Connor**   udlawBK@aol.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Courtney E Pozmantier**   cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **Yuval M Rogson**   yuval@rogsonlaw.com, yrogson@hotmail.com
- **Gregory M Salvato**   gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com
- **Allan D Sarver**   ADSarver@aol.com
- **Kenneth Schnur**   schnur@bwmlaw.com, elizabeth@bwmlaw.com
- **Summer Shaw**   hanlaw@aol.com
- **Jonathan Shenson**   jshenson@shensonlawgroup.com
- **Arash Shirdel**   ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com
- **Ramesh Singh**   claims@recoverycorp.com
- **Arjun Sivakumar**   asivakumar@brownrudnick.com
- **Wayne R Terry**   wterry@hemar-rousso.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Danielle K Wakefield**   dwakefield@bplawgroup.com, danielle@wakefieldlawfirm.com
- **Sam S Yebri**   syebri@mylawllp.com

*Service List Continued on Next Page*

## SERVICE VIA FIRST CLASS MAIL
(Unless NEF indicated)

**Debtor**
Mega RV Corp.
5400 Garden Grove Blvd.
Westminster, CA 92683

United States Trustee    NEF
Elizabeth A. Lossing, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

**In re Mega RV**
**USBC Case No. 8:14-bk-13770-MW**
**Limit Notice/Special Notice**
**Document #203557**

Goe & Forsythe, LLP    NEF
Robert P. Goe, Esq.
18101 Von Karman, Ste 510
Irvine, CA 92612

Bank of the West
c/o Mark S. Blackman, Esq.
6345 Balboa Blvd., Suite 300
Encino, CA 91316

Forest River, Inc.
Attn: Joe Greenlee, CFO
55470 County Road 1
P.O. Box 3030
Elkhart, IN 46514

Winnebago Industries, Inc.
Attn: Scott C. Folkers, VP and General Counsel
605 W. Crystal Lake Road
Forest City, IA 50436

GE Capital Commercial
c/o Wayne Terry, Esq.
Hemar Rousso & Heald LLP
15910 Ventura Blvd., 12th Fl
Encino, CA 91436-2829

8/7/14NEF
Arash Shirdel, Esq.
Pacific Premier Law Group
200 E. Sandpointe Ave., #500
Santa Ana, CA 92707

8/7/14NEF
Marc S. Mazer, Esq.
Benjamin, Weill & Mazer, APC
90 New Montgomery St., #1400
San Francisco, CA 94105

R8/7/14NEF
Janet M. Glynn, Esq.
Gallagher & Kennedy PA
2575 E. Camelback Rd., 11th Fl.
Phoenix, AZ 85016

NEF8/12/14
Law Offices of David W. Meadows
David W. Meadows, Esq.
1801 Century Park East, #1235
Los Angeles, CA 90067

9/29/14CrtMan
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

9/29/14CrtMan
GlassRatner Advisory & Capital Grp LLC
NO ADDRESS SHOWN

10/22/14CrtMan
Brown Rudnick LLP
2211 Michelson Dr 7th Floor
Irvine, CA 92612