# United States Bankruptcy Court
### Central District of California

In re  **Mega RV Corp., a California Corporation**  

Debtor(s)

Case No. **8:14-bk-13770-MW**
Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule B re Claims against Old Ranch Properties, LLC**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **November 6, 2014**

/s/Robert P. Goe
**Robert P. Goe 137019**
Attorney for Debtor(s)
**GOE & FORSYTHE, LLP**
**18101 Von Karman Avenue**
**Suite 510**
**Irvine, CA 92612-7127**
**(949) 798-2460 Fax:(949) 955-9437**

B6B (Official Form 6B) (12/07)

In re **Mega RV Corp., a California Corporation**, Case No. **8:14-bk-13770-MW**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.
**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo DIP General Account** | - | **15,937.59** |
| | | **Bank of America, Security bond for litigation** | - | **75,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Altman Colton Properties, Inc.** | - | **16,500.00** |
| | | **Old Ranch Properties, LLC** | - | **60,000.00** |
| | | **Banas Family Trust** | - | **42,500.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Zurich Insurance (Defense only on consumer claims)** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **209,937.59**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Mega RV Corp., a California Corporation**, Case No. **8:14-bk-13770-MW**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (Book Value)** | - | 100,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against GE Capital Commercial Dist. Finance** | - | 20,000,000.00 |
| | | **Claims against Roadtrek for franchise dispute.** | - | 3,000,000.00 |

Sub-Total >   **23,100,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Mega RV Corp., a California Corporation** , Case No. **8:14-bk-13770-MW**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Claims against Mike Thompson RV, tortious interence.** | - | 1,500,000.00 |
| | | **Claims against Pacific Coachworks for franchise dispute** | - | 500,000.00 |
| | | **Claims against Camping World, Inc. for various torts.** | - | Unknown |
| | | **Claims against Old Ranch Properties, LLC for breach of contract and tortious interference of contract.** | - | 5,000,000.00 |
| | | **Claims against Marcus Lemonis for various torts.** | - | Unknown |
| | | **Claims against Arizona RV for warranty repair dispute** | - | 100,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Approximately 10,000 Customers** | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Company Vehicles (Book Value)** | - | 188,812.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment** | - | 128,489.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **FF&E (Book Value)** | - | 600,000.00 |
| 30. Inventory. | | **New vehicles (Book Value)** | - | 26,171,000.00 |

Sub-Total >    **34,188,301.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mega RV Corp., a California Corporation**    ,    Case No.  **8:14-bk-13770-MW**

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Used vehicles (Book value)** | - | **3,500,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Trademarks, phone numbers, IP address, tradenames.** | - | **Unknown** |

|  | Sub-Total >  (Total of this page) | **3,500,000.00** |
|---|---|---|
|  | Total > | **60,998,238.59** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

## United States Bankruptcy Court
### Central District of California

In re   **Mega RV Corp., a California Corporation**                                    Case No.   **8:14-bk-13770-MW**
                                        Debtor(s)                                       Chapter    **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __3__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 6, 2014**                    Signature    _/s/ Brent McMahon_
                                                           **Brent McMahon**
                                                           **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy