Robert P. Goe - State Bar No. 137019
Elizabeth A. LaRocque – State Bar No. 219977
Donald W. Reid – State Bar No. 281743
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
rgoe@goeforlaw.com
elarocque@goeforlaw.com
dreid@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Mega RV Corp.,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MEGA RV CORP., a California Corporation; d/b/a McMahon's RV; d/b/a McMahon's RV Irvine; d/b/a McMahon's RV Colton; d/b/a McMahon's RV Palm Desert,<br><br>Debtor and Debtor-in-Possession. | Case No. 8:14-bk-13770-MW<br><br>Chapter 11 Proceeding<br><br>**STIPULATION TO CONTINUE THE HEARING ON THE MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND OBTAINING ACCEPTANCE OF A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121(d)**<br><br>Old Date:<br>Date:          December 15, 2014<br>Time:         2:00 p.m.<br>Place:         411 West Fourth Street<br>                    Courtroom 6C<br>                    Santa Ana, CA 92701<br>**New Date:**<br>Hearing Date: January 12, 2015<br>Time:         2:00 p.m.<br>Place:         411 West Fourth Street<br>                    Courtroom 6C<br>                    Santa Ana, CA 9701 |

1

1  This stipulation is entered into between MEGA RV CORP., a California corporation, dba McMahon's RV; dba McMahon's RV Irvine; dba McMahon's RV Colton; and dba McMahon's RV Palm Desert ("Debtor"), and the Official Committee of Unsecured Creditors ("Committee") (collectively at times "the Parties") by and through their respective counsel, as follows:

The hearing on Debtor's Motion for Order Extending Debtor's Exclusivity Period for Filing a Plan of Reorganization and Obtaining Acceptance of a Plan of Reorganization pursuant to 11 U.S.C. § 1121(d) ("Exclusivity Motion") is currently scheduled from December 15, 2014 at 2:00 p.m.

No opposition has been filed to the Exclusivity Motion.

The Debtor, Committee, and GE Commercial Distribution Finance Corporation ("GE"), are finalizing a global settlement which is scheduled to be heard on December 8, 2014 at 2:00 p.m.

The Parties hereby stipulate and agree to continue the hearing on the Exclusivity Motion from December 15, 2014 to January 12, 2015 at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED: November 26, 2014

**GOE & FORSYTHE, LLP**

By: /s/Robert P. Goe
  Robert P. Goe
  Counsel for Debtor and Debtor-in-Possession

DATED: December 1, 2014

**GREENBERG, GLUSKER, FIELDS CLAMAN & MACHTINGER, LLP**

By: 
  Brian Davidoff
  Courtney E. Pozmantier
  Counsel for the Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE THE HEARING ON THE MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND OBTAINING ACCEPTANCE OF A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121(d)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 1, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 1, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

BROWN RUDNICK LLP  
2211 Michelson Dr 7th Floor  
Irvine, CA 92612

Credit Union of Southern California  
c/o Buchalter Nemer  
18400 Von Karman Ave., Suite 800  
Irvine, CA 92612

Greenberg Glusker et al.  
1900 Avenue of the Stars, 21st Floor  
Los Angeles, CA 90067

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 1, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Mark Wallace, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2014 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Alex L Benedict    bkinfo.ablaw@gmail.com, alexbenedict2000@yahoo.com
- Michelle M Bertolino    mbertolino@fwwlaw.com, dgeorge@fwwlaw.com
- Mark S Blackman    MBlackman@AlpertBarr.Com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Donald H Cram    dhc@severson.com, jc@severson.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Rennee R Dehesa    rdehesa@rstlegal.com, alopez@rstlegal.com
- Steven R Fox    emails@foxlaw.com
- Lauren N Gans    lgans@shensonlawgroup.com
- Janel M Glynn    janel.glynn@gknet.com, rachel.milazzo@gknet.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Gregory K Jones    GJones@dykema.com, CPerez@dykema.com
- John H Kim    jkim@cookseylaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Andrew B Levin    alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- Erica T Loftis    bknotice@rcolegal.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Melissa Davis Lowe    mdavis@shbllp.com, lverstegen@shbllp.com
- David W. Meadows    david@davidwmeadowslaw.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- Scott Montgomery    smontgomery@abbeylaw.com, ldabbs@abbeylaw.com
- Gerard W O'Brien    gerardwobrien@gmail.com, missjanperalta@gmail.com
- Barry L O'Connor    udlawBK@aol.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Courtney E Pozmantier    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Holly Roark    holly@roarklawoffices.com, G2978@notify.cincompass.com
- Yuval M Rogson    yuval@rogsonlaw.com, yrogson@hotmail.com
- Allan D Sarver    ADSarver@aol.com
- Summer Shaw    hanlaw@aol.com
- Jonathan Shenson    jshenson@shensonlawgroup.com
- Arash Shirdel    ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com
- Ramesh Singh    claims@recoverycorp.com
- Arjun Sivakumar    asivakumar@brownrudnick.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Sam X J Wu    wuefile@yahoo.com
- Sam S Yebri    syebri@mylawllp.com