Robert P. Goe - State Bar No. 137019
Elizabeth A. LaRocque – State Bar No. 219977
Donald W. Reid – State Bar No. 281743
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
rgoe@goeforlaw.com
elarocque@goeforlaw.com
dreid@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Mega RV Corp.,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MEGA RV CORP., a California Corporation; d/b/a McMahon's RV; d/b/a McMahon's RV Irvine; d/b/a McMahon's RV Colton; d/b/a McMahon's RV Palm Desert,<br><br>Debtor and Debtor-in-Possession. | Case No. 8:14-bk-13770-MW<br><br>Chapter 11 Proceeding<br><br>**THIRD STIPULATION TO CONTINUE THE HEARING ON THE MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND OBTAINING ACCEPTANCE OF A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121(d)**<br><br><u>Old Date:</u><br>Date:         February 9, 2015<br>Time:        2:00 p.m.<br>Place:        411 West Fourth Street<br>                 Courtroom 6C<br>                 Santa Ana, CA 92701<br><br>**<u>New Date:</u>**<br>Hearing Date: March 9, 2015<br>Time:        2:00 p.m.<br>Place:        411 West Fourth Street<br>                 Courtroom 6C<br>                 Santa Ana, CA 92701 |

16118-00002/2332506.1

1

|   |   |
|---|---|
| 1 | This stipulation is entered into between MEGA RV CORP., a California corporation, dba |
| 2 | McMahon's RV; dba McMahon's RV Irvine; dba McMahon's RV Colton; and dba McMahon's |
| 3 | RV Palm Desert ("Debtor"), and the Official Committee of Unsecured Creditors ("Committee") |
| 4 | (collectively at times "the Parties") by and through their respective counsel, as follows: |
| 5 | The hearing on Debtor's Motion for Order Extending Debtor's Exclusivity Period for |
| 6 | Filing a Plan of Reorganization and Obtaining Acceptance of a Plan of Reorganization pursuant to |
| 7 | 11 U.S.C. § 1121(d) ("Exclusivity Motion") is currently scheduled from February 9, 2015 at 2:00 |
| 8 | p.m. |
| 9 | No opposition has been filed to the Exclusivity Motion. |
| 10 | The Debtor, Committee, and GE Commercial Distribution Finance Corporation have |
| 11 | finalized a global settlement which provides for Debtor and the Committee to file a joint Plan of |
| 12 | Reorganization. The Committee has not filed any opposition to the Exclusivity Motion based on |
| 13 | agreement among the parties. |
| 14 | The Parties hereby stipulate and agree to continue the hearing on the Exclusivity Motion |
| 15 | from February 9, 2015 to March 9, 2015 at 2:00 p.m. and that Debtor's exclusivity period for |
| 16 | filing a Disclosure Statement and Plan is extended to March 27, 2015, subject to the right to seek |
| 17 | further extensions. |
| 18 | The Debtor and the Committee are currently drafting a joint plan and disclosure statement |
| 19 | which the parties expect to file before March 9, 2015.  In the event that at any time the Committee |
| 20 | and the Debtor are not in agreement on the proposed plan and disclosure statement, the Committee |
| 21 | reserves the right to seek a termination of the extended exclusivity period and to object to a |
| 22 | request to extend the period. |
| 23 | **IT IS SO STIPULATED.** |
| 24 | DATED:  February 6, 2015                                           **GOE & FORSYTHE, LLP** |
| 25 | |
| 26 | By: /s/Robert P. Goe_____ |
| 27 |            Robert P. Goe |
|    |            Counsel for Debtor and Debtor-in- |
| 28 |            Possession |

16118-00002/2332506.1

2

1  DATED: February 6, 2015                    GREENBERG, GLUSKER, FIELDS
                                              CLAMAN & MACHTINGER, LLP
2

3                                             By: _____
                                                  Brian Davidoff
4                                                 Courtney E. Pozmantier
                                                  Counsel for the Official Committee of
5                                                 Unsecured Creditors

