| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe - SBN 137019<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Ave., Ste. 510<br>Irvine, CA 92612<br>Telephone:  (949) 798-2460<br>Facsimile:  (949) 955-9437<br>Email:       rgoe@goeforlaw.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Mega RV Corp., Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MEGA RV CORP., a California Corporation; d/b/a/ McMahon's RV; d/b/a/ McMahon's RV Irvine; d/b/a McMahon's RV Colton; d/b/a/ McMahon's RV Palm Desert,<br><br>                                                        Debtor(s). | CASE NO.: 8:14-13770-MW<br>CHAPTER: 11<br><br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |

| **Sale Date:** 03/16/2015 | **Time:** 2:00 pm |
|---|---|
| **Location:** Courtroom 6C, U.S. Bankruptcy Court, 411 West Fourth Street, Irvine, CA 92612 | |

**Type of Sale**:  ☒ Public   ☐ Private       **Last date to file objections**: 03/02/2015

**Description of property to be sold**:  (1) Debtor's remaining interest in fixed and personal property, including but not limited to machinery and shop equipment, special tools, parts, signs, office equipment, furniture and fixtures located at 5400 Garden Grove Blvd., Westminster, CA 92682 and 1313 RV Center Drive, Colton, CA 92324, (2) Debtor's interest in all Franchise Agreements, including those between Debtor and Winnebago, Forest River, Thor, Pleasure Way, Eclipse, Monaco, and Holiday Rambler; and (3) Debtor's goodwill and other intangible assets.

**Terms and conditions of sale**:
  Cash

**Proposed sale price**: $ 235,000.00

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*):** Initial overbid must be at least $10,000. Subsequent overbids must be in increments of $5,000, all cash, non-contingent, same terms and conditions as Buyer's Letter of Intent on an "as is, where is" basis; good faith deposit in the amount of $50,000 must be delivered to Debtor's counsel no later than 2 days prior to hearing.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

DATE:         March 16, 2015
TIME:         2:00 p.m.
COURTOOM:  6C, U.S. Bankruptcy Court, 411 West Fourth Street, Santa Ana, CA 92701

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Robert P. Goe
GOE & FORSYTHE, LLP
18101 Von Karman Ave., Ste. 510
Irvine, CA 92612
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437
Email:         rgoe@goeforlaw.com

Date: 02/23/2015

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                                    **F 6004-2.NOTICE.SALE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

18101 Von Karman Ave., Ste. 510, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/23/2015 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 02/23/2015 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/23/2015 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark Wallace, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 02/23/2015 | Susan C. Stein | /s/Susan C. Stein |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Marc Andrews    sandra.g.mcmasters@wellsfargo.com**
- **Robert R Barnes    bbarnes@allenmatkins.com, jbatiste@allenmatkins.com**
- **James C Bastian    jbastian@shbllp.com**
- **James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com**
- **Alex L Benedict    bkinfo.ablaw@gmail.com, alexbenedict2000@yahoo.com**
- **Michelle M Bertolino    mbertolino@fwwlaw.com, dgeorge@fwwlaw.com**
- **Mark S Blackman    MBlackman@AlpertBarr.Com**
- **J Scott Bovitz    bovitz@bovitz-spitzer.com**
- **Keith Butler    kbutler@fgppr.com**
- **Ryan S Carrigan    rscarriganecf@gmail.com, rscarriganlaw@gmail.com**
- **Louis S Chronowski    lchronowski@dykema.com**
- **Donald H Cram    dhc@severson.com, jc@severson.com**
- **Brian L Davidoff    bdavidoff@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com**
- **Rennee R Dehesa    rdehesa@rstlegal.com, alopez@rstlegal.com**
- **Andrew S Elliott    ase@severson.com, pag@severson.com;jc@severson.com**
- **Lauren N Gans    lgans@shensonlawgroup.com**
- **Duane M Geck    dmg@severson.com, pag@severson.com**
- **Janel M Glynn    janel.glynn@gknet.com, rachel.milazzo@gknet.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com**
- **Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com**
- **Gregory K Jones    GJones@dykema.com, CPerez@dykema.com**
- **John H Kim    jkim@cookseylaw.com**
- **Andy Kong    Kong.Andy@ArentFox.com**
- **Andrew B Levin    alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com**
- **Erica T Loftis    bknotice@rcolegal.com**
- **Elizabeth A Lossing    elizabeth.lossing@usdoj.gov**
- **Marc S Mazer    mazer@bwmlaw.com, elizabeth@bwmlaw.com**
- **David W. Meadows    david@davidwmeadowslaw.com**
- **Joel S. Miliband    jmiliband@brownrudnick.com**
- **Scott Montgomery    smontgomery@abbeylaw.com, ldabbs@abbeylaw.com**
- **Gerard W O'Brien    gerardwobrien@gmail.com, missjanperalta@gmail.com**
- **Barry L O'Connor    udlawBK@aol.com**
- **Aram Ordubegian    ordubegian.aram@arentfox.com**
- **R G Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com**
- **Courtney E Pozmantier    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com**
- **Holly Roark    holly@roarklawoffices.com, G2978@notify.cincompass.com**
- **Yuval M Rogson    yuval@rogsonlaw.com, chris@rogsonfirm.com**
- **Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com**
- **Allan D Sarver    ADSarver@aol.com**
- **Kenneth Schnur    schnur@bwmlaw.com, elizabeth@bwmlaw.com**
- **Summer Shaw    hanlaw@aol.com**
- **Jonathan Shenson    jshenson@shensonlawgroup.com**
- **Arash Shirdel    ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com**
- **Ramesh Singh    claims@recoverycorp.com**
- **Arjun Sivakumar    asivakumar@brownrudnick.com**

1
- **Wayne R Terry    wterry@hemar-rousso.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**
- **Danielle K Wakefield    danielle@wakefieldlawfirm.com**

2
- **Sam X J Wu    wuefile@yahoo.com**
- **Sam S Yebri    syebri@mylawllp.com**

3

4    **TO BE SERVED BY UNITED STATES MAIL**:

5    BROWN RUDNICK LLP                          Credit Union of Southern California
2211 Michelson Dr 7th Floor                 c/o Buchalter Nemer
6    Irvine, CA 92612                            18400 Von Karman Ave., Suite 800
Irvine, CA 92612
7

8    Greenberg Glusker et al.                    Daniel King
1900 Avenue of the Stars, 21st Floor        c/o Law Offices of Steven R. Fox
Los Angeles, CA 90067                       17835 Ventura Blvd.
9                                               Suite 306
Encino, CA 91316

10

11    The Law Offices of John A. Belcher
55 S Lake Ave Ste 801
Pasadena, CA 91101

12

13    SEE ATTACHED

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**In re Mega RV**
**USBC Case No. 8:14-bk-13770-MW**

**Debtor**
Mega RV Corp.
~~5400 Garden Grove Blvd.~~
~~Westminster, CA 92683~~
RTS Unable to Fwd

**United States Trustee**
United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Bank of the West
c/o Mark S. Blackman, Esq.
6345 Balboa Blvd., Suite 300
Encino, CA 91316

Forest River, Inc.
Attn: Joe Greenlee, CFO
55470 County Road 1
P.O. Box 3030
Elkhart, IN 46514

