| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Robert P. Goe – SBN 137019<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Avenue, Suite 510<br>Irvine, CA 92612<br>Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437<br>Email: rgoe@goeforlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>MEGA RV CORP., a California Corporation; DBA McMahon's RV; DBA McMahon's RV Irvine; DBA McMahon's RV Colton; DBA McMahon's RV Palm Desert,<br><br>                                                                          Debtor(s) | CASE NO.: 8:14-bk-13770-MW<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND OBTAINING ACCEPTANCE OF A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121(d) |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND OBTAINING ACCEPTANCE OF A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121(d)
was lodged on (*date*) 3/9/2015 and is attached. This order relates to the motion which is docket numbers 233.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# LODGED ORDER

**L.O.U** Lodged Order Upload

**Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, March 09, 2015

CONFIRMATION :

Your Lodged Order Info:
( **563810.doc** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Mega RV Corp., a California Corporation
- **Case Number**: 14-13770
- **Judge Initial**: MW
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 233
- **On Date**: 03/09/2015 @ 06:07 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

1  Robert P. Goe - State Bar No. 137019
   Elizabeth A. LaRocque – State Bar No. 219977
2  Donald W. Reid – State Bar No. 281743
   **GOE & FORSYTHE, LLP**
3  18101 Von Karman Avenue, Suite 510
   Irvine, CA 92612
4  rgoe@goeforlaw.com
   elarocque@goeforlaw.com
5  dreid@goeforlaw.com

6  Telephone:  (949) 798-2460
   Facsimile:   (949) 955-9437
7
   Attorneys for Mega RV Corp.,
8  Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>MEGA RV CORP., a California Corporation; d/b/a McMahon's RV; d/b/a McMahon's RV Irvine; d/b/a McMahon's RV Colton; d/b/a McMahon's RV Palm Desert,<br><br>Debtor and Debtor-in-Possession. | Case No. 8:14-bk-13770-MW<br><br>Chapter 11 Proceeding<br><br>**ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND OBTAINING ACCEPTANCE OF A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121(d)**<br><br>Hearing Date: March 9, 2015<br>Time:              2:00 p.m.<br>Place:             411 West Fourth Street<br>                      Courtroom 6C<br>                      Santa Ana, CA 92701 |
|---|---|

Based on MEGA RV CORP.'s, a California corporation, dba McMahon's RV; dba McMahon's RV Irvine; dba McMahon's RV Colton; and dba McMahon's RV Palm Desert, motion extending Debtor's exclusivity period to file a Disclosure Statement and Plan, the Court orders as follows:

/ / /

1

**IT IS ORDERED:**

1. Debtor's exclusivity period for filing a Disclosure Statement and Plan is extended to **April 30, 2015**, subject to the right to seek further extensions and the Committee's right to object to such request

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18101 Von Karman Avenue, Suite 510, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/9/2015 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 3/9/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Credit Union of Southern California
c/o Buchalter Nemer
18400 Von Karman Ave., Suite 800
Irvine, CA 92612

Daniel King
c/o Law Offices of Steven R. Fox
17835 Ventura Blvd., Suite 306
Encino, CA 91316

The Law Offices of John A. Belcher
55 S Lake Ave Ste 801
Pasadena, CA 91101

Greenberg Glusker et al.
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Erica T Loftis
RCO Legal, PS
1241 East Dyer Road, Ste. 250
Santa Ana, CA 92705

Adeline Thifault
2107 S Spinnaker St.
Anaheim, CA 92802

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 3/9/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Mark Wallace, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/9/2015 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.