Robert P. Goe - State Bar No. 137019
Elizabeth A. LaRocque – State Bar No. 219977
Donald W. Reid – State Bar No. 281743
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
rgoe@goeforlaw.com
elarocque@goeforlaw.com
dreid@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Mega RV Corp.,
Debtor and Debtor in Possession



FILED & ENTERED

MAR 11 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

MEGA RV CORP., a California Corporation; d/b/a McMahon's RV; d/b/a McMahon's RV Irvine; d/b/a McMahon's RV Colton; d/b/a McMahon's RV Palm Desert,

Debtor and Debtor-in-Possession.

Case No. 8:14-bk-13770-MW

Chapter 11 Proceeding

**ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND OBTAINING ACCEPTANCE OF A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121(d)**

Hearing Date:  March 9, 2015
Time:          2:00 p.m.
Place:         411 West Fourth Street
               Courtroom 6C
               Santa Ana, CA 92701

    Based on MEGA RV CORP.'s, a California corporation, dba McMahon's RV; dba McMahon's RV Irvine; dba McMahon's RV Colton; and dba McMahon's RV Palm Desert, motion extending Debtor's exclusivity period to file a Disclosure Statement and Plan, the Court orders as follows:

/ / /

**IT IS ORDERED:**

1. Debtor's exclusivity period for filing a Disclosure Statement and Plan is extended to **April 30, 2015**, subject to the right to seek further extensions and the Committee's right to object to such request

###

Date: March 11, 2015

Mark S. Wallace
United States Bankruptcy Judge

2