MARC S. MAZER (SBN 81163)
Mazer@WeillMazer.com
WEILL & MAZER
A Professional Corporation
90 New Montgomery Street, Suite 1400
San Francisco, California 94105
Telephone: (415) 421-0730
mazer@weillmazer.com

Attorneys for Creditor
PORTFOLIO GENERAL MANAGEMENT GROUP, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MEGA RV Corp., a California Corporation,<br><br>   Debtor and Debtor-In-Possession. | Case No.: 8:14-bk-13770-MW<br><br>Chapter 11<br><br>**PORTFOLIO GENERAL MANAGEMENT GROUP, INC.'S OBJECTION TO HEARING ON APPROVAL OF AMENDED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN**<br><br>Disclosure Statement Hearing:<br>Date: July 27, 2015<br>Time: 9:00 a.m.<br>Place: Courtroom 6C<br>Ronald Reagan Federal Building<br>411 West 4th Street, Santa Ana, CA |

**TO THE HONORABLE MARK S. WALLACE, JUDGE OF THE BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA, THE DEBTOR, AND ALL OTHER PARTIES IN INTEREST:**

   PLEASE TAKE NOTICE that Portfolio General Management Group, Inc. ("Portfolio") OBJECTS to the pending application for Court Approval of the debtors disclosure statement which is scheduled for hearing on July 27, 2015 and requests that the hearing be continued for at least 30 days on the following grounds:  (1) Debtor recently filed on July 20, 2015 an "amended" disclosure statement without any indication of what has been amended and, therefore, creditors should be provided statutory notices if debtor seeks approval of same by the Court;  (2) Debtor

1 apparently has filed an amended chapter 11 plan and, therefore, creditors should be provided with
2 statutory notice so that creditors will have statutory notice to consider and review same; and (3)
3 Portfolio has not had adequate time to review the aforesaid documents prior to the scheduled
4 hearing.

5 Dated: July 21, 2015

WEILL & MAZER,
A Professional Corporation

By: ___/s/ Marc S. Mazer___
MARC S. MAZER
Attorneys for Creditor
PORTFOLIO GENERAL MANAGEMENT
GROUP, INC.

WEILL & MAZER
A PROFESSIONAL CORPORATION
90 NEW MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94105
(415) 421-0730

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
WEILL & MAZER, APC, 90 New Montgomery Street, Suite 1400, San Francisco, California 94105.

A true and correct copy of the foregoing document entitled (*specify*): PORTFOLIO GENERAL MANAGEMENT GROUP MANAGEMENT GROUP, INC.'S OBJECTION TO HEARING ON APPROVAL OF AMENDED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/21/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/21/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | The State Board of Equalization | Office of the UST | SEC |
|---|---|---|---|
| Mega RV Corp | Attn: Mike Llewellyn | Attn: Elizabeth A. Lossing | 444 South Flower Street, Suite 900 |
| 5400 Garden Grove Blvd | 450 N Street | 411 West Fourth Street, Suite 9041 | Los Angeles, CA 90071 |
| Westminster, CA 92683 | Sacramento, CA 94279 | Santa Ana, CA 92701 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/21/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark Wallace-VIA FedEx Overnight;
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 W. Fourth Street, Suite 6135, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/21/2015 | C.J. Kingsley | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Marc Andrews    sandra.g.mcmasters@wellsfargo.com
- Adam N Barasch    anb@severson.com, dgl@severson.com
- James C Bastian    jbastian@shbllp.com
- James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Alex L Benedict    bkinfo.ablaw@gmail.com, alexbenedict2000@yahoo.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Michelle M Bertolino    , dgeorge@fwwlaw.com
- Mark S Blackman    MBlackman@AlpertBarr.Com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Keith Butler    kbutler@fgppr.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Ryan S Carrigan    rscarriganecf@gmail.com, rscarriganlaw@gmail.com
- Louis S Chronowski    lchronowski@dykema.com
- Donald H Cram    dhc@severson.com, jc@severson.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Andrew S Elliott    ase@severson.com, pag@severson.com;jc@severson.com
- Mark D Estle    mark.estle@buckleymadole.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Lauren N Gans    lgans@shensonlawgroup.com
- Duane M Geck    dmg@severson.com, pag@severson.com
- Janel M Glynn    janel.glynn@gknet.com, rachel.milazzo@gknet.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Gregory K Jones    GJones@dykema.com, CPerez@dykema.com
- John H Kim    jkim@cookseylaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Nancy L Lee    bknotice@rcolegal.com, nlee@rcolegal.com;RCO@ecf.inforuptcy.com
- Andrew B Levin    alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Marc S Mazer    mazer@weillmazer.com, CJ@weillmazer.com
- David W. Meadows    david@davidwmeadowslaw.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Christopher Minier    becky@ringstadlaw.com
- Nicholas E Mitchell    nmitchell@lfcu.com
- Scott Montgomery    smontgomery@abbeylaw.com, ldabbs@abbeylaw.com
- Gerard W O'Brien    gerardwobrien@gmail.com, missjanperalta@gmail.com
- Barry L O'Connor    udlawBK@aol.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- R G Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com
- Courtney E Pozmantier    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Holly Roark    holly@roarklawoffices.com, G2978@notify.cincompass.com
- Gregory E Robinson    ger@rrlawyers.com
- Yuval M Rogson    yuval@rogsonlaw.com, chris@rogsonfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

16118-00002/2428520.2

- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com
- Allan D Sarver    ADSarver@aol.com
- Kenneth Schnur    schnur@bwmlaw.com, elizabeth@bwmlaw.com
- Summer Shaw    hanlaw@aol.com
- Jonathan Shenson    jshenson@shensonlawgroup.com
- Arash Shirdel    ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com
- Ramesh Singh    claims@recoverycorp.com
- Arjun Sivakumar    asivakumar@brownrudnick.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Danielle K Wakefield    danielle@wakefieldlawfirm.com
- Sam X J Wu    wuefile@yahoo.com
- Sam S Yebri    syebri@mylawllp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

16118-00002/2428520.2