**DYKEMA GOSSETT LLP**
Gregory K. Jones (SBN 181072)
*gjones@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for ROADTREK MOTORHOMES, INC.
a Canada Corporation

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:14-bk-13770-MW |
| | Chapter 11 |
| MEGA RV CORP., a CALIFORNIA CORPORATON, | Honorable Mark Wallace |
| Debtor. | **JOINDER IN PORTFOLIO GENERAL MANAGEMENT GROUP, INC.'S OBJECTION TO HEARING ON APPROVAL OF AMENDED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN** |
| | Hearing |
| | Date: July 27, 2015
Time: 9:00 a.m.
Place: Courtroom 6C |

**JOINDER IN PORTFOLIO GENERAL MANAGEMENT GROUP, INC.'S OBJECTION**

**TO THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Creditor Roadtrek Motorhomes, Inc. ("Roadtrek") hereby joins in the "Objection to Hearing on Approval of Amended Disclosure Statement and Chapter 11 Plan" (the "Objection") [Docket No. 670] filed by Portfolio General Management Group, Inc. ("Portfolio") on July 21, 2015.

Roadtrek agrees with Portfolio's assertion that the hearing to consider the disclosure statement jointly filed by the Committee and Debtor (collectively, the "Plan Proponents") should be continued. The Plan Proponents filed an amended disclosure statement and plan on July 20, 2015, just seven days before the hearing to approve the disclosure statement. Creditors and parties in interest should have more time to consider the modifications to both pleadings.

Dated: July 22, 2015                    DYKEMA GOSSETT LLP

By: /s/ *Gregory K. Jones*
    Gregory K. Jones
    Attorneys for
    Roadtrek Motorhomes, Inc., a Canadian corporation

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CA 90071

2

**JOINDER IN PORTFOLIO GENERAL MANAGEMENT GROUP, INC.'S OBJECTION**

PAS01\855540.1
ID\GKJ - 110932\0001

# PROOF OF SERVICE OF DOCUMENT

In re Mega RV Corp. - 8:14-bk-13770-MW

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **333 S. Grand Avenue, Suite 2100, Los Angeles, CA 90071**

A true and correct copy of the foregoing document entitled (*specify*): **JOINDER IN PORTFOLIO GENERAL MANAGEMENT GROUP, INC.'S OBJECTION TO HEARING ON APPROVAL OF AMENDED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/22/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **7/22/2015,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **7/22/2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Mark S. Wallace
U.S. Bankruptcy Court, Central District of California
411 West Fourth Street
Suite 6135 / Courtroom 6C
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/22/2015 | Cathy Perez | /s/ Cathy Perez |
|---|---|---|
| Date | Printed Name | Signature |

