UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 7 (BUSINESS) | |
|---|---|---|
| MEGA RV CORP., A California Corporation | | |
| dba McMahon's RV dba McMahon's RV Irvine | Case Number: | 8:14-bk-13770-MW |
| dba McMahon's RV Colton dba McMahon;s RV | Operating Report Number: | 13 |
| Palm Desert                        Debtor(s). | For the Month Ending: | 30-Jun-15 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      3,165,435.75

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL      1,628,944.57
ACCOUNT REPORTS

3.  BEGINNING BALANCE:      1,536,491.18

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | |
| Accounts Receivable - Pre-filing | | |
| General Sales | 265,772.45 | |
| Other (Specify) | OTHER INCOME | |
| Other (Specify) | | |
| **Other (Specify) | INTEREST INCOME | |

TOTAL RECEIPTS THIS PERIOD:      265,772.45

5.  BALANCE:

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 175,111.33 |

TOTAL DISBURSEMENTS THIS PERIOD:***      175,111.33

7.  ENDING BALANCE:      1,627,152.30

8.  General Account Number(s):

| | |
|---|---|
| * | 1665 |
| ** | 3270 |
| Depository Name & Location: | * Wells Fargo Bank 500 N State College, Orange, Ca 92868 |
| | ** EastWest Bank 9300 Flair Dr., Ste 106, El Monte, CA 91731 |

\*   All receipts must be deposited into the general account.

\** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 5/28/2015 | 1037 | Payroll | Contract Labor | | 5,000.00 | 5,000.00 |
| 5/28/2015 | 1038 | Payroll | Contract Labor | | 2,500.00 | 2,500.00 |
| 5/28/2015 | 1039 | Golden State Overnight | Shipping | | 63.67 | 63.67 |
| 5/29/2015 | 1040 | RV Max | Rent | | 15,000.00 | 15,000.00 |
| 6/1/2015 | 1041 | CDK Global | Accounting Software | | 7,500.00 | 7,500.00 |
| 6/9/2015 | 1042 | Altmans Colton | Administrative Rent | | 97,704.00 | 97,704.00 |
| 6/10/2015 | 1043 | RV Max | Misc | | 17,236.31 | 17,236.31 |
| 6/12/2015 | 1044 | Payroll | Contract Labor | | 5,000.00 | 5,000.00 |
| 6/12/2015 | 1045 | Payroll | Contract Labor | | 2,500.00 | 2,500.00 |
| 6/30/2015 | 1048 | RV Max | Rent | | 15,000.00 | 15,000.00 |
| 6/30/2015 | 1046 | Payroll | Contract Labor | | 5,000.00 | 5,000.00 |
| 6/30/2015 | 1047 | Payroll | Contract Labor | | 2,500.00 | 2,500.00 |
| 6/30/2015 | 1049 | Golden State Overnight | Shipping | | 73.36 | 73.36 |
| 6/30/2015 | | Bank Fee | Service Charge | | 33.99 | 33.99 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| **TOTAL DISBURSEMENTS THIS PERIOD:** | | | | 0.00 | $175,111.33 | $175,111.33 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 6/30/2015 | Balance on Statement: | $1,627,152.30 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |

TOTAL DEPOSITS IN TRANSIT — 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1050 | 6/30/2015 | 2,256.00 |

TOTAL OUTSTANDING CHECKS: 2,256.00   2,256.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: $1,624,896.30

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                     $0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                      0.00

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:                                                                0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                     0.00

7.  ENDING BALANCE:                                                        $0.00

8.  PAYROLL Account Number(s):                                             None

    Depository Name & Location:                                            None

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | N/A | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL DISBURSEMENTS THIS PERIOD:** 0.00

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____N/A_____        Balance on Statement: _____$0.00

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                              0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                              0.00

Bank statement Adjustments:                               _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                              $0.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                                          0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS                                                                                  0

3.  BEGINNING BALANCE:                                                                           0

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:                                                                                  0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                                       0.00

7.  ENDING BALANCE:                                                                           0.00

8.  TAX Account Number(s):                                                                    None

    Depository Name & Location:                                                               None

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | N/A | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |
|---|---|---|---|

TAX ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____ $0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:          | 0.00 |

Bank statement Adjustments:          _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:          | $0.00 |

I. D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

| | |
|---|---:|
| General Account: | 1,627,152.30 |
| Payroll Account: | 0.00 |
| Tax Account: | 0.00 |
| *Other Accounts: | 0.00 |
| | |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**      1,627,152.30

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**      0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| GE Commercial | n/a | n/a | n/a | Dispute Settled |
| Banas Family Trust | Monthly | ALL LEASES REJECTED AND PROPERTY TURNED OVER TO LANDLORDS | | |
| Altman Colton | Monthly | | | |
| Old Ranch Properties | Monthly | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 0.00

