| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Charles Rossman, Esq. (SBN 113862)<br>Law Offices of Charles Rossman<br>721 W. Whittier Blvd., Suite N<br>La Habra, CA 90631<br>Telephone: (562) 267-7777<br>Facsimile: (562) 267-7780 | **FILED**<br>JUL 31 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Creditor, Mark and Diana Palmer | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Mega RV Corp., a California corporation; dba McMahon's RV; dba McMahon's RV Irvine; dba McMahon's RV Colton; dba McMahon's RV Palm Desert<br><br>Debtor(s). | CASE NO.: 8:14-BK-13770-MW<br>CHAPTER: 11<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br><br>**(ACTION IN NON-BANKRUPTCY FORUM)**<br><br>DATE: 9-14-15<br>TIME: 9:00<br>COURTROOM: Judge Wallace, Santa Ana |

**MOVANT:** Mark Palmer and Diana Palmer

1. NOTICE IS HEREBY GIVEN to the Debtor and trustee (if any)(Responding parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location**:

   ☐ 255 East Temple Street, Los Angeles, CA 90012       ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  ☒  a.  This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

☐  b.  This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served:
☐ at the hearing ☐ at least _____ days before the hearing.

(1) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court.

(3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4.  You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual

5.  If you fail to file a written response to the Motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:  08/15/2014_____

Law Offices of Charles Rossman_____
Printed name of law firm (if applicable)

Charles Rossman, Esq._____
Printed name of individual Movant or attorney for Movant

_____
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    F 4001-1.RFS.NONBK.MOTION

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**Movant:**  Mark Palmer and Diana Palmer

1. **The Non-bankruptcy Action:** Movant moves for relief from the automatic stay as to Debtor and Debtor's bankruptcy estate with respect to the following pending lawsuit or administrative proceeding (Non-bankruptcy Action) in a non-bankruptcy forum:

    Case name: Mark and Diana Palmer vs. McMahon's RV, et al.
    Docket number: PSC 1402384
    Court or agency where pending: R.C.S.C., Palm Springs

2. **Case History:**

    a. ☒ A voluntary ☐ An involuntary   petition under chapter  ☒ 7  ☒ 11  ☐ 12  ☐ 13 was filed
       on (*specify date*): 06/15/2014

    b. ☐ An order of conversion to chapter   ☐ 7 ☐ 11 ☐ 12  ☐ 13 was entered on (*specify date*):

    c. ☐ Plan was confirmed on (*specify date*):

    d. ☐ Other bankruptcy cases affecting this action have been pending within the past two years.  See attached declarations.

    e. For additional case history, see attached continuation page.

3. **Grounds for Relief from Stay:**  Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Non-bankruptcy Action to final judgment in the non-bankruptcy forum for the following reasons:

    a. ☐ The bankruptcy case was filed in bad faith specifically to delay, hinder or interfere with prosecution of the Non-bankruptcy Action.

    b. ☐ The claim is insured. Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or estate property.

    c. ☒ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

    d. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

    e. ☐ The claims are non-dischargeable in nature and can be most expeditiously resolved in the non-bankruptcy forum.

    f. ☐ The claims at issue arise under non-bankruptcy law and can be most expeditiously resolved in the non-bankruptcy forum.

    g. ☒ Other reasons to allow the Non-bankruptcy Action to proceed are set forth in an attached Declaration.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 3                    **F 4001-1.RFS.NONBK.MOTION**

4. Movant also seeks annulment of the stay so that filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: declaration(s) in support of the Motion MUST be attached hereto.)*

    a. ☒ Movant submits the attached declaration(s) to provide evidence in support of this Motion pursuant to LBRs.

    b. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims set forth in Debtor's schedules. Authenticated copies of the relevant portions of the schedules are attached as Exhibit._____.

    c. ☒ Other evidence (*specify*):
       Copy of Summons and Complaint for the pending Superior Court Case No. PSC 1402384

6. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**


**WHEREFORE, Movant prays that this court issue an Order granting the following:**

1. Relief from the stay to Movant (and its successors and assigns, if any) (*check boxes re all applicable relief requested*):

    a. ☒ Terminating the stay as to Debtor and Debtor's bankruptcy estate.

    b. ☒ Annulling the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached declaration.

    c. ☒ Modifying or conditioning the stay as set forth in the attached continuation page.

2. Allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to proceed to final judgment in the non-bankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against Debtor or estate property.

3. ☒ Additional provisions requested:

    a. ☒ That the order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☒ That the 14-day stay prescribed by FRBP 4001(a)(3) be waived.

    c. ☐ That extraordinary relief be granted as set forth in the Attachment (*attach optional court form F 4001-1.EXT.RELIEF.ATTACH*).

    d. ☒ For other relief requested, see attached continuation page.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.   If relief from stay is not granted, Movant respectfully requests the court to order adequate protection.

Date: ___04/27/2015_____                    Respectfully submitted,

_____      *MARK + DIANA PALMER*
Printed name of Movant

Charles Rossman, Esq.
_____
Printed name of attorney for Movant (if applicable)

_____
Signature

Charles Rossman, Esq.
_____
Printed name of individual Movant or Attorney for Movant

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                         Page 5                  **F 4001-1.RFS.NONBK.MOTION**

# DECLARATION RE ACTION IN NON-BANKRUPTCY FORUM

**MOVANT:** Mark and Diana Palmer

I, Charles Rossman _____, declare as follows
*(Print name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.  I am over 18 years of age.  I have knowledge regarding the state court lawsuit, administrative proceeding, or other action in a non-bankruptcy forum (Non-bankruptcy Action) that is the subject of this Motion because:

    ☐ I am the Movant
    ☒ I am the Movant's attorney of record in the Non-bankruptcy Action.
    ☐ I am employed by Movant as *(state title and capacity)*:
    ☐ Other (specify):

