| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Mark D. Estle, SBN 135004**<br>**Buckley Madole, P.C.**<br>**12526 High Bluff Drive, Suite 238**<br>**San Diego, CA 92130**<br>**Telephone: 858-720-0890**<br>**Fax: 858-720-0092**<br>**Mark.Estle@BuckleyMadole.com**<br><br>☐ *Individual appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>SANTA ANA DIVISION</u>**

| In re:<br>**Mega RV Corp., A California Corporation,**<br><br><br>Debtor(s) | CASE NO.: **8:14-bk-13770-MW**<br>CHAPTER: **11**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion¹*): STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §362 AS TO PERSONAL PROPERTY |
|---|---|

PLEASE TAKE NOTE that the order titled Order Approving Stipulation for Relief from Automatic Stay Under 11 U.S.C. §362 as to Personal Property was lodged on (*date*) **8/3/2015** and is attached. This order relates to the Stipulation which is docket number **663**.

_____

**¹** Please abbreviate if title cannot fit into text field.

NtcLdgmt_CA001                                                                                                                                   7447-N-3968
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 1                                     **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway Suite 425, Dallas, Texas 75254**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/3/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | | |
|---|---|---|
| *U.S. Trustee* | *Attorney for Trustee:* | *Debtor's Attorney* |
| ustpregion16.sa.ecf@usdoj.gov | Frank Cadigan | Robert P Goe |
| | frank.cadigan@usdoj.gov | kmurphy@goeforlaw.com |
| *Debtor's Attorney* | *Debtor's Attorney* | *Debtor's Attorney* |
| Alex L Benedict | Joel S. Miliband | Arjun Sivakumar |
| bkinfo.ablaw@gmail.com | jmiliband@brownrudnick.com | asivakumar@brownrudnick.com |

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **8/3/2015**, I served the following persons and or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court Judge  
Honorable Mark S. Wallace  
411 West Fourth Street, Suite 6135  
Santa Ana, CA 92701-4593

Debtor  
Mega RV Corp  a California Corporation  
5400 Garden Grove Blvd  
Westminster, California 92683

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/3/2015 | **Fabian Hernandez** | */s/ Fabian Hernandez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

NtcLdgmt_CA001                                                                                                                    7447-N-3968
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                Page 2                                **F 9021-1.2.BK.NOTICE.LODGMENT**

**Continuation page for Service information:**

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

*Creditor Committee*
James C Behrens
jbehrens@greenbergglusker.com

*Creditor Committee*
Brian L Davidoff
bdavidoff@greenbergglusker.com

*Creditor Committee*
Courtney E Pozmantier
cpozmantier@greenbergglusker.com

- Allan D Sarver on behalf of Creditor Gary Collins ADSarver@aol.com
- Andrew B Levin on behalf of Creditor Edward Steve Banas and Sandra Weinrub Banas, individually and as Trustee of the Banas Family Trust alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- Andrew B Levin on behalf of Creditor Old Ranch Properties, LLC alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- Andrew S Elliott on behalf of Interested Party Courtesy NEF ase@severson.com, pag@severson.com;jc@severson.com
- Andy Kong on behalf of Creditor Altman Colton Properties, Inc. Kong.Andy@ArentFox.com
- Aram Ordubegian on behalf of Creditor Altman Colton Properties, Inc. ordubegian.aram@arentfox.com
- Aram Ordubegian on behalf of Interested Party Courtesy NEF ordubegian.aram@arentfox.com
- Arash Shirdel on behalf of Creditor Traveland International, LLC ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com
- Barry L O'Connor on behalf of Creditor STEVE BANAS AND SANDY BANAS EXECUTORS OF THE BANAS FAMILY TRUST udlawBK@aol.com
- Brian L Davidoff on behalf of Creditor Committee Greenberg Glusker Fields Claman & Machtinger LLP bdavidoff@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Courtney E Pozmantier on behalf of Creditor Committee Greenberg Glusker Fields Claman &
- Machtinger LLP cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Danielle K Wakefield on behalf of Interested Party Courtesy NEF danielle@wakefieldlawfirm.com
- David W. Meadows on behalf of Interested Party Portland Local #8 FCU david@davidwmeadowslaw.com
- David W. Meadows on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com
- Donald H Cram, III on behalf of Creditor BANK OF AMERICA dhc@severson.com, jc@severson.com
- Donald H Cram, III on behalf of Interested Party Courtesy NEF dhc@severson.com, jc@severson.com
- Donald H Cram, III on behalf of Creditor Ally Financial, Inc. dhc@severson.com, jc@severson.com
- Duane M Geck on behalf of Interested Party Courtesy NEF dmg@severson.com, pag@severson.com
- Gerard W O'Brien on behalf of Creditor James McConnell gerardwobrien@gmail.com, missjanperalta@gmail.com
- Gerard W O'Brien on behalf of Creditor Lorraine McConnell gerardwobrien@gmail.com, missjanperalta@gmail.com
- Gregory K Jones on behalf of Creditor Arrowhead Central Credit Union GJones@dykema.com, CPerez@dykema.com
- Gregory M Salvato on behalf of Interested Party Courtesy NEF gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com
- Holly Roark on behalf of Creditor Anthony J. LaPonza & Patricia L. LaPonza, c/o Holly Roark/Roark Law Offices holly@roarklawoffices.com, G2978@notify.cincompass.com
- J Scott Bovitz on behalf of Creditor U.S. TelePacific Corp. bovitz@bovitz-spitzer.com James C Bastian, Jr on behalf of Interested Party Courtesy NEF jbastian@shbllp.com
- James C Behrens on behalf of Creditor Committee Greenberg Glusker Fields Claman & Machtinger LLP jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Janel M Glynn on behalf of Creditor Western Alliance Bank janel.glynn@gknet.com, rachel.milazzo@gknet.com
- Joel S. Miliband on behalf of Debtor Mega RV Corp., a California Corporation jmiliband@brownrudnick.com
- John H Kim on behalf of Creditor Santander Consumer USA, Inc., an assignee of GE Capital Consumer Card Co. jkim@cookseylaw.com

