Mark D. Estle, SBN 135004
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorney for Secured Creditor



**FILED & ENTERED**

AUG 05 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Mega RV Corp., a California Corporation,<br><br>Debtor. | Bankruptcy Case No.: 8:14-bk-13770-MW<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §362 AS TO PERSONAL PROPERTY**<br><br>[No hearing set] |

    Pursuant to the Stipulation for Relief from Automatic Stay Under 11 U.S.C. §362 as to Personal Property concerning a 2002 Fourwinds Hurricane, VIN: 1FCMF53S420A02184 (the "Property") ("Stipulation"), incorporated by this reference as though fully set forth herein, filed on July 2, 2015 as docket entry number <u>663</u> and, GOOD CAUSE APPEARING, the Stipulation is hereby approved and made an Order of the Court.

    **IT IS HEREBY ORDERED:**

  1. The Stipulation is approved;

  2. Debtor shall surrender possession of the Property to SST, Inc., as attorney-in-fact for Medallion Bank ("Secured Creditor");

  3. Pursuant to 11 U.S.C. § 362 (d)(1) Secured Creditor shall have relief from the automatic stay

1 effective upon entry of this Order, to take possession of and dispose of the Property in accordance with
2 applicable non-bankruptcy law;

3     4. The surrender of the Property to Secured Creditor is received in full satisfaction of the
4 underlying debt which is more fully described in the Stipulation;

5     5. This Order is binding and effective despite any conversion of this bankruptcy case to a case
6 under any other chapter of the Bankruptcy Code; and

7     6. The 14-day stay as provided in FRBP 4001(a)(3) is waived.

                                                # # #

Date: August 5, 2015

Mark S. Wallace
United States Bankruptcy Judge