BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
COURTNEY E. POZMANTIER (SBN 242103)
CPozmantier@GreenbergGlusker.com
JAMES C. BEHRENS (SBN 280365)
JBehrens@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Official Committee
of Unsecured Creditors

ROBERT P. GOE (SBN 137019)
rgoe@goeforlaw.com
DONALD W. REID (SBN 281743)
dreid@goeforlaw.com
GOE & FORSYTHE, LLP
18101 Von Karman Avenue, Suite 510
Irvine, California 92612
Telephone: 949.798.2460
Facsimile: 949.955.9437

Attorneys for Mega RV Corp.,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Mega RV Corp., dba McMahon's RV Irvine, McMahon's RV Colton and McMahon's RV Palm Desert<br><br>Debtor and Debtor in Possession. | Case No. 8:14-bk-13770-MW<br><br>Chapter 11<br><br>**PLAN BALLOT SUMMARY AND DECLARATION OF JAMES C. BEHRENS REGARDING TABULATION AND CERTIFICATION OF BALLOTS VOTING TO ACCEPT OR REJECT SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND DEBTOR DATED AUGUST 4, 2015 [DOCKET 691]** |

16118-00002/2447440.3

I, James C. Behrens, hereby declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Bankruptcy Court. I am an attorney at the law firm of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker" or the "Firm"), general bankruptcy counsel for the Official Committee of Unsecured Creditors (the "Committee") in the bankruptcy case of Mega RV Corp. (the "Debtor"). I am the ballot tabulator (as defined below, "Ballot Tabulator") in connection with votes to accept or reject the *Second Amended Joint Chapter 11 Plan of Liquidation filed by Debtor and Official Committee of Unsecured Creditors Dated August 4, 2015* [Docket No. 691] (the "Plan").

2. I am authorized to submit this declaration (the "Declaration") on behalf of the Committee and the Debtor. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. As to statements of facts of which I do not have direct personal knowledge, I understand and believe them to be true based upon information gathered from other employees of Greenberg Glusker and my review of relevant documents and Court pleadings, and as to statements that represent opinions, I believe that I am qualified to offer such opinions. If called upon as a witness, I could and would competently testify as to all of the matters stated herein.

3. On August 5, 2015, the Court entered its *Order (1) Approving Second Amended Disclosure Statement; (2) Setting Hearing on Confirmation of Second Amended Plan; and (3) Setting Procedures and Deadlines* [Docket No. 695] (the "Solicitation Order").[1]

4. By the Solicitation Order, the Court set certain deadlines and other voting criteria that included: (a) August 7, 2015 as the deadline for service of the Solicitation Package (the "Solicitation Deadline"), and (b) September 4, 2015 at 5:00 p.m. (Pacific time) as the deadline for submitting ballots to accept or reject the Plan (the "Ballot Deadline").

5. On August 7, 2015, a solicitation package ("Solicitation Package") consisting of: (1) the Plan, (2) the Disclosure Statement, (3) the Confirmation Hearing Notice, as amended; and

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Solicitation Order.

16118-00002/2447440.3                                                2

(4) the form of Ballot (if the intended recipient held a claim in a Class that was entitled to vote on the Plan), was served on the following persons and entities:

    a. All creditors that had filed a proof of claim in this chapter 11 case (other than creditors that filed a proof of claim that since has been disallowed, waived, or withdrawn by order of the Court, stipulation, or otherwise);

    b. All creditors that the Debtor scheduled as holding one or more claims in its Schedules of Assets and Liabilities (the "Schedules") in an amount in excess of $0;

    c. All non-debtor parties to unexpired leases and executory contracts with the Debtor, as identified in Schedule G of the Debtor's Schedules;

    d. The Office of the United States Trustee (the "U.S. Trustee") and the governmental units enumerated in Bankruptcy Rule 2002(j) and LR 2002(b).

