BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
COURTNEY E. POZMANTIER (SBN 242103)
CPozmantier@GreenbergGlusker.com
JAMES C. BEHRENS (SBN 280365)
JBehrens@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Mega RV Corp., dba McMahon's RV Irvine, McMahon's RV Colton and McMahon's RV Palm Desert<br><br>Debtor and Debtor in Possession. | Case No. 8:14-bk-13770-MW<br><br>Chapter 11<br><br>**SUPPLEMENT BRIEF REGARDING TAX CLAIM REDUCTION AND IN FURTHER SUPPORT OF "SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND DEBTOR DATED AUGUST 4, 2015"; DECLARATION OF JAMES C. BEHRENS**<br><br><u>Hearing Date</u><br>Date: September 16, 2015<br>Time: 2:00 p.m.<br>Ctrm: 6C<br>      411 West Fourth Street<br>      Santa Ana, CA 92701 |

SUPPLEMENT

16118-00002/2457044.3

The Official Committee of Creditors (the "Committee") appointed in the bankruptcy case of Mega RV Corp. (the "Debtor") submits this supplement brief (the "Supplement") regarding a tax claim reduction and in further support of confirmation of the *Second Amended Joint Chapter 11 Plan of Liquidation filed by Debtor and Official Committee of Unsecured Creditors Dated August 4, 2015* [Docket No. 691] (the "Plan").[1]

In support of this Supplement, the Committee relies upon and incorporates by reference (a) the *Memorandum in Support of Confirmation of the "Second Amended Joint Chapter 11 Plan of Liquidation filed by Debtor and Official Committee of Unsecured Creditors Dated August 4, 2015"* [Docket No. 707] (the "Confirmation Brief") and (b) the *Reply of Plan Proponents in Further Support of "Second Amended Joint Chapter 11 Plan of Liquidation filed by Official Committee of Unsecured Creditors and Debtor Dated August 4, 2015"* [Docket No. 718] (the "Reply").

## I.  THE AMENDED I.R.S. CLAIM

On the same day that the Committee and the Debtor filed their Reply, September 9, 2015, the Internal Revenue Service (the "I.R.S.") filed an amended proof of claim [Claim No. 6-2] (the "Amended I.R.S. Claim"), which significantly reduces the I.R.S.'s claim by nearly $1.4 million from $1,410,418.97 (Claim No. 6-1) to $44,470.40.  A true and correct copy of the initial I.R.S. Claim is attached to the Declaration of James C. Behrens as <u>Exhibit 1</u>, and the Amended I.R.S. Claim is attached thereto as <u>Exhibit 2</u>.  The Plan Proponents request that the Court take judicial notice of the Amended I.R.S. Claim.  Because the Amended I.R.S. Claim was filed on the same day as the Reply, the Reply did not discuss the Amended I.R.S. Claim.

The substantial reduction reflected in the Amended I.R.S. claim significantly improves the Committee's and Debtor's position with regard to the feasibility of the Plan under section 1129(a)(11).  The Confirmation Brief, in section II.A.11. argued that the Plan was feasible even

---

[1] Capitalized terms not otherwise defined herein have, as applicable, the meaning ascribed to them in the Plan and the *Second Amended Disclosure Statement Describing Second Amended Joint Chapter 11 Plan of Liquidation filed by Debtor and Official Committee of Unsecured Creditors Dated August 4, 2015* [Docket No. 690] (the "Disclosure Statement").

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

before the I.R.S. reduced its claim. As shown in Exhibit 3 to the Issa Declaration attached to the Confirmation Brief, the Liquidating Trust was projected to have sufficient funds to make all contemplated payments on account of Priority Tax Claims. Given the significant reduction reflected in the Amended I.R.S. Claim, the Plan is now even better positioned than before to provide a recovery for general unsecured creditors.

**II.  CONCLUSION**

Based upon all of the foregoing, the Committee respectfully requests and urges that this Court enter an order confirming the Plan and granting such other and further relief as is necessary and appropriate.

DATED: September 15, 2015

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ *Brian L. Davidoff*
BRIAN L. DAVIDOFF
Attorneys for Official Committee
of Unsecured Creditors

2    SUPPLEMENT

16118-00002/2457044.

## DECLARATION OF JAMES C. BEHRENS

I, James C. Behrens, hereby declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Bankruptcy Court. I am an attorney at the law firm of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker" or the "Firm"), general bankruptcy counsel for the Official Committee of Unsecured Creditors (the "Committee") in the bankruptcy case of Mega RV Corp. (the "Debtor").