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16118-00002/2332506.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **THIRD STIPULATION TO CONTINUE THE HEARING ON THE MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND OBTAINING ACCEPTANCE OF A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121(d)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 6, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 6, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

BROWN RUDNICK LLP
2211 Michelson Dr 7th Floor
Irvine, CA 92612

Credit Union of Southern California
c/o Buchalter Nemer
18400 Von Karman Ave., Suite 800
Irvine, CA 92612

Greenberg Glusker et al.
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Daniel King
c/o Law Offices of Steven R. Fox
17835 Ventura Blvd.
Suite 306
Encino, CA 91316

The Law Offices of John A. Belcher
55 S Lake Ave Ste 801
Pasadena, CA 91101

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 6, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Mark Wallace, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 6, 2015 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Marc Andrews**  sandra.g.mcmasters@wellsfargo.com
- **James C Bastian**  jbastian@shbllp.com
- **James C Behrens**  jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- **Alex L Benedict**  bkinfo.ablaw@gmail.com, alexbenedict2000@yahoo.com
- **Michelle M Bertolino**  mbertolino@fwwlaw.com, dgeorge@fwwlaw.com
- **Mark S Blackman**  MBlackman@AlpertBarr.Com
- **J Scott Bovitz**  bovitz@bovitz-spitzer.com
- **Keith Butler**  kbutler@fgppr.com
- **Ryan S Carrigan**  rscarriganecf@gmail.com, rscarriganlaw@gmail.com
- **Louis S Chronowski**  lchronowski@dykema.com
- **Donald H Cram**  dhc@severson.com, jc@severson.com
- **Brian L Davidoff**  bdavidoff@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Rennee R Dehesa**  rdehesa@rstlegal.com, alopez@rstlegal.com
- **Andrew S Elliott**  ase@severson.com, pag@severson.com;jc@severson.com
- **Lauren N Gans**  lgans@shensonlawgroup.com
- **Duane M Geck**  dmg@severson.com, pag@severson.com
- **Janel M Glynn**  janel.glynn@gknet.com, rachel.milazzo@gknet.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- **Richard H Golubow**  rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- **Gregory K Jones**  GJones@dykema.com, CPerez@dykema.com
- **John H Kim**  jkim@cookseylaw.com
- **Andy Kong**  Kong.Andy@ArentFox.com
- **Andrew B Levin**  alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- **Erica T Loftis**  bknotice@rcolegal.com
- **Elizabeth A Lossing**  elizabeth.lossing@usdoj.gov
- **Marc S Mazer**  mazer@bwmlaw.com, elizabeth@bwmlaw.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Joel S. Miliband**  jmiliband@brownrudnick.com
- **Scott Montgomery**  smontgomery@abbeylaw.com, ldabbs@abbeylaw.com
- **Gerard W O'Brien**  gerardwobrien@gmail.com, missjanperalta@gmail.com
- **Barry L O'Connor**  udlawBK@aol.com
- **Aram Ordubegian**  ordubegian.aram@arentfox.com
- **R G Pagter**  gibson@ppilawyers.com, ecf@ppilawyers.com
- **Courtney E Pozmantier**  cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **Holly Roark**  holly@roarklawoffices.com, G2978@notify.cincompass.com
- **Yuval M Rogson**  yuval@rogsonlaw.com, chris@rogsonfirm.com
- **Gregory M Salvato**  gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com
- **Allan D Sarver**  ADSarver@aol.com
- **Kenneth Schnur**  schnur@bwmlaw.com, elizabeth@bwmlaw.com
- **Summer Shaw**  hanlaw@aol.com
- **Jonathan Shenson**  jshenson@shensonlawgroup.com
- **Arash Shirdel**  ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com
- **Ramesh Singh**  claims@recoverycorp.com
- **Arjun Sivakumar**  asivakumar@brownrudnick.com
- **Wayne R Terry**  wterry@hemar-rousso.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Danielle K Wakefield**  danielle@wakefieldlawfirm.com
- **Sam X J Wu**  wuefile@yahoo.com
- **Sam S Yebri**  syebri@mylawllp.com