Winnebago Industries, Inc.
Attn: Scott C. Folkers, VP and General
Counsel
605 W. Crystal Lake Road
Forest City, IA 50436

## MANUFACTURERS & LIENHOLDERS

Monaco Coach Corp. / Holiday Rambler
Kay Toolson, President
1031 US 224 East
Decatur, IN 46733

Monaco Coach Corp. / Holiday Rambler
Kay Toolson, Pres. & Registered Agent
325 East First Street
Junction City, OR 97448

Winnebago Industries, Inc.
--see above --

Thor Industries, Inc. / Heartland RV /
Keystone RV Company
Attn:  W. Todd Woelfer, General Counsel
601 East Beardsley Avenue
Elkhart, IN 46514-3305

Eclipse RV Manufacturing
Attn: Dallen Trealoss, President
3016 Kansas Ave., Bldg. 14
Riverside, CA 92507-3441

Pleasure-Way Industries
Attn:  Dean Rumpel, President
302 Portage Ave.
**Saskatoon, Saskatchewan
S7J 4C6**

Roadtrek Motorhomes, Inc.
Attn: Paul Cassidy, Vice President
100 Shirley Ave.,
**Kitchener, Ontario
N2B 2E1**

American Express Company
4315 South 2700 West
Salt Lake City, UT 84184

Portfolio General Management Group, Inc.
Deanna Godemann, Registered Agent
14651 Dallas Parkway, Ste. 502
Dallas, TX 75254

Reyna Capital Corporation
CT Corporation System, Registered
Agent
1300 East Ninth Street
Cleveland, OH 44114

HWH Corporation
Ralph Hanser, Registered Agent
430 S. Billings Blvd.
Billings, MT 59101

HWH Corporation
Ralph Hanser, Registered Agent
2096 Moscow Rd.
Moscow, IA 52760

GE Commercial Distribution Finance Corp.
Bridget Lasalle, Registered Agent
500 West Monroe Street
Chicago, IL 60661

GE Commercial Distribution Finance Corp.
c/o Hemar, Rousso & Heald, LLP
Wayne R. Terry, Esq.
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

HWH, Inc.
Howard Bernstein, Registered Agent
10100 Santa Monica Blvd., #2300
Los Angeles, CA 90067

GE Commercial Distribution Finance Corp.
2625 S. Plaza Dr., Ste. 201
Tempe, AZ 85282

Southern California Auto Auction for itself and
as Agent, Attn: Harold Smith
435 Metroplex Dr.
Nashville, TN 37211

Reyna Capital Corp.
PO Box 1474
Dayton, OH 45401

HWH Corp.
5 Corporate Park, Suite 220
Westminster, CA 92606

Dakota Sioux Co., Ltd.
103 Sham Peng Tong Plaza
**Victoria,
Mahe,Seychelles**

Cade Phoenix, Ltd.
103 Sham Peng Tong Plaza
**Victoria,
Mahe,Seychelles**

**In re Mega RV**
**USBC Case No. 8:14-bk-13770-MW**

**Debtor**
Mega RV Corp.
~~5400 Garden Grove Blvd.~~
~~Westminster, CA 92683-1801~~
RTS Unable to Fwd

**United States Trustee**
United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

#1 Vinyl & Leather Repair
PO Box 427
Corona, CA 92878-0427

AADA
P.O. Box 32717
Phoenix, AZ 85064-2717

Adam K Obeid
28126 Virginia
Mission Viejo, CA 92692-4015

Adam Scott Johnson
2687 Mustang Ln
Norco, CA 92860-2526

ADP
One ADP Drive MS-100
Augusta, GA 30909-9373

ADP Dealer Services
PO Box 88921
Chicago, IL 60695-1921

ADS Network
4505 Allstate Dr, 100
Riverside, CA 92501-1753

Adventures On Wheels
77-840 Varner Rd.
Palm Desert, CA 92211-1144

Alliance Sports Group
P.O. Box 203246
Dallas, TX 75320-3246

~~Allied Recreation  Group And Parts A~~
~~1010 Commerce DDR.~~
~~PO BOX 4007~~
~~Decatur, IN 46733~~
Removed per CFO request-duplicate

Allied Recreation Group, Inc.
1031 US 224 East
Decatur, IN 46733-2737

Ally Financial
~~412 N Sierra Way~~
~~San Bernardino, CA 92402~~
RTS Unable to FWD 09-17-14

Altman Colton Properties
1001 W. Whittier
La Habra, CA 90631-3763

Altura Credit Union
PO Box 60039
City of Industry, CA 91716-0039

American RV Expo Merchants
1001 W. Whittier
La Habra, CA 90631-3763

American Guardian
800 Roosevelt Rd.
Glen Ellyn, IL 60137-5896

American Guardian
4450 Weaver Parkway, Suite 200
Warrenville, IL 60555-3253

American Hardware Mutual Insurance
417 E. Broad Street
Columbus, OH 43215-3861

American Guardian Warranty Svc
c/o Joseph Sauber / Shearer & Agrella
4N701 School Road
St. Charles, IL 60175-6508

American RV Expo Merchants Assoc
1001 W. Whittier Blvd
La Habra, CA 90631-3763

AMEX
P.O. Box 53765
Phoenix, AZ 85072-3765

Anthony L Henry
2826 Fillmore St
Riverside, CA 92503-5878

Applied Maintenance Supplies & Sol
12420 Plaza Drive
Parma, OH 44130-1057

ARG, Inc - Parts & Service
~~1010 Commerce Drive~~
~~Decautr, IN 46733-7541~~
Removed per CFO request-duplicate

Arizona Exterminating
P.O. Box 61175
Phoenix, AZ 85082-1175

Armadillo Rv Detailing
~~641 South San Mateo Street~~
~~Redlands, CA 92373~~
RTS Unable to Forward 09-11-14

Arrow Trailer Supplies
1363 West Holt Blvd
Ontario, CA 91762-3641

Arrowhead Central Credit Union
421 North Sierra Way
San Bernardino, CA 92410-4831

ARVE Merchants Assoc
1001 W. Whittier Blvd
La Habra, CA 90631-3763

AT&T
P.O. Box 5093
Carol Stream, IL 60197-5093

Automotive Dealer Services, Inc.
330 Oakwood Ct.
Corona, CA 92879-8070

Balloons Unlimited
P.O. Box 11887
Costa Mesa, CA 92627-1097

Bank of America
PO Box 2284
Brea, CA 92822-2284

Bank of America
FL09-600-02-26
9000 Southside Blvd, Building 600
Jacksonville, FL 32256-0789