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

**PROOF OF SERVICE**
1

PAS01\855540.1
ID\GKJ - 110932\0001

**MEGA RV CORP., A CALIFORNIA CORPORATION**
8:14-bk-13770-MW

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- James Behrens, Attorney for Creditor Committee - jbehrens@greenbergglusker.com, jreinglass@ggfirm.com; kwoodson@ggfirm.com; sgaeta@ggfirm.com; calendar@ggfirm.com
- Michelle M Bertolino on behalf of Interested Party Portland Local #8 FCU - mbertolino@fwwlaw.com, dgeorge@fwwlaw.com
- Ryan S Carrigan on behalf of Interested Party Courtesy NEF - rscarriganecf@gmail.com, rscarriganlaw@gmail.com
- Louis S Chronowski on behalf of Interested Party Courtesy NEF - lchronowski@dykema.com
- Donald H Cram, III on behalf of Creditor Ally Financial, Inc. - dhc@severson.com, jc@severson.com
- Donald H Cram, III on behalf of Creditor BANK OF AMERICA - dhc@severson.com, jc@severson.com
- Brian L Davidoff on behalf of Creditor Committee Greenberg Glusker Fields Claman & Machtinger LLP - bdavidoff@greenbergglusker.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com; jking@greenbergglusker.com
- Vincent W Davis on behalf of Interested Party Courtesy NEF - v.davis@vincentwdavis.com, mary@vincentwdavis.com;e.bershatski@vincentwdavis.com
- Rennee R Dehesa on behalf of Interested Party Elva M. Ayala - rdehesa@rstlegal.com, alopez@rstlegal.com
- Andrew S Elliott on behalf of Interested Party Courtesy NEF - ase@severson.com, pag@severson.com
- Lauren N Gans on behalf of Creditor Winnebago Industries, Inc. - lgans@shensonlawgroup.com
- Duane M Geck on behalf of Interested Party Courtesy NEF - dmg@severson.com, pag@severson.com
- Janel M Glynn on behalf of Creditor Western Alliance Bank - janel.glynn@gknet.com, rachel.milazzo@gknet.com
- Robert P Goe on behalf of Debtor Mega RV Corp., a California Corporation - kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Richard H Golubow on behalf of Creditor Edward Steve Banas and Sandra Weinrub Banas, individually and as Trustee of the Banas Family Trust - rgolubow@winthropcouchot.com, pj@winthropcouchot.com; corbin@winthropcouchot.com
- Richard H Golubow on behalf of Creditor Old Ranch Properties, LLC - rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Gregory K Jones on behalf of Creditor Arrowhead Central Credit Union - GJones@dykema.com, CPerez@dykema.com
- Gregory K Jones on behalf of Creditor Roadtrek Motorhomes, Inc. - GJones@dykema.com, CPerez@dykema.com
- John H Kim on behalf of Creditor Santander Consumer USA Inc. - jkim@cookseylaw.com
- John H Kim on behalf of Creditor Santander Consumer USA, Inc., an assignee of GE Capital Consumer Card Co. - jkim@cookseylaw.com
- John H Kim on behalf of Creditor Santander Consumer USA, Inc., an assignee of GEMB Lending Inc. - jkim@cookseylaw.com

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

2
**PROOF OF SERVICE**

PAS01\855540.1
ID\GKJ - 110932\0001

- John H Kim on behalf of Creditor Santander Consumer USA, Inc., servicer for E*Trade Consumer Finance Corporation as assignee of Thor Credit Corp - jkim@cookseylaw.com
- Andrew B Levin on behalf of Creditor Edward Steve Banas and Sandra Weinrub Banas, individually and as Trustee of the Banas Family Trust - alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- Andrew B Levin on behalf of Creditor Old Ranch Properties, LLC - alevin@winthropcouchot.com, bayrelevin@hotmail.com; pj@winthropcouchot.com; mconour@winthropcouchot.com
- Erica T Loftis on behalf of Interested Party Courtesy NEF - bknotice@rcolegal.com
- Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (SA) - elizabeth.lossing@usdoj.gov
- Melissa Davis Lowe on behalf of Interested Party Phillip and Gail Cowan - mdavis@shbllp.com, lverstegen@shbllp.com
- Marc S Mazer on behalf of Interested Party Courtesy NEF - mazer@bwmlaw.com, elizabeth@bwmlaw.com
- David W. Meadows on behalf of Interested Party Portland Local #8 FCU - david@davidwmeadowslaw.com
- Joel S. Miliband on behalf of Debtor Mega RV Corp., a California Corporation - jmiliband@brownrudnick.com
- Scott Montgomery on behalf of Interested Party V.S.M., A Minor - smontgomery@abbeylaw.com, ldabbs@abbeylaw.com
- Gerard W O'Brien on behalf of Creditor James McConnell - gerardwobrien@gmail.com, missjanperalta@gmail.com
- Gerard W O'Brien on behalf of Creditor Lorraine McConnell - gerardwobrien@gmail.com, missjanperalta@gmail.com
- Barry L O'Connor on behalf of Creditor STEVE BANAS AND SANDY BANAS EXECUTORS OF THE BANAS FAMILY TRUST - udlawBK@aol.com
- Aram Ordubegian on behalf of Interested Party Courtesy NEF - ordubegian.aram@arentfox.com
- Courtney E Pozmantier on behalf of Creditor Committee Greenberg Glusker Fields Claman & Machtinger LLP - cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com; jking@greenbergglusker.com; calendar@greenbergglusker.com
- Yuval M Rogson on behalf of Creditor U.S. Bank National Association - yuval@rogsonlaw.com, yrogson@hotmail.com
- Gregory M Salvato on behalf of Interested Party Courtesy NEF - gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com
- Allan D Sarver on behalf of Creditor Gary Collins - ADSarver@aol.com
- Kenneth Schnur on behalf of Interested Party Courtesy NEF - schnur@bwmlaw.com, elizabeth@bwmlaw.com
- Summer Shaw on behalf of Creditor Lewis & Patricia E Minard - hanlaw@aol.com
- Jonathan Shenson on behalf of Interested Party Jonathan Seligmann Shenson - jshenson@shensonlawgroup.com
- Arash Shirdel on behalf of Creditor Traveland International, LLC - ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