Total Wages Paid: 0.00

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | None | | |
| State Withholding | None | | |
| FICA- Employer's Share | None | | |
| FICA- Employee's Share | None | | |
| Federal Unemployment | None | | |
| Sales and Use | None | | |
| Real Property | None | | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

Page 11 of 16

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Colony | $ 2,000,000 | 2/2/2016 | 2/2/2016 |
| Worker's Compensation | None |  |  |  |
| Casualty | None |  |  |  |
| Vehicle | None |  |  |  |
| Others: ____ |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 0.00 |  |  | 0.00 | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Brent McMahon | | $10,000.00 | $0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| None | | | $0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 265,772.45 | 935,983.86 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 265,772.45 | 935,983.86 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 0.00 | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| **Gross Profit** | 265,772.45 | 935,983.86 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 0.00 | 0.00 |
| Payroll - Other Employees | 0.00 | 0.00 |
| Payroll Taxes | 0.00 | 0.00 |
| Other Taxes (Itemize) | 0.00 | 0.00 |
| Depreciation and Amortization | 0.00 | 0.00 |
| Rent Expense - Real Property | 15,000.00 | 75,000.00 |
| Lease Expense - Personal Property | 0.00 | 0.00 |
| Insurance | 0.00 | 55,000.00 |
| Real Property Taxes | 0.00 | 0.00 |
| Telephone and Utilities | 0.00 | 104.64 |
| Repairs and Maintenance | 0.00 | 0.00 |
| Travel and Entertainment (Itemize) | 0.00 | 0.00 |
| Miscellaneous Operating Expenses (Itemize) | 171.02 | 3,900.87 |
| Subcontract Labor | 15,000.00 | 88,250.00 |
| Total Operating Expenses | 30,171.02 | 222,255.51 |
| | | |
| Net Gain/(Loss) from Operations | 235,601.43 | 713,728.35 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | 0.00 | 6,500.00 |
| Other (Itemize) | 0.00 | 325.00 |
| Total Non-Operating Expenses | 0.00 | 6,825.00 |
| | | |
| **NET INCOME/(LOSS)** | 235,601.43 | 706,903.35 |

(Attach exhibit listing all itemizations required above)

# IX. PROFIT AND LOSS STATEMENT

Itemized Miscellaneous Operating Expenses

| | Current Month | | Cumulative Post-Petition |
|---|---|---|---|
| Accrued Professional Fees (Estimated) | | | |
| GlassRatner | TBD | | 302,146.00 |
| Goe & Forsythe | TBD | | 296,038.00 |
| Greenber Glusker Fields Cleman & Machtinger | TBD | | 345,621.00 |
| Brown Rudnick | TBD | | 162,120.00 |
| Altmans Colton | | | 97,704.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Miscellaneous Operating Expenses | | | 1,203,629.00 |

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | 6/30/2015 |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 1,056,152.30 | [4] |
| Restricted Cash | 571,000.00 | |
| Accounts Receivable | | |
| Inventory | 451,000.00 | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | 789,128.99 | |
| Total Current Assets | | 2,867,281.29 |
| | | |
| Property, Plant, and Equipment | 15,000.00 | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 15,000.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | 0.00 | |
| Total Other Assets | | 0.00 |
| | | |
| TOTAL ASSETS | | 2,882,281.29 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 254,639.94 | [3] |
| Taxes Payable | 0.00 | |
| Notes Payable | 0.00 | |
| Professional fees (Estimated subject to invoice) | 0.00 | |
| Secured Debt | 0.00 | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 254,639.94 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | 2,493,800.00 | [2] |
| Unsecured Liabilities | 21,873,842.00 | [2] |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 24,367,642.00 |
| TOTAL LIABILITIES | | 24,622,281.94 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (22,453,729.00) | |
| Post-petition Profit/(Loss) | 713,728.35 | |
| Direct Charges to Equity | 0.00 | |
| TOTAL EQUITY | | (21,740,000.65) |
| | | |
| TOTAL LIABILITIES & EQUITY | | 2,882,281.29 |

[2]   See detail of Priority and Unsecured Claims on following page.

[3]   There will be an admin claim for Westminster landlord and Colton landlord to be determined which Debtor has sufficient funds to pay.