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Non- bankruptcy Action.  I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. The Non-bankruptcy Action at issue is currently pending as:

    Case name: Mark and Diana Palmer vs. McMahon's R.V.
    Docket number: PSC1402384
    Court or agency where pending  R.C.S.C., Palm Springs

4. **Procedural Status**:

    a. The causes of action pleaded in the non-bankruptcy forum are *(list)*:

        Breach of Contract

    True and correct copies of the pleadings filed before the non-bankruptcy forum are attached hereto as Exhibit ____1____

    b. The Non-bankruptcy Action was filed on *(specify date)*: 04/30/2014

    c. Trial or hearing began/is scheduled to begin on *(specify date)*: 07/24/2015

    d. The trial or hearing is estimated to require the following number of days *(specify)*: 1

    e. Other defendants to the Non-bankruptcy Action are *(specify)*: Lippert Components, Inc., Eclipse Recreational Vehicle, Inc., Sonsio

5. **Grounds for relief from stay:**

    a. ☐ The claim is insured.  The insurance carrier and policy number are *(specify)*:

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 6                    **F 4001-1.RFS.NONBK.MOTION**

b. ☒ The matter can be tried more expeditiously in the non-bankruptcy forum.

    (1) ☐ It is currently set for trial on:

    (2) ☒ It is in advanced stages of discovery and Movant believes that it will be set for trial by (*specify date*): 04/01/2016   . The basis for this belief is (*specify*):
We are currently trying to set up a mediation for this case between all parties involved.

    (3) ☐ The matter involves non-debtor parties who are not subject to suit in the bankruptcy court. A single trial in the non-bankruptcy forum is the most efficient use of judicial resources.

c. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Non-bankruptcy Action.

    (1) ☐ Movant is the only creditor (or the only substantial creditor) scheduled by the Debtor.

    (2) ☐ The timing of the petition filing shows that it was intended to delay or interfere with the Non-bankruptcy Action based upon the following facts (*specify*):

    (3) ☐ Debtor does not have a reasonable likelihood of reorganizing in this chapter ☐ 11 ☐ 13 bankruptcy case based upon the following facts (*specify*):

d. ☐ For other facts justifying relief from stay, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/27/2015 | Charles Rossman, Esq. | *Charles Rossman /cm* |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

EXHIBIT "1"

COPY

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Charles Rossman, Esq. (113862)<br>LAW OFFICES OF CHARLES ROSSMAN<br>721 W. Whittier Blvd., Suite N<br>La Habra, CA 90631 | |

TELEPHONE NO: 562-267-7777  FAX NO: 562-267-7780
ATTORNEY FOR (Name): Plaintiffs, MARK PALMER and DIANA PALMER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**
STREET ADDRESS: 3255 E. Tahquitz Canyon Way
MAILING ADDRESS: 3255 E. Tahquitz Canyon Way
CITY AND ZIP CODE: Palm Springs, California 92262
BRANCH NAME: Palm Springs Branch

CASE NAME:
**PALMER vs. McMAHON'S R.V.**

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: PSC 1402384 |
|---|---|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [✓] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): Breach of Contract
5. This case [ ] is [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 4/29/14

CHARLES ROSSMAN
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in Items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
      or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-
      domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

# COPY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

- ☐ BANNING 135 N. Alessandro Rd., Banning, CA 92220
- ☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
- ☐ HEMET 880 N. State St., Hemet, CA 92543
- ☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
- ☐ MURRIETA 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
- ☐ PALM SPRINGS 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
- ☒ RIVERSIDE 4050 Main St., Riverside, CA 92501
- ☐ TEMECULA 41002 County Center Dr., #100, Temecula, CA 92591

RI-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and Address): | FOR COURT USE ONLY |
|---|---|
| CHARLES ROSSMAN, Esq. (SBN 113862)<br>LAW OFFICES OF CHARLES ROSSMAN<br>721 W. Whittier Blvd., Suite N<br>La Habra, California 90631<br>TELEPHONE NO.: 562-267-7777     FAX NO. (Optional): 562-267-7780<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs MARK PALMER and DIANA PALMER | **F I L E D**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>APR 30 2014<br><br>H. CARVER |
| PLAINTIFF/PETITIONER: MARK PALMER and DIANA PALMER<br><br>DEFENDANT/RESPONDENT: McMAHON'S R.V., and DOES 1 through 100, | CASE NUMBER:<br>**PSC1402384** |

### CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: 92262 _____

☐ The action concerns real property located in the zip code of: _____

☐ The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date ___04/29/14___

CHARLES ROSSMAN
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)    ►    _____ (SIGNATURE)

Approved for Optional Use
Riverside Superior Court
RI-030 [Rev. 06/11/11]

**CERTIFICATE OF COUNSEL**

Page 1 of 1
Local Rule 1.0015
riverside.courts.ca.gov/localforms/localforms.shtml

# COPY

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):

McMAHON'S R.V., and DOES 1 through 100, inclusive

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):

MARK PALMER and DIANA PALMER

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

APR 3 0 2014

H. CARVER

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es): RIVERSIDE SUPERIOR COURT

CASE NUMBER: (Número del Caso): PSC 1402384

Palm Springs Branch, 3255 E. Tahquitz Canyon Way,
Palm Springs, California 92262

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Charles Rossman, Esq., 721 W. Whittier Blvd., Suite N, La Habra, CA 90631; (714) 267-7777

DATE: April 29, 2014          APR 3 0 2014          Clerk, by          H. CARVER          , Deputy
(Fecha)                                              (Secretario)                              (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [ ] on behalf of (specify):
   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other (specify):
4. [ ] by personal delivery on (date):