NtcLdgmt_CA001    7447-N-3968
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

- John H Kim on behalf of Creditor Santander Consumer USA Inc. jkim@cookseylaw.com
- John H Kim on behalf of Creditor Santander Consumer USA, Inc. jkim@cookseylaw.com
- John H Kim on behalf of Creditor Santander Consumer USA, Inc., servicer for E*Trade Consumer Finance Corporation as assignee of Thor Credit Corp jkim@cookseylaw.com
- John H Kim on behalf of Creditor Santander Consumer USA, Inc., an assignee of GEMB Lending Inc. jkim@cookseylaw.com
- Jonathan Shenson on behalf of Interested Party Jonathan Seligmann Shenson jshenson@shensonlawgroup.com
- Keith Butler on behalf of Creditor Zurich American Insurance Company kbutler@fgppr.com
- Keith Butler on behalf of Creditor Universal Underwriters Insurance Company kbutler@fgppr.com
- Kenneth Schnur on behalf of Interested Party Courtesy NEF schnur@bwmlaw.com, elizabeth@bwmlaw.com
- Lauren N Gans on behalf of Creditor Winnebago Industries, Inc. lgans@shensonlawgroup.com
- Louis S Chronowski on behalf of Interested Party Courtesy NEF lchronowski@dykema.com
- Marc Andrews on behalf of Creditor Wells Fargo Bank, National Association sandra.g.mcmasters@wellsfargo.com
- Marc S Mazer on behalf of Interested Party Courtesy NEF mazer@bwmlaw.com, elizabeth@bwmlaw.com
- Mark S Blackman on behalf of Creditor Bank of the West MBlackman@AlpertBarr.Com Michelle M Bertolino on behalf of Interested Party Portland Local #8 FCU mbertolino@fwwlaw.com, dgeorge@fwwlaw.com
- R G Pagter, Jr. on behalf of Creditor Dale Carson gibson@ppilawyers.com, ecf@ppilawyers.com
- Ramesh Singh on behalf of Interested Party Recovery Management Systems Corporation claims@recoverycorp.com
- Rennee R Dehesa on behalf of Interested Party Courtesy NEF rdehesa@rstlegal.com, alopez@rstlegal.com
- Rennee R Dehesa on behalf of Interested Party Elva M. Ayala rdehesa@rstlegal.com, alopez@rstlegal.com
- Richard H Golubow on behalf of Creditor Old Ranch Properties, LLC rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Richard H Golubow on behalf of Creditor Edward Steve Banas and Sandra Weinrub Banas, individually and as Trustee of the Banas Family Trust rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Ryan S Carrigan on behalf of Interested Party Courtesy NEF rscarriganecf@gmail.com, rscarriganlaw@gmail.com
- Sam S Yebri on behalf of Plaintiff ARBOGAST BUICK, PONTIAC, GMC INC. syebri@mylawllp.com
- Sam S Yebri on behalf of Interested Party ARBOGAST BUICK, PONTIAC, GMC INC. syebri@mylawllp.com
- Sam X J Wu on behalf of Creditor Hong Jun Alice Fu wuefile@yahoo.com
- Scott Montgomery on behalf of Interested Party V.S.M., A Minor smontgomery@abbeylaw.com, ldabbs@abbeylaw.com
- Summer Shaw on behalf of Creditor Lewis & Patricia E Minard hanlaw@aol.com
- Summer Shaw on behalf of Interested Party Courtesy NEF hanlaw@aol.com
- Wayne R Terry on behalf of Creditor GE Commercial Distribution Finance Corporation wterry@hemar-rousso.com
- Wayne R Terry on behalf of Interested Party Courtesy NEF wterry@hemar-rousso.com
- Yuval M Rogson on behalf of Creditor U.S. Bank National Association yuval@rogsonlaw.com, chris@rogsonfirm.com

NtcLdgmt_CA001                                                                                                              7447-N-3968
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                          **F 9021-1.2.BK.NOTICE.LODGMENT**