The Solicitation Package was served pursuant to Paragraph 7 of the Solicitation Order on or about August 7, 2015 by way of a USB Drive, containing electronic copies of the Solicitation Package in Adobe Acrobat (.pdf) or Microsoft Word (.doc or .docx) format; a hard copy of the Ballot, where applicable, and a hard copy the Confirmation Hearing Notice (which contained an index of the documents on the USB Drive), were served in hardcopy form. Parties that did not qualify to receive a Solicitation Package pursuant to Paragraph 7 of this Order, including, without limitation, parties listed on the list of creditors filed by the Debtor in accordance with Bankruptcy Rule 1007(a)(1) but who do not hold scheduled or filed claims of any kind, were served with only a hard copy of the Confirmation Hearing Notice. The proof of service of the Solicitation Package was filed on the docket of the Court as Docket No. 705. Additional Solicitation Packages were served at the request of certain creditors subsequent to August 7, 2015. A supplemental proof of service will be filed before the confirmation hearing to reflect the service of these additional Solicitation Packages.

    6. A Publication Notice was published in the Orange County Register on August 23, 2015 regarding the confirmation hearing. An Affidavit of Publication [Docket No. 717] was filed as evidence of this publication. In addition, a banner ad was published on www.motorhome.com regarding the confirmation hearing. A declaration regarding publication of the banner ad will be

1 filed in advance of the confirmation hearing.

2     7. All completed Ballots were required to be mailed, delivered, faxed, or emailed, so
3 as to be received by Greenberg Glusker by the Ballot Deadline, to: Greenberg Glusker Fields
4 Claman & Machtinger, LLP, Attn: James C. Behrens, 1900 Ave of the Stars, 21st Floor,
5 Los Angeles, CA. 90067, Fax: (310) 201-2328, Email: jbehrens@greenbergglusker.com. Such
6 address, fax number, and email were expressly set forth on the Ballots.

7     8. I was responsible for tabulating and validating the Ballots in accordance with the
8 Voting Procedures (defined below), and for supervising the employees of Greenberg Glusker that
9 assisted me with tabulation and validation of the Ballots in accordance with the Voting
10 Procedures.

11     9. For purposes of tabulating and validating the Ballots, I followed the following
12 requirements set forth in the Solicitation Order as provided below (the "Voting Procedures"):

13     a. The amount of a claim for the purposes of ballot tabulation was calculated as
14 follows:

15         i. For a claim identified in the Schedules as non-contingent, liquidated, and
16 undisputed in an amount in excess of $0, and that has not been disallowed,
17 waived, or withdrawn by order of the Court, stipulation, or otherwise prior
18 to the Ballot Deadline (defined below), and for which no proof of claim has
19 been timely filed, the claim amount as identified in the Schedules;

20         ii. For a timely-filed proof of claim that asserts a claim in a liquidated amount
21 (whether or not additional unliquidated claims are also asserted therein),
22 that is not the subject of a pending objection filed before the Ballot
23 Deadline, and that has not been disallowed, waived, or withdrawn by order
24 of the Court, stipulation, or otherwise prior to the Ballot Deadline, the
25 liquidated amount identified in such proof of claim;

26         iii. For a timely-filed proof of claim that asserts a claim solely in an
27 unliquidated amount, that is not the subject of a pending objection filed
28 before the Ballot Deadline, and that has not been disallowed, waived, or

withdrawn by order of the Court, stipulation, or otherwise prior to the Ballot Deadline, the amount of one dollar ($1);

  iv. For a claim that is, in whole or in part, the subject of a pending objection filed before the Ballot Deadline, the undisputed amount, if any, of such claim, unless such claim is temporarily allowed under Bankruptcy Rule 3018(a) at or prior to the Confirmation Hearing; provided, however, that any creditor whose claim is the subject of a pending objection filed before the Ballot Deadline may nonetheless tender a ballot, which shall only be counted as it relates to the disputed amount of such claim upon the temporary allowance of such claim by the Court.

 b. If a creditor submitted a ballot relating to a claim (i) for which there is no timely-filed proof of claim and there is no corresponding non-contingent, liquidated, and undisputed claim held by such creditor set forth in the Schedules, (ii) which has been disallowed, waived, or withdrawn by order of the Court, stipulation, or otherwise, or (iii) which is the subject of an unresolved objection filed prior to the Ballot Deadline, such ballot was not counted unless otherwise ordered by the Court.

 c. Creditors that have claims in more than one voting class under the Plan were required to submit a separate ballot for each voting class. Other than as described in paragraph 13 below, if a creditor used a single ballot to vote claims in more than one class, such combined ballot was not counted.

 d. If a creditor submitted more than one eligible ballot with respect to the same claim before the Ballot Deadline, the last ballot received prior to that deadline superseded any prior ballot(s) by such creditor with respect to such claim.

 e. Any ballot that was incomplete or not received by the Ballot Deadline was not counted; provided, however, that any ballot that was signed but that did not indicate an acceptance or rejection of the Plan was deemed to be a ballot accepting the Plan.