2. Attached hereto as Exhibit 1 and incorporated herein by this reference is a true and correct copy of the initial proof of claim filed by the Internal Revenue Service [Claim No. 6-1], and attached hereto as Exhibit 2 and incorporated herein by this reference is a true and correct copy of Claim 6-2, filed by the Internal Revenue Service on September 9, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of September, 2015 at Los Angeles, California.

*/s/ James C. Behrens*
JAMES C. BEHRENS

16118-00002/2457044.

# Exhibit 1

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT CENTRAL_____ DISTRICT OF CALIFORNIA_____ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: <br> MEGA RV CORP., A CALIFORNIA CORPORATION | Case Number: <br> 8:14-BK-13770-MW | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Department of the Treasury - Internal Revenue Service

Name and address where notices should be sent:
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Telephone number: 1-800-973-0424    email:    Creditor Number: 35375984

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):
Internal Revenue Service
300 N. Los Angeles St.
Insolvency Group 6, M/S 5022
Los Angeles, CA  90012

Telephone Number: (213) 576-4501    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**    $ 1,410,418.97

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____Taxes_____
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: <br> _____See Attachment_____ | 3a. Debtor may have scheduled account as: <br> _____ <br> (See instruction #3a) | 3b. Uniform Claim Identifier (optional): <br> _____ <br> (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate** ___%    ☐ fixed or ☐ variable
**(when case was filed)**

**Amount of arrearage and other charges. as of the time case filed, included in secured claim, if any:**

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan -11 U.S.C. §507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ 1,410,418.97

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorsor, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: SONIA ARAGON
Title: Bankruptcy Specialist
Company: Internal Revenue Service

/s/ SONIA ARAGON     06/26/2014
(Signature)          (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
300 N. Los Angeles St.
Insolvency Group 6, M/S 5022
Los Angeles, CA 90012

Telephone number: (213) 576-4501     Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

Form 10 Attachment

**In the Matter of:** MEGA RV CORP., A CALIFORNIA CORPORATION
AKA MCMAHON'S RV
5400 GARDEN GROVE BLVD.
WESTMINSTER, CA 92683

Case Number
8:14-BK-13770-MW

Type of Bankruptcy Case
CHAPTER 11

Date of Petition
06/15/2014

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XX-XXX8278 | WT-FICA | 06/30/2008 | 1 | Unassessed-No Return | $107,838.63 | $25,803.22 |
| XX-XXX8278 | WT-FICA | 09/30/2008 | 1 | Unassessed-No Return | $107,838.63 | $24,022.47 |
| XX-XXX8278 | WT-FICA | 12/31/2008 | 1 | Unassessed-No Return | $107,838.63 | $22,157.35 |
| XX-XXX8278 | WT-FICA | 03/31/2009 | 1 | Unassessed-No Return | $107,838.63 | $20,687.77 |
| XX-XXX8278 | WT-FICA | 06/30/2009 | 1 | Unassessed-No Return | $107,838.63 | $19,398.55 |
| XX-XXX8278 | WT-FICA | 09/30/2009 | 1 | Unassessed-No Return | $107,838.63 | $18,122.22 |
| XX-XXX8278 | WT-FICA | 12/31/2009 | 1 | Unassessed-No Return | $107,838.63 | $16,858.69 |
| XX-XXX8278 | WT-FICA | 03/31/2010 | 1 | Unassessed-No Return | $107,838.63 | $15,648.45 |
| XX-XXX8278 | WT-FICA | 06/30/2010 | 1 | Unassessed-No Return | $107,838.63 | $14,409.76 |
| XX-XXX8278 | WT-FICA | 09/30/2010 | 1 | Unassessed-No Return | $107,838.63 | $13,183.47 |
| XX-XXX8278 | WT-FICA | 12/31/2010 | 1 | Unassessed-No Return | $107,838.63 | $12,071.29 |
| XX-XXX8278 | WT-FICA | 12/31/2012 | 2 | EXAM | $1,000.00 | $0.00 |
| XX-XXX8278 | CORP-INC | 12/31/2013 | 3 | NOT FILED | $100.00 | $0.00 |
| XX-XXX8278 | WT-FICA | 06/30/2014 | 4 | Unassessed Liability | $20,630.80 | $0.00 |
| XX-XXX8278 | CORP-INC | 12/31/2014 | 3 | NOT FILED | $100.00 | $0.00 |
| | | | | | $1,208,055.73 | $202,363.24 |

**Total Amount of Unsecured Priority Claims:** $1,410,418.97

1 UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED. WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED

2 UNASSESSED TAX LIABILITY ESTIMATED BY EXAMINATION

3 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILTITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

4 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILTITY FOR THE DEBTOR DUE TO DEBTOR'S FAILURE TO MAKE REQUIRED TAX DEPOSITS. AS SOON THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED AS NECESSARY.