Bank of the West
2527 Camino Ramon
San Ramon, CA 94583-4213

Battery System
Dept 1121
Los Angeles, CA 90084-1121

BG Products
3301 Grande Vista Drive
Newbury Park, CA 91320-1194

Bolt Security Guard Services
16039 N. 82nd Street
Scottsdale, AZ 85260-1800

Brent McMahon
3131 Michelson, 1803
Irvine, CA 92612-5667

Brent Milton Johnson
6691 Orangewood Rd
Highland, CA 92346-5244

Burrtec Waste & Recycling
41575 Eclectic St
Palm Desert, CA 92260-1968

California Tool & Welding Supply
201 N. Main
Riverside, CA 92501-1025

Capital Educators Federal Cred Union
PO Box 570
Meridian, ID 83680-0570

Capital One Retail Services
PO Box 60504
City of Industry, CA 91716-0504

Carolyn Renee Canale
2295 N Tustin #3
Orange, CA 92865-3718

Catherine R Hyde
287 Weymouth Street
Cambria, CA 93428-2342

CBRE
File #050482 Location Code 2994
Los Angeles, CA 90074-0001

CBS Radio - KFRG-FM
1700 Broadway, 10th Floor
New York, NY 10019-5905

CDTA K9 Inc.
PO Box 4152
El Monte, CA 91734-4152

County of San Bernardino
Office of the Tax Collector
172 West Third Street
San Bernardino, CA 92415-0360

City of Riverside
P.O. Box 3500
Tustin, CA 92781-3500

City of Westminster
8200 Westminster Blvd
Westminster, CA 92683-3395

Clear Channel Los Angeles
3400 W Olive Ave, 550
Burbank, 91505-5544

Ally Financial, Inc. & Ally Bank
Andrew S. Elliott
c/o Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

Coast Distribution System
P.O. Box 1750
Morgan Hill, 95038-1750

COIT
1833 S. Mountain Ave.
Monrovia, 91016-4270

Colton  Public Utilities
PO Box 1367
Colton, CA 92324-0831

Ally Financial, Inc.
c/o Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

Colton Truck Terminal Garage
863 E. Valley Blvd.
Colton, CA 92324-3125

Complete  Copy System
3300 W. Beverly Blvd.
Los Angeles, CA 90004-6004

CoreLogic Credco LLC
10277 Scripps Ranch Blvd
San Diego, CA 92131-1273

Credit Plus, Inc.
15365 Collections Center Dr
Chicago, IL 60693-0100

Dale Carson/Jerry Ferrar
c/o Smith Mitchellweiler
4204 Riverwalk Pk, Ste. 250
Riverside, CA 92505-3377
RTS Unable to Fwd 12-09-14

Daniel Barnes
6231 Nita Avenue
Woodland Hills, CA 91367-1822

Daniel E. Rodriguez
15352 Regatta Way
Lake Elsinore, CA 92530
RTS Unable to Fwd: 11-06-14

Daniel Hooks
11151 NW King Ave
Prineville, OR 97754
RTS Unable to Fwd: 09-17-14

Daniel William Watson
24731 Tarazona
Mission Viejo, CA 92692-2354

David A. Morgado
716 E Ave De La Merced
Montebello, CA 90640-2810

David J. Scarborough
714 N Orange St
Riverside, CA 92501-1312

De Andre Fields
13104 Bender Dr
Moreno Valley, CA 92553-6871

Dealertrack Technologies
111 Marcus Ave, M04
New Hyde Park, NY 11040-3406

Devin A  Chagolla
8669 Railroad Road
Riverside, CA 92506
RTS Unable to Fwd 09-16-14

Dometic
Dept. CH 19497
Palatine, IL 60055-9497

Dont Use
1445 E. Riverside
San Barnardino, CA 92408
RTS Unable to Fwd 09-17-14

Eagle Road Service  And Tire
3011 E. La Cadena
Riverside, CA 92507-2630

GE Commercial Distribution Finance Corp.
c/o/ Hemar, Rousso, & Heald, LLP
15910 Venture Blvd., 12th Floor
Encino, CA 91436-2802

Eclipse  RV
3016 Kansas Ave., Bldg. 14
Riverside, CA 92507-3441

Edward E Garcia
3105 Vernyce Ct
Chico, CA 95973-7637

EMI Freeway Sign
4737 W. A56th Street
Lawndale, CA 90260

Emilio Valdez
3036 E Maple Ave #a
Orange, CA 92869-3323

Employee Relations, Inc
431 North Brand Blvd, 308
Glendale, CA 91203-4407

Ernie's Auto Interiors
2275 La Crosse Ave, #206/207
Colton, CA 92324-4478

Erwin A. Pasqua
8025 Tolman Ave
Chino, CA 91708-9357

Esperanza  Marquez
13164 Gatehall Ave
Corona, CA 92879-5322

Espinoza,  Eduardo  R
Eddie's Detailing Services
10035 Deep Canyon Road
Moreno Valley, CA 92557-2860
RTS Unable to Fwd: 11-29-14

Fastrak
P.O. Box 1022
Wixom, MI 48393
RTS Unable to forward 0918-14

Fastrak
P.O. Box 26925
San Francisco, CA 94126-6925

Fernando H. Segundo
23532 #b Antonio Pkwy
Rancho Santa Marg. CA 92688-2681

First Interstate Bank
401 N. 31st Street
Billings, MT 59101-1296

First National Bank
~~1600 Paul Bunyon Drive~~
~~Bemidji, MN 56601~~
RTS Unable to Fwd 09-16-14

Focus Management Group USA, Inc.
5001 West Lemon
Tampa, FL 33609-1103

Forest  River
21815 Network Place
Chicago, IL 60673-1218

Forest River Warranty Company
55470 CR1
P.O. Box 3030
Elkhart, IN 46515-3030

Forest River, Inc.
55470 County Road 1
Elkhart, IN 46514-9765

Fredrick H. Kelser
68120 Bella Vista Rd
Cathedral City, CA 92234-5615

Freedom
625 N. Grand Avenue
Santa Ana, CA 92701-4347

GE Capital Commercial Dist. Finance
500 West Monroe Street
Chicago, IL 60661-3671

Gilberto Fuentes
7 Autumn Hill
Laguna Hills, CA 92563-6016

Glenn M Elsing
19 Springside
Dove Canyon, CA 92679-3425

GMAC
6716 Grade Lane
Bldg 9 Ste 910
Louisville, KY 40213-3439

Golden West Cities FCU
11390 Stanford Ave
Garden Grove, CA 92840-5396

Graciano,Mike Graciano
~~126 N Date Ave #c~~
~~Rialto, CA 92376~~
RTS Unable to forward 09-11-14

Great American Business Products
6701 Concord Park Drive
Houston, TX 77040-4044

Great American Business Products
P.O. Box 4422
Houston, TX 77210-4422

Greater Nevada CU
451 Eagle Station Ln
Carson City, NV 89701-8402

Handy Hose Services
Advantage Hose Services, LLC
PO Box 8720
Anaheim, CA 92812-0720

Heartland  Rv  LLC
1001 All Pro Drive.
Elkhart, IN 46514-8815

Hector Contreras
301 N Laurel
Santa Ana, CA 92703-5402

Home Depot
P.O. Box 183175
Columbus, OH 43218-3175

Hong Jun Alice Fu
20640 Truss Ct
Diamond Bar, CA 91789-3881

HWH
2096 Moscow Road
Moscow, IA 52760-9603

Int'L, Four Winds
PO Box 1486
701 CR 15
Elkhart, IL 46515-1486

Interstate Batteries (irv&sta)
10891 Forbes Avenue, Suite A
Garden Grove, CA 92843-6501