3
**PROOF OF SERVICE**

PAS01\855540.1
ID\GKJ - 110932\0001

- Ramesh Singh on behalf of Interested Party Recovery Management Systems Corporation - claims@recoverycorp.com
- Wayne R Terry on behalf of Creditor GE Commercial Distribution Finance Corporation - wterry@hemar-rousso.com
- United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov
- Danielle K Wakefield on behalf of Interested Party Courtesy NEF - dwakefield@bplawgroup.com, danielle@wakefieldlawfirm.com
- Sam S Yebri on behalf of Interested Party ARBOGAST BUICK, PONTIAC, GMC INC. - syebri@mylawllp.com
- Mark Andrews on behalf of Wells Fargo Bank – Sandra.g.memasters@wellsfargo.com
- Adam N. Barasch on behalf of Bank of America – anb@severson.com, dgl@severson.com
- James C. Bastian on behalf Interested Party – jbastian@shbllp.com
- Alex L. Benedict on behalf of Traveland International – bkinfo.ablaw@gmail.com, alexbenedict2000@yahoo.com
- Mark S. Blackman on behalf of Creditor Bank of the West – Mblackman@AlpertBarr.com
- J. Scott Bovitz on behalf of U.S. TelePacific Corp. – bovitz@bovitz-Spitzer.com
- Keith Butler on behalf of Universal Underwriters Ins. Co. – kbutler@fgppr.com
- Frank Cadigan on behalf of U.S. Trustee – frank.cadigan@usdoj.gov
- M. Douglas Flahaut on behalf of Altman Colton Properties – flahaut.douglas@arentfox.com
- Matthew A. Gold on behalf of Argo Partners – courts@argopartners.net
- Andy Kong on behalf of Altman Colton Properties – Kong.Andy@Arentfox.com
- Nancy Lee on behalf of Interested Party – bknotice@rcolegal.com, nlee@rcolegal.com, RCO@ecf.inforuptcy.com
- Craig Millet on behalf of Creditor Forest River – cmillet@gibsondunn.com, pcrawford@gibsondunn.com, cmillett@gibsondunn.com
- Christopher Minier on behalf of Four Winds – becky@ringstadlaw.com
- Nicholas E. Mitchell on behalf of Logix Federal Credit Union – nmitchell@lfcu.com
- R.G. Pagter on behalf of Dale Carson – Gibson@ppilawyers.com, ecf@ppilawyers.com
- Holly Roark on behalf of Anthony J. LaPonza & Patricia LaPonza – holly@roarklawoffices.com, G2978@notify.cincompass.com
- Gregory E. Robinson – ger@rrlawyers.com
- Jonathan Shenson on behalf of Jonathan Seligmann Shenson – jshenson@shensonlawgroup.com
- Arjun Sivakumar on behalf of Mega RV Corp – asivakumar@brownrudnick.com
- Sam X J Wu on behalf of Hong Jun Alice Fu – wuefile@yahoo.com

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

4
**PROOF OF SERVICE**

PAS01\855540.1
ID\GKJ - 110932\0001