[4]   Reserve for Westminster landlord claim with no admission or determination as to actual amounts owed, which are highly disputed.

|   |   | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | ___ |

|   |   | No | Yes |
|---|---|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
Debtor and Creditor Committee working on joint liquidation plan.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
See attached.

|   |   | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | ___ |

I,    Mike Issa
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

___7/30/15___
Date

_FINANCIAL ADVISER TO DEBTOR_
Principal for debtor-in-possession

# Analyzed Business Checking



Account number:    1665 ■ June 1, 2015 - June 30, 2015 ■ Page 1 of 2

DCEG11DTGW  004594

||I|II|II|I|III|III|IIII|III|IIII|IIII|IIII|I|II|III|III|
BANKRUPTCY ESTATE OF MEGA RV CORP, A
CALIFORNIA CORPORATION
J. MICHAEL ISSA  CH 11 LIQUIDATING TTEE
CASE # 14-13770
19800 MACARTHUR BLVD STE 820
IRVINE CA 92612-2427

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 65 | $536,416.70 | $265,772.45 | -$175,111.33 | $627,077.82 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/03 | 4,250.00 | Edeposit IN Branch/Store 06/03/15 10:47:09 Am 334 W 3Rd St San Bernardino CA 4761 |
| | 06/08 | 20,000.00 | ATM Check Deposit on 06/08 Rancho Santa Margarita Rancho Santa CA 0005213 ATM ID 9962B Card 4761 |
| | 06/11 | 162,301.37 | ATM Check Deposit on 06/11 22456 Barton Road Grand Terrace CA 0002261 ATM ID 4264V Card 4761 |
| | 06/16 | 58,432.50 | ATM Check Deposit on 06/16 Rancho Santa Margarita Rancho Santa CA 0007238 ATM ID 9962B Card 4761 |
| | 06/29 | 20,788.58 | ATM Check Deposit on 06/27 22456 Barton Road Grand Terrace CA 0007023 ATM ID 4264V Card 4761 |
| | | **$265,772.45** | **Total electronic deposits/bank credits** |
| | | **$265,772.45** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/11 | 33.99 | Client Analysis Srvc Chrg 150610 Svc Chge 0515 000002554001665 |
| | | **$33.99** | **Total electronic debits/bank debits** |

DCEG11DTGW 004594  NNNNNNNNNN NNN NNN 001 001  114 014331  1124I608.1.1

Account number:    **1665** ■ June 1, 2015 - June 30, 2015 ■ Page 2 of 2

WELLS
FARGO

## Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 1037 | 5,000.00 | 06/02 | 1042 | 97,704.00 | 06/10 | 1046 | 5,000.00 | 06/30 |
| 1038 | 2,500.00 | 06/03 | 1043 | 17,236.31 | 06/15 | 1047 | 2,500.00 | 06/29 |
| 1039 | 63.67 | 06/04 | 1044 | 5,000.00 | 06/15 | 1048 | 15,000.00 | 06/30 |
| 1040 | 15,000.00 | 06/03 | 1045 | 2,500.00 | 06/12 | 1049 | 73.36 | 06/30 |
| 1041 | 7,500.00 | 06/15 | | | | | | |
| | **$175,077.34** | | **Total checks paid** | | | | | |
| | **$175,111.33** | | **Total debits** | | | | | |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/31 | 536,416.70 | 06/08 | 538,103.03 | 06/15 | 570,430.10 |
| 06/02 | 531,416.70 | 06/10 | 440,399.03 | 06/16 | 628,862.60 |
| 06/03 | 518,166.70 | 06/11 | 602,666.41 | 06/29 | 647,151.18 |
| 06/04 | 518,103.03 | 06/12 | 600,166.41 | 06/30 | 627,077.82 |

**Average daily ledger balance** **$586,601.86**

## ✓ IMPORTANT ACCOUNT INFORMATION

The fee to call a customer to obtain authorization for release of a non-repetitive voice wire is $12. This fee is described as
Wire Verification Call Back on your Client Analysis statement.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole
proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of
information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR.
97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with
supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an
identity theft report.

014332

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# EAST WEST BANK *Your Financial Bridge®*

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: June 01, 2015
ENDING DATE: June 30, 2015
Total days in statement period: 30
)3270
( 0)

OZ 01
BK EST/ OF MEGA RV CORP
J MICHAEL ISSA, LIQUIDATING TRUSTEE
CASE # 14-13770
19800 MACARTHUR BLVD SUITE 820
IRVINE, CA 92612-2427

All East West bank branches have HKD,
NTD, RMB currencies on hand readily
available for customers to purchase. Save
time and money by getting your foreign
currency before your trip. Visit a local
branch for details.

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 3270 | Beginning balance | $1,000,074.48 |
| Low balance | $1,000,074.48 | Total additions (0) | .00 |
| Average balance | $1,000,074.48 | Total subtractions (0) | .00 |
| | | Ending balance | $1,000,074.48 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-10