SUMMONS

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

# COPY

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>CHARLES ROSSMAN, Esq. (SBN 113862)<br>Law Offices of Charles Rossman<br>721 W. Whittier Blvd., Suite N<br>La Habra, California 90631<br>   TELEPHONE NO: 562-267-7777     FAX NO. *(Optional):* 562-267-7780<br>E-MAIL ADDRESS *(Optional):*<br>   ATTORNEY FOR *(Name):* Plaintiffs MARK PALMER and DIANA PALMER | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>APR 30 2014<br><br>H.CARVER |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   RIVERSIDE<br>   STREET ADDRESS: 3255 E. Tahquitz Canyon Way<br>   MAILING ADDRESS: 3255 E. Tahquitz Canyon Way<br>   CITY AND ZIP CODE: Palm Springs, California 92262<br>   BRANCH NAME: Palm Springs Branch | |
| PLAINTIFF: MARK PALMER and DIANA PALMER<br><br>DEFENDANT: McMAHON'S R.V., and<br><br>[✓] DOES 1 TO 100 | |

| CONTRACT | CASE NUMBER |
|---|---|
| [✓] COMPLAINT    [ ] AMENDED COMPLAINT *(Number):*<br>[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT *(Number):* | |
| Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded   [ ] does not exceed $10,000<br>                [ ] exceeds $10,000 but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited | **PSC  1402384** |

1. Plaintiff *(name or names):*
   MARK PALMER and DIANA PALMER
   alleges causes of action against defendant* *(name or names):*
   McMAHON'S R.V.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff *(name):*
          (1) [ ] a corporation qualified to do business in California
          (2) [ ] an unincorporated entity *(describe):*
          (3) [ ] other *(specify):*

   b. [ ] Plaintiff *(name):*
       a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

       b. [ ] has complied with all licensing requirements as a licensed *(specify):*
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   [✓] except defendant *(name):* McMAHON'S R.V.    [ ] except defendant *(name):*
      (1) [✓] a business organization, form unknown   (1) [ ] a business organization, form unknown
      (2) [ ] a corporation                           (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*   (3) [ ] an unincorporated entity *(describe):*

      (4) [ ] a public entity *(describe):*             (4) [ ] a public entity *(describe):*

      (5) [ ] other *(specify):*                   (5) [ ] other *(specify):*

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007]

COMPLAINT—Contract

Code of Civil Procedure, § 425.12

SHORT TITLE:
PALMER vs. McMAHON'S R.V.

CASE NUMBER:

PLD-C-001

4.  *(Continued)*
    b.  The true names of defendants sued as Does are unknown to plaintiff.
        (1)  ☑ Doe defendants *(specify Doe numbers):* 1 - 100 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
        (2)  ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
    c.  ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
    d.  ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5.  ☑ Plaintiff is required to comply with a claims statute, and
        a.  ☑ has complied with applicable claims statutes, *or*
        b.  ☐ is excused from complying because *(specify):*

6.  ☐ This action is subject to    ☐ Civil Code section 1812.10    ☐ Civil Code section 2984.4.

7.  This court is the proper court because
        a.  ☑ a defendant entered into the contract here.
        b.  ☐ a defendant lived here when the contract was entered into.
        c.  ☐ a defendant lives here now.
        d.  ☐ the contract was to be performed here.
        e.  ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
        f.  ☐ real property that is the subject of this action is located here.
        g.  ☐ other *(specify):*

8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    ☑ Breach of Contract

    ☐ Common Counts

    ☐ Other *(specify):*

9.  ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
        a.  ☑ damages of: $
        b.  ☐ interest on the damages
            (1)  ☑ according to proof
            (2)  ☐ at the rate of *(specify):*    percent per year from *(date):*
        c.  ☑ attorney's fees
            (1)  ☐ of: $
            (2)  ☑ according to proof.
        d.  ☐ other *(specify):*

11. ☑ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

    BREACH OF CONTRACT

Date: April 24 2014

_____        ▶        _____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Palmer vs. McMAHON's R.V. | |

<u>FIRST</u>      **CAUSE OF ACTION—Breach of Contract**
*(number)*

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* **MARK PALMER and DIANA PALMER**

alleges that on or about *(date):*

a ☑ written   ☐ oral   ☐ other *(specify):*

agreement was made between *(name parties to agreement):*
**MARK PALMER and DIANA PALMER**

☑ A copy of the agreement is attached as Exhibit A, or

☐ The essential terms of the agreement   ☐ are stated in Attachment BC-1   ☐ are as follows *(specify):*

BC-2. On or about *(dates):*

defendant breached the agreement by   ☐ the acts specified in Attachment BC-2   ☑ the following acts *(specify):*

McMahan's RV is in violation of California Song-Beverly Consumer Warrant Act, California Civil Code Section 1795.8 ("Warranty Act") with regard to my client's 2012 Eclipse Motor Home as follows: 1. Breach of Express Warranty; 2. Breach of an Implied Warranty

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☑ as stated in Attachment BC-4   ☐ as follows *(specify):*

BC-5. ☑ Plaintiff is entitled to attorney fees by an agreement or a statute

     ☐ of $

     ☑ according to proof.

BC-6. ☐ Other:

Page _____

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]
**CAUSE OF ACTION—Breach of Contract**
Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 1 0 2013

N Magana

In Re:

ORDER - WHERE TO FILE CIVIL
DOCUMENTS

ADMINISTRATIVE ORDER

Pursuant to Local Rule 3115, Presiding Judge Mark A. Cope hereby orders that civil documents be filed as outlined below.