10. The pertinent information from the Ballots received from holders of Claims in Class 1(a)-1(j), Class 3, and Class 4 (the "Submitted Ballots") were recorded on ballot tally reports (the "Ballot Tally Reports") annexed hereto as **Exhibit A**. True and correct copies of the Submitted Ballots will, if needed, be provided to the Court and made available for inspection at the confirmation hearing.

11. Pursuant to the Voting Procedures, above, certain votes were tallied in a different amount than the amount stated on the face of the ballot. The "Allowed Amount for Voting Purposes" column in **Exhibit A** indicates the amount that was used for calculating acceptance or rejection of the Plan.

12. Certain votes were tallied in a different class than the class stated on the face of the ballot, as described in the notes in the **Exhibit A**. Since Portfolio General Management Group did not object to the Plan or the Plan's classification scheme, the claims held by Portfolio General Management Group were tallied in Class 1(d) and Class 1(e), which is where the Plan and Disclosure Statement indicated that they would be classified, even though the Portfolio General Management Group had selected Class 4 on its ballots.

13. Despite the requirement in the Solicitation Order that creditors with claims in more than one voting class must submit a separate ballot for each voting class, creditor Roadtrek Motor Homes used a single ballot to vote both its Class 1(f) and its Class 4 claims. Notwithstanding the provisions of the Solicitation Order, I nevertheless treated this single ballot as if Roadtrek Motor Homes had complied with the requirement of separate ballots, and I applied the votes to Class 1(f) and Class 4, respectively.

14. The results regarding the acceptance or rejection of the Plan are tabulated on the Ballot Tally Reports annexed hereto as **Exhibit A** and are summarized below:

| Class 1(a) – GE Commercial Distribution Finance | | Result |
|---|---|---|
| **Ballots Received** | **1** valid vote accepting the plan ($31,547,399.05) | **ACCEPT** |
| Class 1(b) – HWH Corporation | | Result |
| **Ballots Received** | No valid votes received | **N/A** |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

| Class 1(c) – American Express Bank, FSB | | Result |
|---|---|---|
| **Ballots Received** | No valid votes received | **N/A** |
| **Class 1(d) – Portfolio General Management Group, on behalf of itself and related parties Standard Group Resources, Ltd. and Cade Phoenix, Ltd.[2]** | | **Result** |
| **Ballots Received** | **1** valid vote rejecting the plan ($1,185,377.32) | **REJECT** |
| **Class 1(e) – Portfolio General Management Group, on behalf of itself and related parties Standard Group Resources, Ltd. and Dakota Sioux, Ltd.[3]** | | **Result** |
| **Ballots Received** | **1** valid vote rejecting the plan ($1,088,165.30) | **REJECT** |
| **Class 1(f) – Roadtrek Motor Homes** | | **Result** |
| **Ballots Received** | **1** valid vote rejecting the plan ($454,964.43) | **REJECT** |
| **Class 1(g) – Reyna Capital Corporation** | | **Result** |
| **Ballots Received** | No valid votes received | **N/A** |
| **Class 1(h) – Southern California Auto Auction** | | **Result** |
| **Ballots Received** | No valid votes received | **N/A** |
| **Class 1(i) – Bank of America, N.A.** | | **Result** |
| **Ballots Received** | **1** valid vote accepting the plan ($1,142,056.00) | **ACCEPT** |
| **Class 1(j) – All other creditors asserting a secured claim** | | **Result** |
| **Ballots Received** | No valid votes received | **N/A** |
| **Class 3 – Customer Claims and Warranty Claims** | | **Result** |
| **Ballots Received** | **25** valid votes accepting the Plan ($709,702.97) **0** valid votes rejecting the Plan ($0.00) | **ACCEPT** |
| **Acceptance** | **100.00%** in number of votes accepting the Plan **100.00%** in dollar amount accepting the Plan | |
| **Rejection** | **0%** in number of votes rejecting the Plan **0%** in dollar amount rejecting the Plan | |
| **Class 4 – General Unsecured Claims** | | **Result** |
| **Ballots Received** | **23** valid votes accepting the Plan ($5,129,420.30) **2** valid votes rejecting the Plan ($2,607,096.77) | **REJECT[4]** |
| **Acceptance** | **92%** in number of votes accepting the Plan **66.30%** in dollar amount accepting the Plan | |
| **Rejection** | **8%** in number of votes rejecting the Plan **33.70%** in dollar amount rejecting the Plan | |