# Exhibit 2

Case 8:14-bk-13770-MW    Claim 26    Filed 09/05/15    Desc Main 09/15/15 13:40 Page 1 of 3
Case 8:14-bk-13770-MW    Doc 736    Filed 09/15/15    Entered 09/15/15 13:40 Page 10 of 15
Main Document    Page 10 of 15

B10 (Official Form 10) (04/15)

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>MEGA RV CORP., A CALIFORNIA CORPORATION | Case Number:<br>8:14-BK-13770-MW | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Department of the Treasury - Internal Revenue Service | **COURT USE ONLY** |
| Name and address where notices should be sent:<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346<br><br>Telephone number: 1-800-973-0424    email:    Creditor Number: 35375984 | ■ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____ 6<br>*(If known)*<br><br>Filed on: _____06/26/2014_____ |
| Name and address where payment should be sent (if different from above):<br>Internal Revenue Service<br>Insolvency Group 2<br>1301 Clay St, M/S 1400S<br>Oakland, CA  94612<br><br>Telephone Number: (510) 637-3140    email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**    $ 44,470.40

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____Taxes_____
   (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:**<br><br>_____See Attachment_____ | **3a.  Debtor may have scheduled account as:**<br><br>_____<br>(See instruction #3a) | **3b.  Uniform Claim Identifier (optional):**<br><br>_____<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate** ___%    ☐ fixed    or    ☐ variable
**(when case was filed)**

**Amount of arrearage and other charges. as of the time case filed, included in secured claim, if any:**

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:**    $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

| | | |
|---|---|---|
| ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11U.S.C. §507 (a)(4). | ☐ Contributions to an employee benefit plan -11 U.S.C. §507 (a)(5).<br><br>Amount entitled to priority:<br>$ 43,404.25 |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7). | ■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8). | ☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorsor, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: DIANA AGUILAR
Title:      INSOLVENCY SPECIALIST
Company:  Internal Revenue Service

/s/ DIANA AGUILAR                              09/08/2015
(Signature)                                    (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
Insolvency Group 2
1301 Clay St, M/S 1400S
Oakland, CA  94612

Telephone number: (510) 637-3140         Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Form 10 Attachment

Department of the Treasury/Internal Revenue Service

| | |
|---|---|
| **In the Matter of:** | MEGA RV CORP., A CALIFORNIA CORPORATION<br>AKA MCMAHON'S RV<br>5400 GARDEN GROVE BLVD.<br>WESTMINSTER, CA 92683 |

| Case Number |
|---|
| 8:14-BK-13770-MW |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 06/15/2014 |

Amendment No. 1 to Proof of Claim dated 06/26/2014.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XX-XXX8278 | FUTA | 12/31/2011 | 09/22/2014 | | $1,371.87 | $123.83 |
| XX-XXX8278 | MISC PEN | 12/31/2011 | 10/06/2014 | | $5,280.00 | $0.00 |
| XX-XXX8278 | FUTA | 12/31/2012 | 08/11/2014 | | $686.92 | $36.25 |
| XX-XXX8278 | FUTA | 12/31/2013 | 12/08/2014 | | $270.88 | $3.70 |
| XX-XXX8278 | WT-FICA | 06/30/2014 | 1 | Unassessed Liability | $20,630.80 | $0.00 |
| XX-XXX8278 | FUTA | 12/31/2014 | 2 | Unassessed-No Return | $15,000.00 | $0.00 |
| | | | | | $43,240.47 | $163.78 |

| | |
|---|---|
| **Total Amount of Unsecured Priority Claims:** | **$43,404.25** |

**Unsecured General Claims**

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $1,066.15

| | |
|---|---|
| **Total Amount of Unsecured General Claims:** | **$1,066.15** |

---

1 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILTITY FOR THE DEBTOR DUE TO DEBTOR'S FAILURE TO MAKE REQUIRED TAX DEPOSITS. AS SOON THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED AS NECESSARY.