Interstate Batteries (sta)
10891 Forbes Avenue, Suite A
Garden Grove, CA 92843-6501

IP Networked Services
1950 Hassell Road
Hoffman Estates, IL 60195-6308

J D Lock & Key
3023-B Harbor Blvd., Suite B
Costa Mesa, CA 92626-2588

J&D Printing
650 W. Terrace Drive
San Dimas, CA 91773-2916

James H Wesslng II
21 El Vado
Rancho Santa Marg. CA 92688-8504

Javier Galvan
Po Box 253
Westminster, CA 92684-0253

Javier Zaragoza Salcedo-2916
10132 Antigua St
Anaheim, CA 92804-5303

Alvin D Campbell
324 Lookout Drive
Sedona, AZ 86351-7844

Hong Jun Alice Fu
16719 Catena Dr.
Chino Hills, CA 91709-6639

Jennifer Mary Fresh
21 El Vado Dr
Rancho Santa Marg. CA 92688-8504

Jerry Fields
c/o William Clevenger
24152 Lyons Ave, #226
Newhall, CA 91321-2442

Jesus Nazario
11902 Morgan Ln
Garden Grove, CA 92840-2537

Jill Nichole Chaney
1270 W Eighth St #o
Corona, CA 92882-3535

Jim E. Rich
22421 Franklin St
Grand Terrace, CA 92313-5917

Jim-n-i Tire & Service
444 E. Valley Blvd.
Colton, CA 92324-3051

John D Fresh
21 El Vado Dr
Rancho Santa Marg. CA 92688-8504

Jose Gonzalez
863 S Annika St
Anaheim, CA 92806-4616

Julian Mena Hernandez
1018 Newhope St
Santa Ana, CA 92704-2236

Kaiser Foundation Health Plan
File Number 54803
Los Angeles, CA 90074-0001

Greenberg Glusker et al
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067-4301

Karla Gleghorn
10381 Samoa Drive
Huntington Beach, CA 92646-2560

Keystone  RV
PO Box 2000
Goshen, IN 46527-2000

Recovery Management Systems
Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Kimberly Ann McCreadie
12253 Morrison St
Moreno Valley, CA 92555-1887

Kinecta FCU
Attn: Consumer Loan Payoff
1440 Rosecrans Ave
Manhattan Beach, CA 90266-3702

Laura M Chacon
1382 S E Skyline
Santa Ana, CA 92705-3220

Laurie Fosdick
16292 Magenta Terrace
Chino Hills, CA 91709-4905

Lawrence W. Neal Jr.
Po Box 939
Crestline, CA 92325-0939

LBS Financial Credit Union
5505 E. Garden Grove Blvd
Westminster, CA 92683-1894

Leonardo Becerra
689 Cornflower
Perris, CA 92571-3341

Los Angeles Times
File 54221
Los Angeles, CA 90074-0001

Louk J. Nienhuis
14 Wellbrook Pl
Coto De Caza, CA 92679-5149

LSL Certified Public Accountants
203 N. Brea Blvd. #203
Brea, CA 92821-4056

Andrew Huante
15481 Chaparral St.
Victorville, CA 92394-5506

Luis Avila Edson
~~6130 Camino Real Sp310~~
~~Riverside, CA 92509~~
RTS Unable to forward 09-11-14

Luis M Granados
24161 Webster Ave
Moreno Valley, CA 92553-7720

M. Westland LLC
13070 Old Bolsa Chica Road
Westminster, CA 92683-1712

Manehim Credit Department
6325 Peachtree Dunwoody Road
NE Atlanta, GA 30328-4545

Manheim Southern California
10700 Beech Ave
Fontana, CA 92337-7205

Mark Scoon
1284 E. Mendocino Street
Alta Dena, CA 91001-2527

Marquis  Mobile RV
1118 Big Pine Lane
Norco, CA 92860-3855

Mary J Weger
48303 20th Street W #184
Lancaster, CA 93534-7421

MDC Products Company, Inc.
12306 Montague Street
Pacoima, CA 91331-2279

Meredith G Goonetilleeke
2107 E Finley Road
Palm Springs, CA 92262-2431

Merrick Bank
10705 S. Jordan Gateway, Suite 200
South Jordan, UT 84095-3977

Michael E Butler Jr,
416 Whipporwill Dr
Riverside, CA 92507-1510

Michael R. Lankford
7976 Armagosa Dr
Riverside, CA 92508-8712

Miguel Angel Graciano
16309 Valley Blvd
Fontana, CA 92335-6515

Mindy S. Martin
2500 N Tustin Ave Unit F
Santa Ana, CA 92705-1009

Mobile Modular
P.O. Box 45043
San Francisco, CA 94145-5043

~~Monaco  Rv  LLC~~
~~PO Box 465~~
~~Wakarusa, IN 46573~~
Removed per CFO request- duplicate

Mora, Alberto
5178 Coonen Drive
Riverside, CA 92503-2312

NADA Guides
P.O. Box 7800
Costa Mesa, CA 92628-7800

Nancy Nunez
156 Cantata
Irvine, CA 92606-8340

Napa Auto Parts
P.O. Box 430
Stanfield, AZ 85172-1614

National Positions
~~5012 Chesebora, 2nd Floor~~
~~Agoura Hills, CA 91301~~
Incorrect Address –updated below

NBC Television Stations
30 Rockefeller Plaza
New York, NY 10112-0037

Nelia C. Pontino
3516 Banbury Dr Apt 230
Riverside, CA 92505-1987

Debra Adams
19635 Oshkosh Ct.
Apple Valley, CA 92307-5474

NTP
27150 SW Kinsman Road
Wilsonville, OR 97070-8246

Old Ranch Properties, LLC
13070 Bolsa Chica Road
Westminster, CA 92683

Olsen,Michelle L. Olsen
~~72 Sutton Place S~~
~~Palm Desert, CA 92211~~
RTS Unable to forward 09-18-14

Orange Line
404 E. Commercial Street
Pomona, CA 91767-5599

Orange Line Oil Company
404 E. Commercial Street
Pomona, CA 91767-5599

Patricia A O'Connell
3222 HWY M-35
Bark River, MI 49807-9631

Patties  RV Park
PO Park 4078
Quartzsite, AZ 85359-4078

Paul Schilperoort
8 Santa Sophia
Rancho Santa Marg. CA 92688-2671

Pedro Marquez
2032 N Sierra Way
San Bernardino, CA 92405-4149

Perry Auto Glass
1135 W. 27th
San Bernardino, CA 92405-3123

Petrospecs Inc.
3301 Grande Vista Drive
Newbury Park, CA 91320-1194

Phillips 66/ Union 76
P.O. Box 530970
Atlanta, GA 30353-0970

Pleasure-Way Industries
302 Portage Ave.
**Saskatoon, SK S73 4C6**

Portfolio General Manage Group Inc.
14651 Dallas Parkway, Suite 502
Dallas, TX 75254-8890

Portfolio Group
14651 Dallas Parkway, Suite 502
Dallas, TX 75254-8890

Portland Local 8 Federal Credit Union
2435 NW Front Ave, Suite #A
Portland, OR 97209-1824