(a) Unlimited Civil Cases. Except as specified in Subdivisions (d) and (e), of this rule, all unlimited civil cases, including petitions for extraordinary relief (unless previously assigned to Department S303 in Murrieta), shall be filed in the following courthouses:

(1) Riverside Historic Courthouse located at 4050 Main Street, Riverside, 92501

| Zip Code(s) | Cities / Communities |
|---|---|
| 91752 | Eastvale (also 92880); Mira Loma |
| 92220 | Banning, Poppet Flat, Silent Valley |
| 92223 | Beaumont, Cherry Valley, Highland Springs |
| 92230 | Cabazon |
| 92282 | Cabazon, Whitewater |
| 92320 | Calimesa |
| 92501-92509, 92513-92519, 92521-92522 | Arlington, Casa Blanca, El Cerrito, Glen Avon, Highgrove, Home Gardens, La Sierra, Mira Loma, Pedley, Riverside, Rubidoux |

1

| Zip Code(s) | Cities / Communities |
|---|---|
| 92551-92557 | Edgemont, Moreno Valley |
| 92860 | Norco |
| 92877-92883 | Corona |
| 92530-92532 | Alberhill, Lake Elsinore, Lakeland Village |
| 92536 | Aguanga, Redec |
| 92539 | Anza |
| 92543-92546 | Hemet, Sage, Valle Vista |
| 92548 | Homeland |
| 92549 | Idyllwild, Pine Cove |
| 92561 | Mountain Center |
| 92562-92564 | Murrieta |
| 92567 | Lakeview, Nuevo |
| 92570-92572, 92599 | Glen Valley, Mead Valley, Meadowbrook, Perris |
| 92581-92583 | Gilman Hot Springs, San Jacinto, Soboba Hot Springs |
| 92584-92587 | Canyon Lake, Menifee, Quail Valley, Romoland, Sun City |
| 92589-92593 | Temecula, Vail Lake |
| 92595 | Sedco, Wildomar |
| 92596 | Winchester |

(2)  Palm Springs Branch located at 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262

| Zip Code(s) | Cities / Communities |
|---|---|
| 92201-92203 | Bermuda Dunes, Indio |
| 92210-92211 | Indian Wells, Palm Desert |
| 92234-92236 | Cathedral City, Coachella |
| 92239-92241 | Desert Center, Desert Hot Springs, Eagle Mountain |

2

| Zip Code(s) | Cities / Communities |
|---|---|
| 92247-92248, 92253 | La Quinta, Pinyon Pines |
| 92254-92255 | Mecca, Palm Desert |
| 92258 | North Palm Springs |
| 92260-92264 | Palm Desert, Palm Springs |
| 92270 | Rancho Mirage |
| 92274-92276 | North Shore, Oasis, Salton City, Thermal, Thousand Palms |

(3)  Blythe Courthouse located at 265 N. Broadway, Blythe, 92225

| Zip Code(s) | Cities / Communities |
|---|---|
| 92225-92226, 92280 | Blythe, Ripley, Vidal |

(b)  Limited Civil Cases. All limited civil cases shall be filed in the following courthouses:

(1)  Riverside Historic Courthouse located at 4050 Main Street, Riverside, 92501

| Zip Code(s) | Cities / Communities |
|---|---|
| 91752 | Eastvale (also 92880), Mira Loma |
| 92501-92509, 92513-92519, 92521-92522 | Arlington, Casa Blanca, El Cerrito, Glen Avon, Highgrove, Home Gardens, La Sierra, Mira Loma, Pedley, Riverside, Rubidoux |
| 92551-92557 | Edgemont, Moreno Valley |
| 92860 | Norco |
| 92877-92883 | Corona |

(2)  Banning Courthouse located at 135 N. Alessandro Road, Banning, 92220

| Zip Code(s) | Cities / Communities |
|---|---|
| 92220 | Banning, Poppet Flat, Silent Valley |
| 92223 | Beaumont, Cherry Valley, Highland Springs |
| 92230 | Cabazon |
| 92282 | Cabazon, Whitewater |
| 92320 | Calimesa |

3

(3)  Hemet Courthouse located at 880 N. State Street, Hemet, 92543

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 92536 | Aguanga, Redec |
| 92539 | Anza |
| 92543-92546 | Hemet, Sage, Valle Vista |
| 92549 | Idyllwild, Pine Cove |
| 92561 | Mountain Center |
| 92581-92583 | Gilman Hot Springs, San Jacinto, Soboba Hot Springs |

(4)  Southwest Justice Center located at 30755-D Auld Road, Murrieta, 92563

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 92530-92532 | Alberhill, Lake Elsinore, Lakeland Village |
| 92548 | Homeland |
| 92562-92564 | Murrieta |
| 92567 | Lakeview, Nuevo |
| 92570-92572, 92599 | Glen Valley, Mead Valley, Meadowbrook, Perris |
| 92584-92587 | Canyon Lake, Menifee, Quail Valley, Romoland, Sun City |
| 92589-92593 | Temecula, Vail Lake |
| 92595 | Sedco, Wildomar |
| 92596 | Winchester |

(5)  Palm Springs Branch located at 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262 (Beginning July 29, 2013)

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 92201-92203 | Bermuda Dunes, Indio |
| 92210-92211 | Indian Wells, Palm Desert |
| 92234-92236 | Cathedral City, Coachella |
| 92239-92241 | Desert Center, Desert Hot Springs, Eagle Mountain |
| 92247-92248, 92253 | La Quinta, Pinyon Pines |
| 92254-92255 | Mecca, Palm Desert |
| 92258 | North Palm Springs |
| 92260-92264 | Palm Desert, Palm Springs |
| 92270 | Rancho Mirage |
| 92274-92276 | North Shore, Oasis, Salton City, Thermal, Thousand Palms |

4

(6)  Blythe Courthouse located at 265 N. Broadway, Blythe, 92225

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 92225-92226, 92280 | Blythe, Ripley, Vidal |

(c)  Petitions for restraining orders pursuant to Code of Civil Procedure sections 527.6, 527.7, and 527.8. All petitions for civil restraining orders pursuant to Code of Civil Procedure sections 527.6, 527.7, and 527.8 shall be filed in the following courthouses:

(1)  Riverside Historic Courthouse located at 4050 Main Street, Riverside, 92501

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 91752 | Eastvale (also 92880), Mira Loma |
| 92501-92509, 92513-92519, 92521-92522 | Arlington, Casa Blanca, El Cerrito, Glen Avon, Highgrove, Home Gardens, La Sierra, Mira Loma, Pedley, Riverside, Rubidoux |
| 92551-92557 | Edgemont, Moreno Valley |
| 92860 | Norco |
| 92877-92883 | Corona |

(2)  Banning Courthouse located at 135 N. Alessandro Road, Banning, 92220

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 92220 | Banning, Poppet Flat, Silent Valley |
| 92223 | Beaumont, Cherry Valley, Highland Springs |
| 92230 | Cabazon |
| 92282 | Cabazon, Whitewater |
| 92320 | Calimesa |

(3)  Hemet Courthouse located at 880 N. State Street, Hemet, 92543

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 92536 | Aguanga, Redec |
| 92539 | Anza |
| 92543-92546 | Hemet, Sage, Valle Vista |
| 92549 | Idyllwild, Pine Cove |
| 92561 | Mountain Center |
| 92581-92583 | Gilman Hot Springs, San Jacinto, Soboba |

Hot Springs

| | |
|---|---|
| 92530-92532 | Alberhill, Lake Elsinore, Lakeland Village |
| 92548 | Homeland |
| 92562-92564 | Murrieta |
| 92567 | Lakeview, Nuevo |
| 92570-92572, 92599 | Glen Valley, Mead Valley, Meadowbrook, Perris |
| 92584-92587 | Canyon Lake, Menifee, Quail Valley, Romoland, Sun City |
| 92589-92593 | Temecula, Vail Lake |
| 92595 | Sedco, Wildomar |
| 92596 | Winchester |

(5) Palm Springs Branch located at 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262 (Beginning July 29, 2013)

| Zip Code(s) | Cities / Communities |
|---|---|
| 92201-92203 | Bermuda Dunes, Indio |
| 92210-92211 | Indian Wells, Palm Desert |
| 92234-92236 | Cathedral City, Coachella |
| 92239-92241 | Desert Center, Desert Hot Springs, Eagle Mountain |
| 92247-92248, 92253 | La Quinta, Pinyon Pines |
| 92254-92255 | Mecca, Palm Desert |
| 92258 | North Palm Springs |
| 92260-92264 | Palm Desert, Palm Springs |
| 92270 | Rancho Mirage |
| 92274-92276 | North Shore, ~~Oasis, Salton City, Thermal,~~ Thousand Palms |

(6) Blythe Courthouse located at 265 N. Broadway, Blythe, 92225

| Zip Code(s) | Cities / Communities |
|---|---|
| 92225-92226, 92280 | Blythe, Ripley, Vidal |

6

(d)    Name Change Petitions. All name change petitions shall be filed in the following courthouses:

(1)    Riverside Historic Courthouse located at 4050 Main Street, Riverside, 92501

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 91752 | Eastvale (also 92880), Mira Loma |
| 92220 | Banning, Poppet Flat, Silent Valley |
| 92223 | Beaumont, Cherry Valley, Highland Springs |
| 92230 | Cabazon |
| 92282 | Cabazon, Whitewater |
| 92320 | Calimesa |
| 92501-92509, 92513-92519, 92521-92522 | Arlington, Casa Blanca, El Cerrito, Glen Avon, Highgrove, Home Gardens, La Sierra, Mira Loma, Pedley, Riverside, Rubidoux |
| 92530-92532 | Alberhill, Lake Elsinore, Lakeland Village |
| 92548 | Homeland |
| 92551-92557 | Edgemont, Moreno Valley |
| 92562-92564 | Murrieta |
| 92567 | Lakeview, Nuevo |
| 92570-92572, 92599 | Glen Valley, Mead Valley, Meadowbrook, Perris |
| 92584-92587 | Canyon Lake, Menifee, Quail Valley, Romoland, Sun City |
| 92589-92593 | Temecula, Vail Lake |
| 92595 | Sedco, Wildomar |
| 92596 | Winchester |
| 92860 | Norco |
| 92877-92883 | Corona |

(2)    Hemet Courthouse located at 880 N. State Street, Hemet, 92543

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 92536 | Aguanga, Redec |
| 92539 | Anza |
| 92543-92546 | Hemet, Sage, Valle Vista |
| 92549 | Idyllwild, Pine Cove |
| 92561 | Mountain Center |
| 92581-92583 | Gilman Hot Springs, San Jacinto, Soboba Hot Springs |

7

(3)  Palm Springs Branch located at 3255 E. Tahquitz Canyon Way, Palm
     Springs, CA 92262 (Beginning July 29, 2013)

| Zip Code(s) | Cities / Communities |
|---|---|
| 92201-92203 | Bermuda Dunes, Indio |
| 92210-92211 | Indian Wells, Palm Desert |
| 92234-92236 | Cathedral City, Coachella |
| 92239-92241 | Desert Center, Desert Hot Springs, Eagle Mountain |
| 92247-92248, 92253 | La Quinta, Pinyon Pines |
| 92254-92255 | Mecca, Palm Desert |
| 92258 | North Palm Springs |
| 92260-92264 | Palm Desert, Palm Springs |
| 92270 | Rancho Mirage |
| 92274-92276 | North Shore, Oasis, Salton City, Thermal, Thousand Palms |

(4)  Blythe Courthouse located at 265 N. Broadway, Blythe, 92225

| Zip Code(s) | Cities / Communities |
|---|---|
| 92225-92226, 92280 | Blythe, Ripley, Vidal |

(e) Unlawful detainers (including those where the amount in dispute makes the
    case unlimited) and small claims. All unlawful detainer and small claims actions
    shall be filed in the following courthouses:

(1)  Moreno Valley Courthouse located at 13800 Heacock St., Bldg. D #201,
     Moreno Valley, 92553

| Zip Code(s) | Cities / Communities |
|---|---|
| 91752 | Eastvale (also 92880), Mira Loma |
| 92501-92509, 92513-92519, 92521-92522 | Arlington, Casa Blanca, El Cerrito, Glen Avon, Highgrove, Home Gardens, La Sierra, Mira Loma, Pedley, Riverside, Rubidoux |
| 92551-92557 | Edgemont, Moreno Valley |
| 92860 | Norco |
| 92877-92883 | Corona |

(2)   Banning Courthouse located at 135 N. Alessandro Road, Banning, 92220

| Zip Code(s) | Cities / Communities |
|---|---|
| 92220 | Banning, Poppet Flat, Silent Valley |
| 92223 | Beaumont, Cherry Valley, Highland Springs |
| 92230 | Cabazon |
| 92282 | Cabazon, Whitewater |
| 92320 | Calimesa |

(3)   Hemet Courthouse located at 880 N. State Street, Hemet, 92543

| Zip Code(s) | Cities / Communities |
|---|---|
| 92536 | Aguanga, Redec |
| 92539 | Anza |
| 92543-92546 | Hemet, Sage, Valle Vista |
| 92549 | Idyllwild, Pine Cove |
| 92561 | Mountain Center |
| 92581-92583 | Gilman Hot Springs, San Jacinto, Soboba Hot Springs |

(4)   Southwest Justice Center located at 30755-D Auld Road, Murrieta, 92563
(Small Claims) / Temecula Courthouse located at 41002 County Center
Drive #100, Temecula, 92591 (Unlawful Detainers)

| Zip Code(s) | Cities / Communities |
|---|---|
| 92530-92532 | Alberhill, Lake Elsinore, Lakeland Village |
| 92548 | Homeland |
| 92562-92564 | Murrieta |
| 92567 | Lakeview, Nuevo |
| 92570-92572, 92599 | Glen Valley, Mead Valley, Meadowbrook, Perris |
| 92584-92587 | Canyon Lake, Menifee, Quail Valley, Romoland, Sun City |
| 92589-92593 | Temecula, Vail Lake |
| 92595 | Sedco, Wildomar |
| 92596 | Winchester |

9

(5) Larson Justice Center located at 46-200 Oasis Street, Indio, 92201
(Small Claims) / Palm Springs Branch located at 3255 E. Tahquitz Canyon
Way, Palm Springs, CA 92262 (Unlawful Detainers)

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 92201-92203 | Bermuda Dunes, Indio |
| 92210-92211 | Indian Wells, Palm Desert |
| 92234-92236 | Cathedral City, Coachella |
| 92239-92241 | Desert Center, Desert Hot Springs, Eagle Mountain |
| 92247-92248, 92253 | La Quinta, Pinyon Pines |
| 92254-92255 | Mecca, Palm Desert |
| 92258 | North Palm Springs |
| 92260-92264 | Palm Desert, Palm Springs |
| 92270 | Rancho Mirage |
| 92274-92276 | North Shore, Oasis, Salton City, Thermal, Thousand Palms |

(6) Blythe Courthouse located at 265 N. Broadway, Blythe, 92225

| Zip Code(s) | Cities / Communities |
| --- | --- |
| 92225-92226, 92280 | Blythe, Ripley, Vidal |

IT IS SO ORDERED.

Date: 12-16-13

MARK A. COPE

Presiding Judge

10



**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
www.riverside.courts.ca.gov
Self-represented parties: http://riverside.courts.ca.gov/selfhelp/self-help.shtml

---

**ALTERNATIVE DISPUTE RESOLUTION (ADR) —**
*INFORMATION PACKAGE*
(California Rules of Court, Rule 3.221; Local Rule, Title 3, Division 2)

**\*\*\* THE PLAINTIFF MUST SERVE THIS INFORMATION PACKAGE
ON EACH PARTY WITH THE COMPLAINT. \*\*\***

---

## What is ADR?

Alternative Dispute Resolution (ADR) is a way of solving legal disputes without going to trial. The main types are mediation, arbitration and settlement conferences.

## Advantages of ADR:

- Faster: ADR can be done in a 1-day session within months after filing the complaint.
- Less expensive: Parties can save court costs and attorneys' and witness fees.
- More control: Parties choose their ADR process and provider.
- Less stressful: ADR is done informally in private offices, not public courtrooms.

## Disadvantages of ADR:

- No public trial: Parties do not get a decision by a judge or jury.
- Costs: Parties may have to pay for both ADR and litigation.

## Main Types of ADR:

**Mediation:** In mediation, the mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to create a settlement agreement that is acceptable to everyone. If the parties do not wish to settle the case, they go to trial.

## Mediation may be appropriate when the parties:

- want to work out a solution but need help from a neutral person; or
- have communication problems or strong emotions that interfere with resolution; or
- have a continuing business or personal relationship.

## Mediation is not appropriate when the parties:

- want their public "day in court" or a judicial determination on points of law or fact;
- lack equal bargaining power or have a history of physical/emotional abuse.

**Arbitration:** Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration the arbitrator's decision is final; there is no right to trial. In "non-binding" arbitration, any party can request a trial after the arbitrator's decision. The court's mandatory Judicial Arbitration program is non-binding.

Adopted for Mandatory Use
Riverside Superior Court
RI-ADR1A (Rev. 1/1/12)

<u>Arbitration may be appropriate when the parties:</u>
- want to avoid trial, but still want a neutral person to decide the outcome of the case.

<u>Arbitration is not appropriate when the parties:</u>
- do not want to risk going through both arbitration and trial (Judicial Arbitration)
- do not want to give up their right to trial (binding arbitration)

**Settlement Conferences:**   Settlement conferences are similar to mediation, but the settlement officer usually tries to negotiate an agreement by giving strong opinions about the strengths and weaknesses of the case, its monetary value, and the probable outcome at trial. Settlement conferences often involve attorneys more than the parties and often take place close to the trial date.