---

[2] Portfolio General Management Group is classified in Class 1(d) despite the fact that it put Class 4 on its ballot.
[3] Portfolio General Management Group is classified in Class 1(e) despite the fact that it put Class 4 on its ballot.
[4] If the Roadtrek ballot was not counted due to its failure to comply with the Solicitation Order, this Class would have overwhelmingly accepted the Plan.

15. As reflected above and by the Ballot Tally Reports, the Submitted Ballots received reflect that Class 1(a), Class 1(i), and Class 3 each accepted the Plan.

16. As reflected above and by the Ballot Tally Reports, the Submitted Ballots received reflect that Class 1(d), Class 1(e), Class 1(f), and Class 4 rejected the Plan.

17. As reflected above and by the Ballot Tally Reports, no valid votes were received for Classes 1(b), 1(c), 1(g), 1(h), and 1(j).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 9th day of September, 2015 at Los Angeles, California.

*/s/ James C. Behrens*

James C. Behrens

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# **EXHIBIT A**

## **Ballot Tally Reports**

**MEGA RV**
**CLASSES 1(a) - 1(j)**
**(SECURED CLAIMS)**

| CLASS | CREDITOR | CLAIM NO. | PROOF OF CLAIM FILE DATE | CLAIM AMOUNT | SCHEDULED AMOUNT | BALLOT AMOUNT | ALLOWED AMOUNT FOR VOTING PURPOSES | VOTE | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 1(a) | GE Commercial Distribution Finance | 79 | 9/19/2014 | $31,547,399.05 | $31,000,000.00 | $31,547,399.05 | $31,547,399.05 | Accept | |
| 1(b) | HWH Corporation | | | | | | (No valid votes received) | N/A | |
| 1(c) | American Express Bank, FSB | | | | | | (No valid votes received) | N/A | |
| 1(d) | Portfolio General Management Group, on behalf of itself and related parties Standard Group Resources, Ltd. and Cade Phoenix, Ltd. | 73 | 9/5/2014 | $1,088,165.30 | | $1,088,165.30 | $1,088,165.30 | Reject | Ballot says Class 4 |
| 1(e) | Portfolio General Management Group, on behalf of itself and related parties Standard Group Resources, Ltd. and Dakota Sioux Co., Ltd. | 72 | 9/5/2014 | $1,185,377.32 | | $1,185,377.32 | $1,185,377.32 | Reject | Ballot says Class 4 |
| 1(f) | Roadtrek Motor Homes | 30-2 | 7/22/2014 | $454,964.43 | | $454,964.43 | $454,964.43 | Reject | |
| 1(g) | Reyna Capital Corporation | | | | | | (No valid votes received) | N/A | |
| 1(h) | Southern California Auto Auction | | | | | | (No valid votes received) | N/A | |
| 1(i) | Bank of America, N.A. | 115 | 11/11/2014 | $75,000.00 | | $1,142,056.00 | $75,000.00 | Accept | |
| 1(j) | (No valid votes received) | | | | | | (No valid votes received) | N/A | |