2 UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED. WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067-4590

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENT BRIEF REGARDING TAX CLAIM REDUCTION AND IN FURTHER SUPPORT OF "SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND DEBTOR DATED AUGUST 4, 2015"; DECLARATION OF JAMES C. BEHRENS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 15, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) September 15, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mega RV Corp., a
California Corporation
c/o GlassRatner
Attn: Mike Issa
19800 MacArthur Blvd.,
Suite 820
Irvine, CA 92612

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 15, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA MESSENGER
The Honorable Mark Wallace
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 W. Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

VIA EMAIL
Winnebago:  Scott Folkers -- sfolkers@winnebagoind.com
and jshenson@shensonlawgroup.com
Forest River:  John Humphrey -- jhumphrey@taftlaw.com
Bank of the West: Mark Blackman -- mblackman@alpertbarr.com
Wayne R Terry - GE Commercial Distribution Finance Corp. - wterry@hemar-rousso.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 15, 2015 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

16118-00002/2457044.3

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Marc Andrews sandra.g.mcmasters@wellsfargo.com
- James C Bastian jbastian@shbllp.com
- James C Behrens jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Alex L Benedict bkinfo.ablaw@gmail.com, alexbenedict2000@yahoo.com
- Michelle M Bertolino , dgeorge@fwwlaw.com
- Mark S Blackman MBlackman@AlpertBarr.Com
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Keith Butler kbutler@fgppr.com
- Frank Cadigan frank.cadigan@usdoj.gov
- Ryan S Carrigan rscarriganecf@gmail.com, rscarriganlaw@gmail.com
- Louis S Chronowski lchronowski@dykema.com
- Donald H Cram dhc@severson.com, jc@severson.com
- Brian L Davidoff bdavidoff@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Rennee R Dehesa rdehesa@rstlegal.com, alopez@rstlegal.com
- Andrew S Elliott ase@severson.com, pag@severson.com;jc@severson.com
- Lauren N Gans lgans@shensonlawgroup.com
- Duane M Geck dmg@severson.com, pag@severson.com
- Janel M Glynn janel.glynn@gknet.com, rachel.milazzo@gknet.com
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Richard H Golubow rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Gregory K Jones GJones@dykema.com, CPerez@dykema.com
- John H Kim jkim@cookseylaw.com
- Andy Kong Kong.Andy@ArentFox.com
- Andrew B Levin alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
- Elizabeth A Lossing elizabeth.lossing@usdoj.gov
- Marc S Mazer mazer@bwmlaw.com, elizabeth@bwmlaw.com
- David W. Meadows david@davidwmeadowslaw.com
- Joel S. Miliband jmiliband@brownrudnick.com
- Craig Millet cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Christopher Minier becky@ringstadlaw.com
- Nicholas E Mitchell nmitchell@lfcu.com
- Scott Montgomery smontgomery@abbeylaw.com, ldabbs@abbeylaw.com
- Gerard W O'Brien gerardwobrien@gmail.com, missjanperalta@gmail.com
- Barry L O'Connor udlawBK@aol.com
- Aram Ordubegian ordubegian.aram@arentfox.com
- R G Pagter gibson@ppilawyers.com, ecf@ppilawyers.com
- Courtney E Pozmantier cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Holly Roark holly@roarklawoffices.com, G2978@notify.cincompass.com
- Yuval M Rogson yuval@rogsonlaw.com, chris@rogsonfirm.com
- Gregory M Salvato gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com
- Allan D Sarver ADSarver@aol.com
- Kenneth Schnur schnur@bwmlaw.com, elizabeth@bwmlaw.com
- Summer Shaw hanlaw@aol.com
- Jonathan Shenson jshenson@shensonlawgroup.com
- Arash Shirdel ashirdel@pacificpremierlaw.com, ECF@pacificpremierlaw.com
- Ramesh Singh claims@recoverycorp.com
- Arjun Sivakumar asivakumar@brownrudnick.com
- Wayne R Terry wterry@hemar-rousso.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              **F 9013-3.1.PROOF.SERVICE**
16118-00002/2457044.3

- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Danielle K Wakefield danielle@wakefieldlawfirm.com
- Sam X J Wu wuefile@yahoo.com
- Sam S Yebri syebri@mylawllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

16118-00002/2457044.3