Pro Rv Recon
3224 E. Yorba Linda, Ste. 536
Fullerton, CA 92831-1707

Progressive Dynamics, Inc
507 Industrial Road
Marshall, MI 49068-1750

Quality Drive Away, Inc.
PO Box 764
Goshen, IN 46527-0764

Robert K. Johnson
305 NE 6th Street, #1014
Grants Pass, OR 97526-2059

Rainbow Environmental Service
P.O. Box 1026
Huntington Beach, CA 92647-1026

Reynolds & Reynolds
6700 Hollister
Houston, TX 77040-5331

Reynolds & Reynolds Co.
P.O. Box 182206
Columbus, OH 43218-2206

River Rock Advertising
~~5400 Garden Grove Blvd.~~
~~Westminster, CA 92683~~
RTS Unable to Fwd 09-12-14

RM Broadcasting LLC
75-153 Merle Street, G
Palm Desert, CA 92211-5197

Robert D Canale
2295 N Tustin #3
Orange, CA 92865-3718

Robert P Houghton
16657 Placeritra Canyon Dr.
Santa Clarita, CA 91321-3309

Rolando F. Ramirez
24989 Enchanted Way
Moreno Valley, CA 92557-6411

Robert Scheller
2535 Talisman Dr.
Lake Havasu City, AZ 86406-8268

Ruben Marin
886 Cory Ann Ct
Perris, CA 92570-3433

California State Board Of Equalization
State Operations Branch, MIC:55
PO Box 942879
Sacramento CA 94279

Safe-gap
Safe-Guard
Two Concourse Parkway, Suite 500
Atlanta, GA 30328-5584

Samantha L. Smiley
33 Promontory
Rancho Santa Marg. CA 92679-3811

San Bernardino County Fire Protection
157 W. Fifth Street, Second Floor
San Bernardino, CA 92324-0225

Santa  Margarita Ford
30031 Santa Margarita Pkwy
RSM, CA 92688-3601

Denise R. McBurney
6725 Vigo Dr.
La Mesa, CA 91942-5829

Santander
1010 Mockingbird Lane
Dallas, TX 75247-5126

Santander Consumer USA
1010 Mockingbird Lane
Dallas, TX 75247-5126

Santos Bacilio Villacorta
6352 Klamath Dr
Westminster, CA 92683-2070

SC Fuels
PO Box 7003
Lancaster, CA 93539-7003

Shred It
4111 Flat Rock Drive
Riverside, CA 92505-5861

So Cal Locksmith
1646 E. Washington Street
Colton, CA 92324-4605

Sonsio International
P.O. Box 16788
Golden, CO 80402-6012

South Coast Water
Division of Hannah Ind.
401 S. Santa Fe Street
Santa Ana, CA 92705-4139

South Coast Water CO
401 S. Santa Fe Street
Santa Ana, CA 92705-4139

Southern California Edison Co.
PO Box 300
Rosemead, CA 91770-0300

Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001

Southland Credit Union
8545 Florence Ave.
Downey, CA 90240-4014

Southwest Coaches
77-840 Varner Road
Palm Desert, CA 92211-1144

SST
1005 Convension Plaza, #A
PO Box 790079
St. Louis, MO 63101

Stag Parkway
P.O. Box 405133
Atlanta, GA 30384-5133

Santander Consumer USA, Inc.
c/o John H. Kim, Esq.
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd., 10th Floor
Costa Mesa, CA 92626-1947

Staples Business Advantage
PO Box 83689, Dept. LA
Chicago, IL 60696-3689

Staples, Dept LA
P.O. Box 83689
Chicago, IL 60696-0001

State Farm Bank
ATTN: Loan Servicing
310 Price Place
Madison, WI 53705-3209

Statistical Surveys
PO Box 88004
Grand Rapids, MI 49518-0004

Statistical Surveys
1693 Sutherland Dr. SE
Grand Rapids, MI 49508-4904

Stephan Jamil Reynolds
8086 Haven View Dr
Riverside, CA 92509-6160

Strategic Dealer Services
35589 Abelia Street
Murrieta, CA 92562-4461

Traveland International, LLC
Pacific Premier Law Group
200 E. Sandpointe Ave., Ste. 500
Santa Ana, CA 92707-6726

Tammy L Goddard
3115 Center Street
Arcadia, CA 91006-5859

TDS
P.O. Box 608
Lancaster, WI 53813-0608

TDS
P.O. Box 94510
Palatine, IL 60094-4510

Telepacific Communications
P.O. Box 36430
Las Vegas, NV 89133-6430

The Best Auto Glass
1535 E. First, Unit E
Santa Ana, CA 92701-7304

The Glass Master
21512 Lake Forest Drive, #C
Lake Forest, CA 92630-6056

The Home Depot Credit Services
Dept. 32 3133352355
PO Box 183175
Columbus, OH 43218-3175

The Mendelson Law Group
20301 Ventura Blvd
Woodland Hills, CA 91364-0934

The Professionals Car Care Inc.
7071 Warner Avenue #123
Huntington Beach, CA 92647-5495

Thomas E Decker
6623 Escenia St
San Bernardino, CA 92407-5151

Thor California
14255 Elsworth Street
Moreno Valley, CA 92553-9013

Thor Motor Coach
P.O. Box 1486
Elkhart, IN 46515-1486

Tim's Mobile Truck Repair Inc.
2277 LaCrosse Avenue, #302
Colton, CA 92324-4440

Time Warner Media
P.O. Box 101366
Pasadena, CA 91189

Tire & Wheel Shield Road Hazard Pr
PO Box 16462
Golden, CO 80402-6007

Town of Quartzsite
P.O. Box 2812
Quartzsite, AZ 85346-2812

Trujillo Lorenzo
10112 Nemaha
Riverside, CA 92503-5448

United Rentals
File 51122
Los Angeles, CA 90074-1122

United Rentals
6125 Lakeview Road, Suite 300
Charlotte, NC 28269-2616

United Tire Services
P.O. Box 53267
Phoenix, AZ 85072-3267

UPS
PO Box 894820
Los Angeles, CA 90189-4820

Western Alliance Bank
c/o Janel M. Glynn
2575 E. Camelback Road, Suite 1100
Phoenix, AZ 85016-9254

US Bank
PO Box 5229
Cincinnati OH 45201-5229

Verizon
PO Box 660108
Dallas, TX 75266-0108

Verizon
P.O. Box 920041
Dallas, TX 75392-0041

ABC Holding Company, Inc. KABC
500 South Buena Vista Street
Burbank, CA 91521-9750

Vincent Anderson
7 Delantera
Irvine, CA 92620-1841

Arbogast Buick, Pontiac, GMC, Inc.
c/o Sam Yebri, Merino Yebri, LLP
1925 Century Park East, Suite 2140
Los Angeles, CA 90067-2722