## RIVERSIDE COUNTY SUPERIOR COURT ADR REQUIREMENTS

ADR information and forms are posted on the ADR website: http://riverside.courts.ca.gov/adr/adr.shtml

<u>General Policy:</u>
Parties in most general civil cases are expected to participate in an ADR process before requesting a trial date and to participate in a settlement conference before trial. (Local Rule 3200)

**Court-Ordered ADR:**
Certain cases valued at under $50,000 may be ordered to judicial arbitration or mediation. This order is usually made at the Case Management Conference. See the "Court-Ordered Mediation Information Sheet" on the ADR website for more information.

**Private ADR (for cases not ordered to arbitration or mediation):**
Parties schedule and pay for their ADR process without Court involvement. Parties may schedule private ADR at any time; there is no need to wait until the Case Management Conference. See the "Private Mediation Information Sheet" on the ADR website for more information.

**BEFORE THE CASE MANAGEMENT CONFERENCE (CMC), ALL PARTIES MUST:**
1. Discuss ADR with all parties at least 30 days before the CMC. Discuss:
   - Your preferences for mediation or arbitration.
   - Your schedule for discovery (getting the information you need) to make good decisions about settling the case at mediation or presenting your case at an arbitration.
2. File the attached "Stipulation for ADR" along with the Case Management Statement, if all parties can agree.
3. Be prepared to tell the judge your preference for mediation or arbitration and the date when you could complete it.

(Local Rule 3218)

**RIVERSIDE COUNTY ADR PROVIDERS INCLUDE:**
- The Court's Civil Mediation Panel (available for both Court-Ordered Mediation and Private Mediation). See http://adr.riverside.courts.ca.gov/adr/civil/panelist.php or ask for the list in the civil clerk's office, attorney window.
- Riverside County ADR providers funded by DRPA (Dispute Resolution Program Act): Dispute Resolution Service (DRS) Riverside County Bar Association: (951) 682-1015 Dispute Resolution Center, Community Action Partnership (CAP): (951) 955-4900

Adopted for Mandatory Use
Riverside Superior Court
RI-ADR1A (Rev. 1/1/12)

| Y OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | COURT USE ONLY |
|---|---|
| TELEPHONE NO.:              FAX NO. *(Optional):* | |
| DDRESS *(Optional)*: | |
| RNEY FOR *(Name):* | |

RIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

anning - 135 N. Alessandro Road, Banning, CA 92220
emet - 880 N. State Street, Hemet, CA 92543
dio - 46-200 Oasis Street, Indio, CA 92201
verside - 4050 Main Street, Riverside, CA 92501
emecula - 41002 County Center Drive, Bldg. C - Suite 100, Temecula, CA 92591

| | CASE NUMBER: |
|---|---|
| F(S): | |
| ANT(S): | |
| PULATION FOR ALTERNATIVE DISPUTE RESOLUTION (ADR)<br>(CRC 3.2221; Local Rule, Title 3, Division 2) | CASE MANAGEMENT CONFERENCE DATE(S): |

rdered ADR:

for Court-Ordered Mediation or Judicial Arbitration will be determined at the Case Management Conference. If
he parties agree to participate in:

Mediation          ☐   Judicial Arbitration (non-binding)

ADR:

e is not eligible for Court-Ordered Mediation or Judicial Arbitration, the parties agree to participate in the following
cess, which they will arrange and pay for without court involvement:

Mediation          ☐   Judicial Arbitration (non-binding)

Binding Arbitration   ☐   Other (describe):_____

d date to complete ADR: _____

THIS FORM ALONG WITH THE CASE MANAGEMENT STATEMENT.

| ME OF PARTY OR ATTORNEY<br>ntiff ☐ Defendant | SIGNATURE OF PARTY OR ATTORNEY | DATE |
|---|---|---|
| ME OF PARTY OR ATTORNEY<br>ntiff ☐ Defendant | SIGNATURE OF PARTY OR ATTORNEY | DATE |
| ME OF PARTY OR ATTORNEY<br>ntiff ☐ Defendant | SIGNATURE OF PARTY OR ATTORNEY | DATE |
| ME OF PARTY OR ATTORNEY<br>ntiff ☐ Defendant | SIGNATURE OF PARTY OR ATTORNEY | DATE |

ditional signature(s) attached

Page 3 of 3

Mandatory Use
erior Court
ev. 1/1/12]

ALTERNATIVE DISPUTE RESOLUTION (ADR)
STIPULATION

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ BANNING 135 N. Alessandro Rd., Banning, CA 92220
☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
☐ HEMET 880 N. State St., Hemet, CA 92543
☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553

☐ MURRIETA 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563
☒ PALM SPRINGS 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
☐ RIVERSIDE 4050 Main St., Riverside, CA 92501
☐ TEMECULA 41002 County Center Dr., #100, Temecula, CA 92591

RI-025

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and Address):
Charles Rossman, Esq. (113582)
LAW OFFICES OF CHARLES ROSSMAN
721 W. Whittier Blvd., Suite N
La Habra, California 90631

TELEPHONE NO.: 562-267-7777    FAX NO. (Optional): 562-267-7780
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiffs MARK and DIANA PALMER

TITLE OF CASE:
PALMER VS. McMAHON'S R.V.

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 06 2014

_M Yingberg_

CASE NUMBER:
PSC 1402384

**By FAX**    AMENDMENT TO ☒ COMPLAINT ☐ CROSS COMPLAINT

### FICTITIOUS NAME (No order required)

Upon filing the complaint* herein, plaintiff(s)* being ignorant of the true name of a defendant and having designated said defendant in the complaint by the fictitious name of DOES 1 _____ and having discovered the true name of the said defendant to be LIPPERT COMPONENTS, INC.

hereby amends the complaint by inserting such true name in place and stead of such fictitious name wherever it appears in said complaint.