16118-00002/2454116.1

**MEGA RV**
**CLASS 3**
**(CUSTOMER CLAIMS AND WARRANTY CLAIMS)**

| CLASS | CREDITOR | CLAIM NO. | PROOF OF CLAIM FILE DATE | CLAIM AMOUNT | SCHEDULED AMOUNT | BALLOT AMOUNT | ALLOWED AMOUNT FOR VOTING PURPOSES | VOTE | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Albert & Laura St. John | 53 | 8/11/2014 | $100,000.00 | | $88,104.05 | $100,000.00 | Accept | Ballot says Class 1 |
| 3 | Arrowhead Central Credit Union | 131 | 11/13/2014 | $116,011.69 | $117,489.99 | $116,011.69 | $116,011.69 | Accept | Ballot says Class 1 |
| 3 | Carol A. Petty | 104 | 10/29/2014 | $2,500.00 | | $2,500.00 | $2,500.00 | Accept | |
| 3 | Carolyn E. Sell | 20 | 7/9/2014 | $4,447.49 | | $4,447.49 | $4,447.49 | Accept | Ballot says Class 4 |
| 3 | Cortney Veenker | 80 | 9/19/2014 | $2,295.00 | | $2,295.00 | | Accept | |
| 3 | Daniel King | 132 | 11/13/2014 | $81,174.01 | | $57,000.00 | $81,174.01 | Accept | |
| 3 | Darla Webster | 100 | 10/24/2014 | $6,871.00 | | $6,871.00 | $6,871.00 | Accept | Ballot says Class 4 and demands return of $6,871 |
| 3 | Dennis N. & Deborah A. Enyeart | 138 | 11/14/2014 | $70,686.00 | | $70,686.00 | $70,686.00 | Accept | |
| 3 | Donald Beaver | 37 | 7/25/2014 | $20,000.00 | | $20,000.00 | $20,000.00 | Accept | |
| 3 | Edward and Mary Barth | 12 | 6/30/2014 | $70,672.88 | | TBD | $70,672.88 | Accept | |
| 3 | Frances J. Kilpatrick | 50 | 8/7/2014 | $8,995.00 | | $8,995.00 | $8,995.00 | Accept | |
| 3 | Gerald & Roxanna L. Otteson | 43 & 86 | 9/23/2014 | $70,824.56 | | $6,995.00 | $70,824.56 | Accept | |
| 3 | Harold And Linda Tol | 76 | 9/9/2014 | $4,900.00 | | $4,900.00 | $4,900.00 | Accept | |
| 3 | Harp Investments LLC, Jerald L Harper | 110 | 11/4/2014 | $1,980.93 | | $1,980.93 | $1,980.93 | Accept | |
| 3 | James Staats | 27 | 7/21/2014 | $2,581.22 | | $2,581.22 | $2,581.22 | Accept | |
| 3 | Jesse & Carol Bassford | 67 | 8/25/2014 | $56,500.00 | | $1,700.00 | $56,500.00 | Accept | |
| 3 | Lorraine and James McConnell | 64 | 08/22/2014 (amended 11/04/2014) | $1,832.38 | | $1,832.38 | $1,832.38 | Accept | |
| 3 | Louis Antolin | 48 | 8/1/2014 | $18,321.00 | | $18,321.00 | $18,321.00 | Accept | |
| 3 | Marilyn Thomas and Marilyn Hunter | 68 | 8/26/2014 | $49,659.16 | | $49,659.16 | $49,659.16 | Accept | |
| 3 | Mark S. Turner | 57 | 8/15/2014 | $2,183.31 | | $2,800.00 | $2,183.31 | Accept | |
| 3 | Michael S Burn | 84 | 9/22/2014 | $1,523.26 | | $1,523.26 | $1,523.26 | Accept | |
| 3 | Michael E. Manry | 97 | 10/20/2014 | $7,000.00 | | $7,000.00 | $7,000.00 | Accept | Ballot says Class 1 |
| 3 | Ronald O. Kalp | 78 | 9/17/2014 | $3,615.03 | | $3,615.03 | $3,615.03 | Accept | |
| 3 | William B. Ripley | 56 | 8/14/2014 | $3,424.05 | | $3,424.05 | $3,424.05 | Accept | |
| 3 | William W. Grove | 69 | 8/29/2014 | $4,000.00 | | $4,000.00 | $4,000.00 | Accept | |

| | |
|---|---|
| Total Class $: | $709,702.97 |
| Total Class #: | 25 |
| Accepted by $: | $709,702.97 |
| | 100.00% |
| Accepted by #: | 25 |
| | 100.00% |