Vinyl Ladies
P.O. Box 1526
Running Springs, CA 92382-1526

Visterra Credit Union
23540 Cactus Avenue
Moreno Valley, CA 92553-8906

Vortex Industries, Inc.
File 1095
1801 W. Olympic Blvd.
Pasadena, CA 91199-1095

Walter B Hauser
81-641 Ave 48 #104
Indio, CA 92201-6749

Warren A James
6000 Crimson Drive
San Jose, CA 95120-3822

Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054-0349

Wells Fargo Bank
PO Box 54180
Los Angeles, CA 90054-0180

Wells Fargo Bank
1740 Broadway
Denver, CO 80274-0001

Wells Fargo Bank
PO Box 348750
Sacramento, CA 95834-8750

Wells Fargo Bank
7412 Jefferson NE
Albuquerque, NM 87109-9313

Wells Fargo Merchant Services
5251 Westheimer Road
Houston, TX 77056-5412

Western Propane Services Inc.
12600 Western Avenue
Garden Grove, CA 92841-4015

White Sheet/Green Sheet
P.O. Box 3370
El Centro, CA 92244-3370

William S. Riess
14231 Quent Drive
Tustin, CA 92780-5828

Willis Harold Benton Sr
1714 W Myrtle
Santa Ana, CA 92703-4411

Winnebago  Industries, Inc.
PO Box 1526
Forest City, IA 50436-0152

Winnebago Industries
605 West Crystal Lake Road
Forest City, IA 50436

WSECU
330 Union Ave SE
Olympia, WA 98501-1324

Wurth USA Inc.
PO Box 843948
Dallas, TX 75284-3948

Wurth USA inc.
93 Grant Street
Ramsey, NJ 07446-1179

Zurich
1472 Payshere Cir
Chicago, IL 60674-0014

Patrick M. Mowrey
140 East Stetson Ave., #162
Hemet, CA 92543-7139

Steve Banas & Sandy Banas
c/o Barry Lee O'Connor, Esq.
3691 Adams Street
Riverside, CA 92504

Bank of the West
c/o Mark S. Blackman, Esq.
6345 Balboa Blvd., Suite 300
Encino, CA 91316

Forest River, Inc.
Attn:  Joe Greenlee, CFO
55470 County Road 1
P.O. Box 3030
Elkhart, IN 46514

Winnebago Industries, Inc.
Att: Scott C. Folkers, VP/ Gen. Counsel
605 W. Crystal Lake Road
Forest City, IA 50436

Winnebago  Industries, Inc.
PO Box 152
 Forest City, IA 50436-0152

Adeline L. Thifault
2107 S. Spinnaker  Street
Anaheim, CA 92802-4929

Albert & Laura St. John
16722 Merrill Street
Victorville, CA 92395-3910

Allen & Sylvia Johnson
c/o Richard Traveler
2910 N. 44th St., Suite 310
Phoenix, AZ 85018-7270

Allen Johnson
c/o Consumer Motor Vehicle Recovery
PO Box 8060
San Rafael, CA 94912-8060

Altman Colton Properties, Inc.
c/o Andy Kong - Arent Fox, LLP
555 W, Fifth Stree, 48th Floor
Los Angeles, CA 90013-1065

American Express Travel Related Services
Co., Inc.
c/o Becket and Lee, LLP
POB 3001
Malvern, PA 19355-0701

American Recovery Service, Inc.
555 St. Charles Drive, Suite 100
Thousand Oaks, CA 91360-3983

Anthony Martinez
c/o Law Offices of Vincent W. Davis
150 N. Santa Anita Avenue, Suite 200
Arcadia, CA 91006-3115

Arizona Attorney General
c/o Tax Bankruptcy Section
1275 West Washington Avenue
Phoenix, AZ  85007-2997

Banas Family Trust
77-840 Verner Rd.
Palm Desert, CA 92211-1144

Business Consumer Alliance
PO Box 970
Colton, CA 92324-0814

Buyer RV Mart, Inc.
681 W. Lacadena Drive
Riverside, CA 2501-1343

CBS Radio-
KFRG/KEZN/KXFG-FM Radio
c/o Szabo Associites, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

CBS Radio
c/o Herzlich & Blum, LLP
15760 Ventura Blvd., Ste. 2024
Encino, CA 91436-3002

Cardlock Fuels System, Inc.
dba SC Fuels
1800 W. Katella Avenue, CA Suite 400
Orange, CA 92867-3449

Carolyn E. Sell
10630 Orchard View Lane
Riverside, CA 92503-6635

Catherine R Hyde
c/o Paul F Ready, Farmer & Ready
1254 Marsh St
San Luis Obispo, CA 93401-3326

Catherine R. Hyde
297 Weymouth Street
Cambria, CA 93428-2342

Charles W Lane
33685 Wind Horse Way
Yucaipa, CA 92399-6958

Charles W. and Carolyn H. Lane
37305 Buckskin Circle
Parker, AZ 85344-8207

Chris Lewis
2008 Talon Way
San Diego CA 92123-3735

Wells Fargo Bank, N.A.
Ofc. Of Gen. Counsel, Mark Andrews
21680 Gateway Ctr., #280
Diamond Bar, CA 91765-2456

Clear Channel Los Angeles
3715 Ventura Drive
Arlington Heights IL 60004-7678

Dominion Web Solutions
PO Box 3096
Norfolk, VA 23514-3096

Donald Beaver
PO Box 91622
Long Beach CA 90809-1622

Donald Karlen Jr
15551 Fairbanks Dr
Victorville CA 92394-3200

EDD
PO Box 82603
Sacramento, CA 94230-0001

Edward Rairie
16458 Bolsa Chica St, Suite 295
Huntington Beach CA 92649-2603

Edward and Mary Barth
4448 Maybank
Lakewood, CA 90712-3710

Frances J Kilpatrick
1823 Jasmine Ct
San Jacinto, CA 92583-6043

George G. Davis and Jo Ann Peck
233 Texas Dr
Hideaway, TX 75771-5030

Gerald & Roxanna Otteson
29041 Wayfarer Road
Menifee CA 92585-3328

Herzlich & Blum, LLP
15760 Ventura Blvd., Ste. 2024
Encino, CA 91436-3062

Eduardo R. Espinoza
10001 Deep Canyon Road
Moreno Valley, CA 92557-2860

Internal Revenue Service
300 N Los Angeles St
MS 5022
Los Angeles, CA 90012-3351

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Eric Coe
416 8th St.
Huntington Beach, CA 92648-4629

James Staats
3850 Raven Way
Reno NV 89509-5627

Jesse & Carol Bassford
1524 E. Hazeltine St.
Ontario, CA 91761-7242

Jon Michael Hill
Mike Hill
1048 Irvine Ave 573
Newport Beach CA 92660-4602

July International Inc DBA CDTA K9
PO BOX #784
Pico Rivera CA 90660-0784

Joy L. Cagle
c/o Clinton D. Cagle, Esq.
845 N. Garland Ave., Ste.110
Orlando, FL 32801-1095

Greater Nevada Credit Union
PO Box 9013
Addition, TX 75001-9013

Kevin Frew
c/o Consumer Motor Vehicle Recovery
PO Box 8060
San Rafael, CA 94912-8060

Kevin Nestor
PO Box 940640
Simi Valley CA 93094-0640

Kevin Nestor
c/o Consumer Motor Vehicle Recovery
PO Box 8060
San Rafael, 94912-8060

Larry Ambrose
4922 Edinger Ave #A
Huntington Beach CA 92649-2362

Larry K Sharman
959 Corwin Place
Hemet CA 92544-1806

Lesandre Barley
DBA Vinyl Ladies
PO Box 1526
Running Springs, CA 92382-1526

Lewis Minard
c/o Consumer Motor Vehicle Recovery
PO Box 8060
San Rafael, CA 94912-8060