06/02/14
(DATE)    Charles Rossman
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)    _____ (SIGNATURE)

### INCORRECT NAME (Requires order thereon)

Plaintiff(s)* having designated a defendant in the complaint* by the incorrect name of _____

and having discovered the true name of the said defendant to be LIPPERT COMPONENTS, INC.

hereby amends the complaint by inserting such true name in place and stead of such incorrect name wherever it appears in said complaint.

06/02/14
(DATE)    Charles Rossman
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)    _____ (SIGNATURE)

### ORDER

Proper cause appearing, plaintiff(s)* allowed to file the above amendment to the complaint.*

_____
(DATE)    _____ (JUDGE OF THE SUPERIOR COURT)

*Complaint can also mean a cross-complaint. Plaintiff means a person who files a complaint or cross-complaint (C.C.P. 426.10).

Approved for Optional Use
Riverside Superior Court
RI-025 (Rev. 05/02/11)
AMENDMENT TO COMPLAINT/CROSS COMPLAINT
www.riverside.courts.ca.gov/localforms/localforms.shtml

Page 1 of 1

**By FAX**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ BANNING 135 N. Alessandro Rd., Banning, CA 92220
☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
☐ HEMET 880 N. State St., Hemet, CA 92543
☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553

☐ MURRIETA 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563
☒ PALM SPRINGS 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
☐ RIVERSIDE 4050 Main St., Riverside, CA 92501
☐ TEMECULA 41002 County Center Dr., #100, Temecula, CA 92591

RI-025

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address):
Charles Rossman, Esq. (115862)
LAW OFFICES OF CHARLES ROSSMAN
721 W. Whittier Blvd., Suite N
La Habra, California 90631

TELEPHONE NO.: 562-267-7777    FAX NO. (Optional): 562-267-7780
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiffs MARK and DIANA PALMER

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JUN 06 2014
M Younger

CASE NUMBER:
PSC 1402384

TITLE OF CASE:
PALMER VS. McMAHON'S R.V.

BY FAX    AMENDMENT TO ☒ COMPLAINT ☐ CROSS COMPLAINT

**FICTITIOUS NAME** (No order required)
Upon filing the complaint " herein, plaintiff(s) being ignorant of the true name of a defendant and having designated said defendant in the complaint by the fictitious name of DOES 2 and having discovered the true name of the said defendant to be ECLIPSE RECREATIONAL VEHICLE, INC.

hereby amends the complaint by inserting such true name in place and stead of such fictitious name wherever it appears in said complaint.

06/02/14    Charles Rossman
(DATE)    (TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)    (SIGNATURE)

**INCORRECT NAME** (Requires order thereon)
Plaintiff(s) having designated a defendant in the complaint" by the incorrect name of
and having discovered the true name of the said defendant to be ECLIPSE RECREATIONAL VEHICLE, INC.

hereby amends the complaint by inserting such true name in place and stead of such incorrect name wherever it appears in said complaint.

06/02/14    Charles Rossman
(DATE)    (TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)    (SIGNATURE)

**ORDER**
Proper cause appearing, plaintiff(s)" allowed to file the above amendment to the complaint."

(DATE)    (JUDGE OF THE SUPERIOR COURT)

"Complaint can also mean a cross-complaint. Plaintiff means a person who files a complaint or cross-complaint (C.C.P. 428.10).

Page 1 of 1
**AMENDMENT TO COMPLAINT/CROSS COMPLAINT**
RI-025 (Rev. 6/09/11)

BY FAX

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

☐ BANNING 135 N. Alessandro Rd., Banning, CA 92220
☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
☐ HEMET 880 N. State St., Hemet, CA 92543
☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553

☐ MURRIETA 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563
☒ PALM SPRINGS 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
☐ RIVERSIDE 4050 Main St., Riverside, CA 92501
☐ TEMECULA 41002 County Center Dr., #100, Temecula, CA 92591

RI-025

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address):
Charles Rossman, Esq. (113862)
LAW OFFICES OF CHARLES ROSSMAN
721 W. Whittier Blvd., Suite N
La Habra, California 90631
TELEPHONE NO.: 562-267-7777    FAX NO. (Optional): 562-267-7780
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiffs MARK and DIANA PALMER

FOR COURT USE ONLY

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JUN 06 2014
M Youngberg

CASE NUMBER:
PSC 1402384

TITLE OF CASE:
PALMER VS. McMAHON'S R.V.

By FAX    **AMENDMENT TO**   ☒ COMPLAINT   ☐ CROSS COMPLAINT

**FICTITIOUS NAME** (No order required)
Upon filing the complaint* herein, plaintiff(s)* being ignorant of the true name of a defendant and having designated said defendant in the complaint by the fictitious name of    DOES 3    and having discovered the true name of the said defendant to be    RVinciDents Repair & Renovation Services

hereby amends the complaint by inserting such true name in place and stead of such fictitious name wherever it appears in said complaint.

06/02/14        Charles Rossman
(DATE)    (TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)    (SIGNATURE)

**INCORRECT NAME** (Requires order thereon)
Plaintiff(s)* having designated a defendant in the complaint* by the incorrect name of _____
and having discovered the true name of the said defendant to be    RVinciDents Repair & Renovation Services

hereby amends the complaint by inserting such true name in place and stead of such incorrect name wherever it appears in said complaint.

06/02/14        Charles Rossman
(DATE)    (TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)    (SIGNATURE)

**ORDER**
Proper cause appearing, plaintiff(s)* allowed to file the above amendment to the complaint.*

_____        _____
(DATE)    (JUDGE OF THE SUPERIOR COURT)

*Complaint can also mean a cross-complaint. Plaintiff means a person who files a complaint or cross-complaint (C.C.P. 426.10).

By FAX