**BALLOTS NOT COUNTED**

| CLASS | CREDITOR | CLAIM NO. | PROOF OF CLAIM FILE DATE | CLAIM AMOUNT | SCHEDULED AMOUNT | BALLOT AMOUNT | ALLOWED AMOUNT FOR VOTING PURPOSES | VOTE | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Allen & Sylvia Johnson | | | | Unknown | $58,639.40 | | | No proof of claim filed; claim amount listed on schedules as unknown |
| 3 | Andrew Huante | 159 | 1/9/2015 | $8,706.73 | | $8,706.73 | | Accept | Late-filed proof of claim; Ballot says Class 1 |
| 3 | Alvin D. Campbell | 156 | 12/19/2014 | $5,500.00 | | $7,500.00 | | Accept | Late-filed proof of claim |
| 3 | Barbara Bruce | 157 | 12/23/2014 | $7,995.00 | | $7,995.00 | | Accept | Late-filed proof of claim |
| 3 | Candy Crowson | 150 | 11/20/2014 | $4,481.00 | | $4,481.00 | | Accept | Ballot says Class 1 |
| 3 | Carol Wheelis | 179 | 6/15/2015 | $1,035.50 | | $1,035.50 | | Accept | Late-filed proof of claim |
| | Chris Fernandez | | | | | $1,600.33 | | Accept | Voted but is not on schedules or claims register |
| 3 | Debra Abrams | 162 | 1/13/2015 | $2,887.00 | | $2,887.00 | | Accept | Late-filed proof of claim |
| 3 | Dwight Edwards | 169 | 2/13/2015 | $1,879.30 | | $1,879.30 | | Accept | Late-filed proof of claim |
| 3 | Eric Coe | 155 | 12/11/2014 | $8,538.94 | | $8,940.00 | | Accept | Late-filed proof of claim |
| 3 | Gregg D. James & Vela James | 167 | 2/10/2015 | $5,000.00 | | $5,000.00 | | Reject | Late-filed proof of claim |
| 3 | Howard Hayden | 181 | 7/27/2015 | $38,176.12 | | Blank | | Accept | Late-filed proof of claim |
| 3 | Lorraine K. Hernandez | 171 | 3/11/2015 | $3,245.90 | | $3,245.90 | | Accept | Late-filed proof of claim |

**MEGA RV**
**CLASS 3**
**(CUSTOMER CLAIMS AND WARRANTY CLAIMS)**

| CLASS | CREDITOR | CLAIM NO. | PROOF OF CLAIM FILE DATE | CLAIM AMOUNT | SCHEDULED AMOUNT | BALLOT AMOUNT | ALLOWED AMOUNT FOR VOTING PURPOSES | VOTE | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Lorrie B. Thoman | 174 | 3/24/2015 | $2,461.20 | | $2,461.20 | | Accept | Late-filed proof of claim |
| 3 | Michael and Marilyn Slanger | 82 | 9/22/2014 | $20,500.00 | | $10,000.00 | | Accept | Ballot received after deadline |
| 3 | Odelia Rigging | 178 | 6/5/2015 | $1,796.04 | | $1,796.04 | | Accept | Late-filed proof of claim; Ballot says Class 4 |
| 3 | Paul and Maria Marshall | 151 | 11/24/2014 | $6,995.00 | | $7,000.00 | | Accept | Late-filed proof of claim |
| 3 | Philip and Gail Cowan | 120 | 11/10/2014 | $103,000.00 | | $16,000.00 | | Accept | Ballot received after deadline |
| 3 | Ray York | 170 | 3/5/2015 | $2,180.00 | | $2,000.00 | | Accept | Late-filed proof of claim |
| 3 | Ronald James Knueven | 173 | 3/18/2015 | Blank | | $5,990.00 | | Accept | Late-filed proof of claim |