Lawrence Savaglio
c/o Consumer Motor Vehicle Recovery
PO Box 8060
San Rafael, CA 94912-8060

Lorraine and James McConnell
c/o Gerard W O'Brien Esq
2878 E Imperial Highway
Brea, CA 92821-6714

Gregg D. James / Vela James
PO Box 1254
Red Rock AZ 85145-1007

Marilyn Thomas and Marilyn Hunter
112 Cadboro Rd.
**Winnipeg, Manitoba R3Y 1R7 Canada**

James H Wessling II
21 El Vado
Rancho Santa Marg CA 92688-8504

Mark Turner
1920 Simsburry St
Palmdale CA 93550-6971

McMahons Staffing, Inc.
~~5400 Garden Grove Blvd.~~
~~Westminster, CA 92683-1801~~
RTS Unable to Fwd 09-12-14

Mendelson Law Group
20058 Ventura Blvd. #54
Woodland Hills, CA 91364-2637

Michael J. Holland
28081 Morro Ct.
Laguna Niguel, CA 92677-7017

Mikeal L Smith
POB 1357
Globe AZ 85502-1357

Mitchell Spike
c/o Consumer Motor Vehicle Recovery
PO Box 8060
San Rafael, 94912-8060

Monaco Coach Corp
91320 Coburg Industrial Way
Eugene, OR 97408-9305

National Positions
30401 Agoura Road, Suite 20O
Agoura Hills, CA 91301-2012

Orange County Register
Attn Cyndi Eschardies 4th Floor Finance
625 N Grand Avenue
Santa Ana CA 92701-4347

Kathryn A. Abraham
40335 Winchester Rd. #148E
Temecula, CA 92591-5500

Pam Field
~~41-750 Rancho Las Palmas, Bldg.~~
~~Rancho Mirage, CA 92270-5511~~
RTS Unable to Fwd 09-11-14

Phil and Gail Cowen
~~c/o James Bastian~~
~~8125 Irvine Center Drive,~~
~~Irvine, CA 92618~~
RTS Unable to Fwd 09-16-14

Lawrence W. Neal
Po Box 939
Crestline, CA 92325-0939

Mark Swoon
1284 E. Mendocino Street
Alta Dena, CA 91001-2527

Pitney Bowes
PO BOX 371874
Pittsburgh, PA 15250-7874

RV Custom Paint
PO Box 8523
Anaheim, CA 92812-0523

Ralph Lake
c/o Mathew C. Mallhofer, Esq.
2107 N. Broadway, Ste. 103
Santa Ana, CA 92706-2633

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Richard & Pamela Field
53585 Avenida Juarez
La Quinta CA 92253-3590

Roadtrek Motorhomes, Inc.
100 Shirley Avenue
**Kitchener, Ontario, Canada N2B 2E1**

Sebrite Corporation
4068 Mt Royal Blvd Ste 221
Allison Park PA 15101-2951

Sergio Saenz
Barbara Saenz
c/o Wakefield Law Firm
1927 Harbor Blvd, Suite 808
Costa Mesa, CA 92627-7600

Southern California Edison Company
Attn: Credit and Payment Services
1551 W. San Bernardino Rd
Covina, CA 91722-3407

California State Board Of Equalization
Account Reference, GROUP MIC 29
PO Box 942879
Sacramento CA 94279-0029

Steve and/or Carolyn Sartain
2562 N. Meadow Grove Rd.
Orange, CA 92867-2066

Szabo Associates, Inc.
3355 Lenox Road, NE, Suite 945
Atlanta, GA 30326-1395

Terry Banning
1520 LeGrande Terrace
San Pedro, CA 90732-3920

The Reynolds and Reynolds Company
c/o Thompson Hine LLP
Attn: Jonathan S. Hawkins, Esq.
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342-4934

Thor Industries, Inc.
601 E. Beardsley Avenue
Elkhart, IN 46514-3305

Barbara Bruce
5 Fontaine
Coto de Caza, CA 92679-4904

Martha Fernandez
c/o Michael D. Margolin, Esq.
24025 Park Sorrento, Ste. 430
Calabasas, CA 91302-9776

United Parcel Service (Freight)
c/o Receivable Management Services (&c
P.O. Box 4396
Timonium, MD 21094-4396

United Tire Services
P.O. Box 53267
Phoenix, AZ 85072-3267

Vaco Orange County, LLC
~~c/o Murphy Pearson Bradley & Feeney~~
~~725 S. Figueroa Street , Suite 2150~~
~~Westminster, CA 92683~~
RTS Unable to Fwqd 09-14-14

Virginia Ann Sheehan
5659 Gary Ave
Long Beach CA 90805-4013

Vision Media, Inc.
4544 North Hiatus Rd.
Sunrise, FL 33351-7944

Melissa and Matthew Spurlock
25760 Hialeah Dr.
Tehachapi, CA 93561-5345

Paul and Maria Marshall
29935 Fox Creek Dr.
Sun City, CA 92586-4812

William B Ripley
3310 Rocky Rd
Lenoir, NC 28645-8686

William W Grove
5806 Hayter Ave
Lakewood CA 90712-1045

Willis Harold Benton Sr
1714 W Myrtle
Santa Ana, CA 92703-4411

Zurich American Insurance Company
Attn: Betty Szott
PO Box 68549
Schaumburg, IL 60168-0549

Elva M. Ayala
300 E. Esplanade Drive, Ste. 1980
Oxnard, CA 93036-1295

Gary Collins
Law Offices of Allan D. Sarver
16000 Ventura Blvd Suite 1000
Encino, CA 91436-2762

Jonathan Seligmann Shenson
Shenson Law Group PC
1901 Avenue of the Stars Suite 360
Los Angeles, CA 90067-6025

Authorize.Net
PO Box 947
American Fork, UT 84003-0947

V.S.M., A Minor
Abbey Weitzenberg Warren & Emery
100 Stony Point Road, Suite 200
Santa Rosa, CA 94501

Greenberg Glusker Fields Claman &
Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Phil and Gail Cowen
c/o James Bastian
8105 Irvine Center Dr. #600
Irvine, CA 92618

Anthony J. & Patricia LaPonza
c/o Holly Roark, Esq.
1875 Century Park E, Ste. 600
Los Angeles, CA 90067-2507

Bank of the West
Alpert Barr & Grant APLC
6345 Balboa Blvd., Ste. 300
Encino, CA 91316-1500

Credit Union of Southern California
Buchalter Nemer
18400 Von Karman Ave., Ste. 800
Irvine, CA 92612-0514

U S Telepacific Corp.
Office of the General Counsel
515 S Flower St., 47th Floor
Los Angeles, CA 90071-2201

Washington State Employees CU
RCO Legal, P.S.
1241 E. Dyer Rd., Ste. 250
Santa Ana, CA 92705-5611

Arrowhead Credit Union
PO Box 735
San Bernardino, CA 92402-0735

Attn: Alexander Rodriguez
PO Box 200
Whittier, CA 90608-0200

Bank of America, N.A.
Donald H. Cram
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