**MEGA RV**
**CLASS 4**
**(GENERAL UNSECURED CLAIMS)**

| CLASS | CREDITOR | CLAIM NO. | PROOF OF CLAIM FILE DATE | CLAIM AMOUNT | SCHEDULED AMOUNT | BALLOT AMOUNT | ALLOWED AMOUNT FOR VOTING PURPOSES | VOTE | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ADP Dealer Services | | | | $104,463.23 | $104,463.23 | $104,463.23 | Accept | |
| 4 | ADS Network | 40 and 158 | 7/28/2014 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | Accept | |
| 4 | Alliance Sports Group | | | | $1,297.00 | $92.14 | $1,297.00 | Accept | |
| 4 | Altman Colton Properties | | | | Unknown | $266,936.30 | $266,936.30 | Accept | |
| 4 | American Express Travel Related Services Co, Inc | 21 | 7/14/2014 | $6,796.86 | | $6,796.86 | $6,796.86 | Accept | |
| 4 | American Express Travel Related Services Co, Inc | 22 | 7/14/2014 | $57,407.67 | | $57,407.67 | $57,407.67 | Accept | |
| 4 | American Express Travel Related Services Co, Inc | 23 | 7/14/2014 | $14,353.18 | | $14,353.18 | $14,353.18 | Accept | |
| 4 | Arbogast Buick, Pontiac, GMC, Inc. | 38 | 7/28/2014 | $95,200.00 | | $95,000.00 | $95,200.00 | Accept | |
| 4 | Bank of America | 115 | 11/11/2014 | $2,119,988.80 | $112,918.02 | $1,142,056.00 | $2,119,988.80 | Accept | |
| 4 | Colton Truck Terminal Garage | 85 | 9/23/2014 | $6,670.24 | $6,434.35 | $6,670.24 | $6,670.24 | Accept | |
| 4 | Dometic | 128 | 11/12/2014 | $14,735.39 | $29,321.35 | $14,735.39 | $14,735.39 | Accept | Ballot says Class 1 |
| 4 | IP Networked Services | | | | $32,600.09 | $104,463.23 | $32,600.09 | Accept | Ballot says Class 3 |
| 4 | Larry Ambrose | 42 | 7/29/2014 | $2,500.00 | | $2,500.00 | $2,500.00 | Accept | |
| 4 | Mendelson Law Group | 13 | 7/1/2014 | $29,257.72 | Notice Only | $29,257.72 | $29,257.72 | Accept | |
| 4 | Monaco RV LLC | | | | $782.46 | Blank | $782.46 | Accept | |
| 4 | Orange Line | | | | $1,278.66 | $1,278.66 | $1,278.66 | Accept | |
| 4 | Reynolds & Reynolds Co | 45 | 8/1/2014 | $266,257.40 | $264,670.93 | $266,257.40 | $266,257.40 | Accept | |
| 4 | Roadtrek Motorhomes, Inc. | 30 | 7/22/2014 | $2,559,327.53 | | $2,559,325.53 | $2,559,325.53 | Reject | |
| 4 | The Professionals Car Care Inc. | | | | $12,293.00 | $13,854.00 | $12,293.00 | Accept | |
| 4 | Theresa Packard | 81 | 9/19/2014 | $47,771.24 | | $49,325.82 | $47,771.24 | Reject | |
| 4 | Traveland International, LLC | 58 | 8/15/2014 | $1,739,347.35 | | $1,739,347.35 | $1,739,347.35 | Accept | |
| 4 | UPS | 51 | 8/12/2014 | $164.67 | $3,994.35 | $164.67 | $164.67 | Accept | |
| 4 | Vision Media | 11 | 6/30/2014 | $9,245.00 | | $9,245.00 | $9,245.00 | Accept | |
| 4 | Western Propane Services Inc. | | | | $6,503.19 | $7,938.58 | $6,503.19 | Accept | |
| 4 | Winnebago Industries | 92 | 10/7/2014 | $340,045.09 | $455,000.00 | $340,045.09 | $340,045.09 | Accept | |

| | |
|---|---|
| Total Class $: | $7,736,517.07 |
| Total Class #: | 25 |
| Accepted by $: | $5,129,420.30 |
| | 66.30% |
| Accepted by #: | 23 |
| | 92.00% |

**BALLOTS NOT COUNTED**

| CLASS | CREDITOR | CLAIM NO. | FILE DATE | CLAIM AMOUNT | SCHEDULED AMOUNT | BALLOT AMOUNT | ALLOWED AMOUNT | VOTE | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 4 | Allied Recreation Group - Parts and Service | | | | $15,848.49 | $29,000.00 | | Accept | Ballot received after deadline |
| 4 | Robert K. Johnson | 168 | 2/19/2015 | $4,187.00 | | Blank | | Accept | Late-filed proof of claim; Class and amount blank on ballot |

16118-00002/2454116.1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067-4590