Brent McMahon
7545 Irvine Center Drive, Ste. 200
Irvine, CA 92618-2933

CBS Corporation
c/o CBS Law Dept./Helen D'Anto
51 West 52nd Street
New York, NY 10019-6188

Carol A. Petty
3350 NW Eagle View
Albany, OR 97321-9336

Collins & Company
17880 Commerce Drive
Bristol, IN 46507-9218

CoreLogic Credco
San Diego Credit Association
2044 First Avenue, Ste. 300
San Diego, CA 92101-2079

Cortney Veenker
PO Box 381
Bridgeport, CA 93517-0381

County of Orange
Attn: Bankruptcy Unit
PO Box 4515
Santa Ana, CA 92702-4514

Credit Union of Southern California
Attn: Alexander Rodriguez
PO Box 200
Whittier, CA 90608-0200

DSZ Enterprises LLC / Donna Zellers
Dba Bolt Security Guard Services
10639 N. 82nd Street
Scottsdale, AZ 85260-1800

Daniel King
600 W. Callet St.
Palmdale, CA 93551-2977

Darla Webster
11363 Tortuga St.
Cypress, CA 90630-5301

Dennis & Debora Enyeart
c/o Gregory M. Salvato, Esq.
355 S. Grand Ave., Ste. 2450
Los Angeles, CA 90071-9500

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Focus Management Group USA, Inc.
~~5001 West Lemon~~
~~Pompano Beach, FL 33069~~
RTS Unable to Fwd 12-06-14

Forest River, Inc.
c/o John R. Humphrey
One Indiana Square, Ste. 3500
Indianapolis, IN 46204-2023

GE Comm'l Distribution Finance Corp.
Jeffrey Norwood / Husch Blackwell LLP
736 Georgia Ave., Ste. 300
Chattanooga, TN 37402-2059

Gary Collins
1728 Blackberry Court
Palmdale, CA 93551-4911

Hannah Industries Inc. dba So Coast
Water
401 S. Santa Fe
Santa Ana, CA 92705-4139

Harold & Linda Tol
3507 W. Stetson Ave., #119
Hemet, CA 92545-9740

Harp Investments LLC
Jeraid L Harper
6818 S. 1600 East
Uintah, UT 44405-9795

Jan Kelly
27271 Big Valley Rd. NE
Poulsbo, WA 98370-9103

John J. Ayala
22579 Raven Way
Grand Terrace, CA 92313-6127

Keystone RV Company
Attn: David G. Thomas
PO Box 2000
Goshen, IN 46527-2000

LBS Financial Credit Union
PO Box 4860
Long Beach, CA 90804-0860

LSL CPA's
August Burrows, Firm Administrator
203 N. Brea Blvd. #203
Brea, CA 92821-4056

Lewis and Patricia Minard
c/o Hanover & Shaw
73710 Fred Waring Dr., Ste 100
Palm Desert, CA 92260-2510

Louis Antolin
2721 N. Eastside St.
Santa Ana, CA 92705-6817

M. Gerald Goonetilleke
c/o Law Ofcs of Lazaro E. Fernandez
3600 Lime St., Ste. 614
Riverside, Ca 92501-0939

Michael E. Manry
11586 Joyful Way
Montrose, CO 81401-8227

Michael & Marilyn Slanger
c/o Gerald W. O'Brien, Esq.
2878 E. Imperial Hwy.
Brea, CA 92821-6714

Michael S. Burn
28726 N. 246th Dr.
Wittmann, AZ 85361-8528

Michael & Christine Terry
41-685 Brownstone Dr.
Bermuda Dunes, CA 92203-1041

Mobile Modular Mgmt. Corp.
5700 Las Positas Rd.
Livermore, CA 94551-7806

NTP Distribution Inc.
The Commercial Agency
PO Box 23909
Portland, OR 97281-3909

Orange County Transportation Auth.
c/o Linebarger Goggan et al.
1515 Cleveland Place, Ste. 300
Denvero, CO 80202-5113

Patricia Fulton
6914 E. Mantova St.
Long Beach, CA 90815-4917

Perry Auto Glass
c/o Patricia A Perry
1135 W 27th St.
San Bernardino, CA 92405-3123

Phillip & Gail Cowan
1212 Snowline Dr.
Frazier Park, CA 93225-9699

RV Custom Paint
1381 S. Walnut, #1903
Anaheim, CA 92802-2211

Reginald J. Williams
252 E. Montana Street
Pasadena, CA 91104-1058

Richard Houghton, Conservatee
Robert & Jean Houghton, Conservator
16657 Placerita Canyon Rd.
Santa Clarita, CA 91321-3309

Ronald L. Hill
PO Box 5670
Ventura, CA 93006-0670

Ronald O. Kalp
1335 Coloma Lane
Nipomo, CA 93444-7805

Royal Credit Union
200 Riverfront Terrace
PO Box 970
Eau Claire, WI 54702-0970

Santander Consumer USA Inc.
PO Box 560284
Dallas, TX 75356-0284

Theresa Packard
701 Gibson Dr., Unit 2016
Roseville, CA 95678-5753

Time Warner Cable Media Inc.
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Ste. 945
Atlanta, GA 30326-1357

U.S. Bank, N.A.
c/o Law Offices of Yuval M. Rogson
1875 Century Park East, Ste. 1490
Los Angeles, CA 90067-2515

Verizon Wireless
500 Technology Dr., #550
Weldon Spring, MO 63304-2225

Visterra Credit Union
PO Box 9500
Moreno Valley, CA 92552-9500

WESCU
PO Box WESCU
Olympia, WA 98507-0099

William T. Mangum
1655 Hastings Ranch Dr.
Pasadena, CA 91107-1315

Albert Venezia
437 N. Catalina St.
Burbank, CA 91505-3662

Dale Carson, c/o R.G. Pagter, Jr.
Pagter and Perry Isaacson
525 N. Cabrillo Park Dr., #104
Santa Ana, CA 92701-5017

Alex L Benedict
17151 Newhope St., Ste. 210
Fountain Valley, CA 92708-4226

Arjun Sivakumar
Brown Rudnick LLP
2211 Michelson Dr. 7th Floor
Irvine, CA 92612-1384

Daniel King
Law Offices of Steven R. Fox
17835 Ventura Blvd., Ste. 306
Encino, CA 91316-3664

Hong Jun Alice Fu
601 S. Atlantic Blvd., Suite B
Monterey Park, CA 91754-3817

Joel S. Miliband
2211 Michelson Dr., 7th Floor
Irvine, CA 92612-1384

Capital Educators FCU
275 S. Stratford Dr.
Meridian, ID 83680

Brown Rudnick LLP
2211 Michelson Dr. 7th Floor
Irvine, CA 92612-1384

The Law Offices of John A. Belcher
55 S. Lake Ave., Ste. 801
Pasadena, CA 91101-5906

Bank of America, N.A.
c/o Gregory M. Salvato, Esq.
355 S. Grand Ave., Ste. 2450
Los Angeles, CA 90071-9500

US Bank
Consumer Loan Servicing/WI-OS-FCLS
1850 Osborn Ave.
Oshkosh, WI 54902