A true and correct copy of the foregoing document entitled (*specify*): **PLAN BALLOT SUMMARY AND DECLARATION OF JAMES C. BEHRENS REGARDING TABULATION AND CERTIFICATION OF BALLOTS VOTING TO ACCEPT OR REJECT SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND DEBTOR DATED AUGUST 4, 2015 [DOCKET 691]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 9, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 9, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mega RV Corp., a California Corporation
c/o GlassRatner
Attn: Mike Issa
19800 MacArthur Blvd., Suite 820
Irvine, CA 92612

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 9, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NORCO OVERNIGHT DELIVERY
The Honorable Mark Wallace
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 W. Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

VIA EMAIL
Winnebago:  Scott Folkers --
sfolkers@winnebagoind.com and
jshenson@shensonlawgroup.com
Forest River:  John Humphrey --
jhumphrey@taftlaw.com
Bank of the West: Mark Blackman --
mblackman@alpertbarr.com
Wayne R Terry - GE Commercial Distribution Finance Corp. - wterry@hemar-rousso.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2015 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**
16118-00002/2447440.3

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Marc Andrews sandra.g.mcmasters@wellsfargo.com
- James C Bastian jbastian@shbllp.com
- James C Behrens jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Alex L Benedict bkinfo.ablaw@gmail.com, alexbenedict2000@yahoo.com
- Michelle M Bertolino , dgeorge@fwwlaw.com
- Mark S Blackman MBlackman@AlpertBarr.Com
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Keith Butler kbutler@fgppr.com
- Frank Cadigan frank.cadigan@usdoj.gov
- Ryan S Carrigan rscarriganecf@gmail.com, rscarriganlaw@gmail.com
- Louis S Chronowski lchronowski@dykema.com
- Donald H Cram dhc@severson.com, jc@severson.com
- Brian L Davidoff bdavidoff@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Rennee R Dehesa rdehesa@rstlegal.com, alopez@rstlegal.com
- Andrew S Elliott ase@severson.com, pag@severson.com;jc@severson.com
- Lauren N Gans lgans@shensonlawgroup.com
- Duane M Geck dmg@severson.com, pag@severson.com
- Janel M Glynn janel.glynn@gknet.com, rachel.milazzo@gknet.com
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Richard H Golubow rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Gregory K Jones GJones@dykema.com, CPerez@dykema.com
- John H Kim jkim@cookseylaw.com
- Andy Kong Kong.Andy@ArentFox.com
- Andrew B Levin alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- Elizabeth A Lossing elizabeth.lossing@usdoj.gov
- Marc S Mazer mazer@bwmlaw.com, elizabeth@bwmlaw.com
- David W. Meadows david@davidwmeadowslaw.com
- Joel S. Miliband jmiliband@brownrudnick.com
- Craig Millet cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Christopher Minier becky@ringstadlaw.com
- Nicholas E Mitchell nmitchell@lfcu.com
- Scott Montgomery smontgomery@abbeylaw.com, ldabbs@abbeylaw.com
- Gerard W O'Brien gerardwobrien@gmail.com, missjanperalta@gmail.com
- Barry L O'Connor udlawBK@aol.com
- Aram Ordubegian ordubegian.aram@arentfox.com
- R G Pagter gibson@ppilawyers.com, ecf@ppilawyers.com
- Courtney E Pozmantier cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Holly Roark holly@roarklawoffices.com, G2978@notify.cincompass.com
- Yuval M Rogson yuval@rogsonlaw.com, chris@rogsonfirm.com
- Gregory M Salvato gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com
- Allan D Sarver ADSarver@aol.com
- Kenneth Schnur schnur@bwmlaw.com, elizabeth@bwmlaw.com
- Summer Shaw hanlaw@aol.com
- Jonathan Shenson jshenson@shensonlawgroup.com
- Arash Shirdel ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com
- Ramesh Singh claims@recoverycorp.com
- Arjun Sivakumar asivakumar@brownrudnick.com
- Wayne R Terry wterry@hemar-rousso.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
16118-00002/2447440.3

- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Danielle K Wakefield danielle@wakefieldlawfirm.com
- Sam X J Wu wuefile@yahoo.com
- Sam S Yebri syebri@mylawllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                 **F 9013-3.1.PROOF.SERVICE**
16118-00002/2447440.3